B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>DISTRICT OF OREGON | Voluntary Petition |
|---|---|

| Name of Debtor (if individual enter Last, First, Middle):<br>Matrix Development Corporation | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>adba Legend Homes | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): EIN: 93-0789516;93-0604342 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>12755 SW 69th Avenue, Suite 100<br>Portland, OR<br>ZIPCODE 97223 | Street Address of Joint Debtor (No. and Street, City and State)<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Washington | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIPCODE |

**Type of Debtor** (Form of Organization) (Check one box)
- [ ] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other  Property Developer

**Tax-Exempt Entity** (Check box if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [✓] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] |

B1 (Official Form 1) (1/08) Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Matrix Development Corporation |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: N.A. | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11 United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b)<br><br>X _____<br>Signature of Attorney for Debtor(s)        Date |
|---|---|

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition

☑ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non-bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition

☐ Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(l))

| B1 (Official Form 1) (1/08) | Page 3 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Matrix Development Corporation |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding and that I am authorized to file this petition

(Check only **one** box)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached

☐ Pursuant to 11 U.S.C § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X    /s/ David A. Foraker
Signature of Attorney for Debtor(s)

DAVID A. FORAKER 81228
Printed Name of Attorney for Debtor(s)

Greene & Markley, P.C.
Firm Name

1515 SW Fifth Avenue, Suite 600
Address

Portland, OR 97201

(503) 295-2668
Telephone Number

June 10, 2008
Date

*In a case in which § 707(b)(4)(D) applies this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor

The debtor requests relief in accordance with the chapter of title 11 United States Code, specified in this petition

X /s/ Diane F. Jarvis
Signature of Authorized Individual

DIANE F. JARVIS
Printed Name of Authorized Individual

Chief Financial Officer
Title of Authorized Individual

June 10, 2008
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h) and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached

_____
Printed Name and title, if any of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer ) (Required by 11 U.S.C § 110 )

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person or partner whose Social Security number is provided above

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re Matrix Development Corporation aka ) 
Legend Homes ) Case No     08-
 )
 ) **EXHIBIT "C"**
 ) [NOTE: Must be FULLY completed by ALL
 ) debtors and attached to ALL copies of the Petition.]
Debtor(s) )

(NOTE: You must answer ALL questions. Attach additional sheets if necessary. Use of "UNKNOWN" is NOT acceptable!)

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety:
   None

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety:
   None.

3. DESCRIBE ASSETS REQUIRING TRUSTEE'S IMMEDIATE ATTENTION:
   None

4. Street address and description of principal assets:      Debtor owns properties in various locations. See Schedule A for details

5. The BANKRUPTCY DOCUMENT PREPARER DECLARATION below has been completed for any person who helped, for compensation, prepare any of the bankruptcy papers if the debtor does **not** have an attorney.

I declare under penalty of perjury that the above information provided in this Exhibit "C" is true and correct

DATE: __June 10, 2008__     /s/ Diane F. Jarvis     (503) 620-8080     _____
                            Debtor's Signature      Phone #              Joint Debtor's Signature
                            Chief Financial Officer

**BANKRUPTCY DOCUMENT PREPARER DECLARATION**

I, the undersigned, declare under penalty of perjury that (1) neither I, nor anyone else listed herein, collected or received any payment from or on behalf of the debtor for court fees in connection with filing the petition; (2) I have received $_____ from or on behalf of the debtor within the previous 12 month period; (3) $_____ is the unpaid fee charged to the debtor; and (4) the following is true and accurate about myself and any other assistants:
Individual Name and Firm (Type or Print): _____
Address (Type or Print): _____
Social Security Number of all OTHER individuals who prepared or assisted in the preparation of these bankruptcy documents:

Signature:_____ Last 4 digits of Social Security #:_____ Phone #:_____

[NOTE: Penalties up to $500 per item may be assessed for omission of any required information (11 USC §110; 18 USC §156) and Fed. Bankruptcy Rule 1006 prohibits any payment to any person for services until the court filing fees are paid in full.]

EXHIBIT C (2/14/08)

B4 (Official Form 4)(12/07)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re  Matrix Development Corporation
_____,
          Debtor

Case No  08-_____

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Keybank NA<br>Mailcode: OR-20-21-0481<br>1211 SW 5th Ave #481<br>Portland, OR 97204 | Craig Anderson<br>Keybank NA<br>1100 E 6600 S #120<br>Salt Lake City, UT 84121<br>(801) 270-2123 | Bank loan & guaranty of affiliate debt | | Claim 22,328,250<br>Est. Value Coll 12,890,232<br>Unsecured Amt 9,438,008 |
| Fountaincourt HOA & COA<br>c/o The Management Group<br>15350 SW Sequoia #200<br>Portland, OR 97224 | Robert O'Halloran, Esq<br>McEwen Gisvold LLP<br>1100 SW 6th Ave #1600<br>Portland, OR 97204<br>(503) 412-3507 | Breach of contract lawsuit | Disputed<br>Unliquidated | 7,106,727 |
| Columbia River Bank<br>Portland Loan Prod Office<br>5665 Meadows Rd #300<br>Lake Oswego, OR 97035 | Bonnie Fletcher<br>Columbia River Bank<br>5665 Meadows Rd #300<br>Lake Oswego, OR 97035<br>(503) 906-2500 | Bank loans | | Claim 16,601,859<br>Est. Value Coll 11,576,150<br>Unsecured Amt 5,025,709 |

NOTE:  Claims of secured creditors on this list do not include those loans that are fully secured by the debtor's property. Amounts for certain secured creditors include claims based on guaranties of debts of affiliates without adjustment for collateral owned by affiliates. "Est. Value Coll" refers to the debtor's book value of its assets only.

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| First Independent Bank<br>1220 Main St. #1<br>POB 8904<br>Vancouver, WA 98668 | John F. Grogan<br>First Independent Bank<br>1207 Washington St<br>Vancouver, WA 98660<br>(360) 619-4440 | Bank loans and Letter of Credit | | Claim 7,182,682<br>Est. Value Coll 3,451,895<br>Unsecured Amt 3,730,787 |
| Wells Fargo Bank NA<br>550 California St #1200<br>MAC A0112-121<br>San Francisco, CA 94104 | Kathy A. Shigeta<br>Senior Vice-President<br>Wells Fargo Private Bank<br>420 Montgomery St 8th Fl<br>San Francisco, CA 94104<br>(415) 975-7946 | Bank loan | | Claim 2,910,000<br>Est. Value Coll 1,700,000<br>Unsecured Amt 1,210,000 |
| Bank of America NA<br>121 SW Morrison St 7th Fl<br>Portland, OR 97204 | Brian Jarchow<br>Bank of America NA<br>121 SW Morrison St 7th Fl<br>Portland, OR 97204<br>(503) 973-6711 | Bank loan, Line of Credit and guaranty of former affiliate debt | | Claim 16,191,989<br>Est. Value Coll 9,778,762<br>Unsecured Amt 6,413,219 |
| Key Equipment Finance Inc<br>66 S Pearl St<br>Albany, NY 12207 | Luke Ferris<br>Key Equipment Finance Inc<br>11030 Circle Point Rd<br>Westminister, CO 80020<br>(720) 304-1159 | Guaranty of affiliate debt | | 1,148,185 |
| M & T Mortgage Corp<br>5285 SW Meadows Rd #290<br>Lake Oswego, OR 97035 | Jim Collins<br>M & T Mortgage Corp<br>5285 SW Meadows Rd #290<br>Lake Oswego, OR 97035<br>(503) 603-2555 | Bank loans and guaranty of affiliate debt | | Claim 15,897,191<br>Est. Value Coll 1,027,480<br>Unsecured Amt 14,869,711 |
| Parr Lumber Co Inc<br>5630 NW Century Dr<br>Hillsboro, OR 97124 | Kari Nation<br>Parr Lumber Co Inc<br>5630 NW Century Dr<br>Hillsboro, OR 97124<br>(503) 614-2552 | Trade debt | | 214,124 |
| Ken Leahy Construction Inc<br>915 S 12th Ave<br>Cornelius, OR 97113-6417 | Kellie Ramar<br>Ken Leahy Construction Inc<br>915 S 12th Ave<br>Cornelius, OR 97113-6417<br>(503) 357-2193 | Trade debt | | 204,347 |
| Salem Painting Co Inc<br>19190 SW 90th Ave<br>POB 250<br>Tualatin, OR 97062-9997 | Phil Kartel<br>Salem Painting Co Inc<br>19190 SW 90th Ave<br>POB 250<br>Tualatin, OR 97062-9997<br>(503) 260-1205 | Trade debt | | 145,905 |

NOTE: Claims of secured creditors on this list do not include those loans that are fully secured by the debtor's property. Amounts for certain secured creditors include claims based on guaranties of debts of affiliates without adjustment for collateral owned by affiliates. "Est. Value Coll" refers to the debtor's book value of its assets only.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan government contract etc | (4) Indicate if claim is contingent, unliquidated disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Wolcott Plumbing Inc<br>1075 W Historic Columbia River<br>Troutdale, OR 97060 | Gary Lippold<br>Wolcott Plumbing Inc<br>1075 W Historic Columbia River<br>Troutdale, OR 97060<br>(503) 667-1781 x 104 | Trade debt | | 104,461 |
| Medallion Ind Inc<br>3221 NW Yeon<br>Portland, OR 97210 | Mike Mahaffy<br>Medallion Ind Inc<br>3221 NW Yeon<br>Portland, OR 97210<br>(503) 221-0170 | Trade debt | | 96,872 |
| Paulson's Floor Coverings<br>POB 23429<br>Portland, OR 97281-3429 | Matt Smith<br>Paulson's Floor Coverings<br>POB 23429<br>Portland, OR 97281-3429<br>(503) 620-7080 x 146 | Trade debt | | 93,357 |
| Northwest Earth-Movers, Inc.<br>POB 1467<br>Tualatin, OR 97062 | Jackie Flores<br>Northwest Earthmovers, Inc<br>POB 1467<br>Tualatin, OR 97062<br>(503) 625-3100 | Trade debt | | 82,205 |
| Tri-County Temp Control, Inc.<br>13150 S Clackamas River Dr<br>Oregon City, OR 97045 | Alan Sanchez<br>Tri-County Temp Control, Inc<br>13150 S Clackamas River Dr<br>Oregon City, OR 97045<br>(503) 572-5348 | Trade debt | | 81,424 |
| Whirlpool Corp<br>POB 915029<br>Dallas, TX 75391-5029 | Vicki Coffman<br>Whirlpool Corp<br>POB 915029<br>Dallas, TX 75391-5029<br>(800) 343-4329 | Trade debt | | 76,347 |
| Fettig Construction Inc<br>POB 1381<br>Tualatin, OR 97062 | Brad Damm<br>Fettig Construction Inc<br>POB 1381<br>Tualatin, OR 97062<br>(503) 519-0827 | Trade debt | | 65,454 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Casserly Landscape Inc<br>2951 SW Mossy Brae<br>West Linn, OR 97068 | John Casserly<br>Casserly Landscape Inc<br>2951 SW Mossy Brae<br>West Linn, OR 97068<br>(503) 638-4646 | Trade debt | | 72,787 |
| Hayes Cabinets Inc<br>POB 2330<br>Woodland, WA 98674 | Don vonAhlefeld<br>Hayes Cabinets Inc<br>POB 2330<br>Woodland, WA 98674<br>(503) 286-5730 | Trade debt | | 68,794 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date   June 10, 2008

Signature   /s/ Diane F. Jarvis
DIANE F. JARVIS,
Chief Financial Officer

|    |                                                                                                                                                                                                                                                                                 |
|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1  | CERTIFICATE OF SERVICE                                                                                                                                                                                                                                                          |
| 2  | I hereby certify that I served the foregoing **List of Creditors Holding 20 Largest Unsecured Claims**, with pre-addressed, postage prepaid envelopes addressed to the debtor, debtor's attorney, and each of the contact people listed thereon, to:                             |

U.S. Trustee's Office
620 SW Main St. #213
Portland, OR 97205

by the following method or methods:

[ ]  by **mailing** full, true and correct copies thereof in sealed, first-class, postage prepaid envelopes, addressed to the attorneys as shown above at the last known office address of the attorneys, and deposited with the United States Postal Service at Portland Oregon, on the date set forth below.

[✓]  by causing a full, true and correct copy thereof to be **hand-delivered** to the attorney at the attorney's last known office listed above on the date set forth below.

[ ]  by sending a full, true and correct copy thereof via **overnight courier** in a sealed, prepaid envelope, addressed to the attorney as shown above, the last known address of the attorney, on the date set forth below.

[ ]  by **faxing** a full, true and correct copy thereof to the attorney at the fax number shown above, which is the last known fax number for the attorney's office on the date set forth below. The receiving fax machine was operating at the time of service and the transmission was properly completed, according to the attached confirmation report.

DATED this 10th day of June, 2008

                         /s/ David A. Foraker, OSB #812280
                         David A. Foraker, OSB #812280
                         Attorney for Debtor

Page 1 of 1 - CERTIFICATE OF SERVICE

GREENE & MARKLEY, P.C
Attorneys at Law
1515 S.W. Fifth Avenue, Suite 600
Portland, Oregon 97201
Telephone (503) 295-2668