**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## DISTRICT OF OREGON

In re  Matrix Development Corporation
_____
Debtor

Case No.  08-32798-tmb11  _____

Chapter  11  _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 5 | $ 140,828,525 | | |
| B – Personal Property | YES | 8 | $ 41,632,380 | | |
| C – Property Claimed as exempt | NO | 0 | | | |
| D – Creditors Holding Secured Claims | YES | 18 | | $ 132,746,619 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 20 | | $ 1,685,564 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 132 | | $ 54,117,255 | |
| G - Executory Contracts and Unexpired Leases | YES | 50 | | | |
| H - Codebtors | YES | 3 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0 |
| TOTAL | | 236 | $ 182,460,905 | $ 188,549,438 | |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717  -  30755 - Adobe PDF

# United States Bankruptcy Court
## DISTRICT OF OREGON

In re    Matrix Development Corporation            Case No.    08-32798-tmb11

Debtor

Chapter     11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    N.A. |
| Student Loan Obligations (from Schedule F) | $    N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    N.A. |
| TOTAL | $    N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $    N.A. |
| Average Expenses (from Schedule J, Line 18) | $    N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $    N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $    N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $    N.A. |
| 4. Total from Schedule F | | $    N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $    N.A. |

B6A (Official Form 6A) (12/07)

In re   Matrix Development Corporation                                    Case No.   08-32798-tmb11
_____                                        _____
                **Debtor**                                                                      **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Arlington/Ames<br><br>66 Lots, platting nearly complete, located in King City, OR | Fee Simple | | 9,647,802 | 10,419,278 |
| Bauer Highlands<br><br>1 home located in the Portland metro area | Fee Simple | | 501,570 | 2,913,992 |
| Copper Creek<br><br>Raw land - 26 townhome units planned for development located in Wilsonville, OR | Fee Simple | | 2,246,170 | 1,414,061 |
| Edgewater 1<br><br>7 completed homes and 17 platted lots located in King City, OR | Fee Simple | | 3,370,508 | 12,680,232 |
| Edgewater 2<br><br>138 platted lots located in King City, OR | Fee Simple | | 9,602,467 | 22,713,044 |

**Note:  For this Schedule A, unless otherwise noted, real property values stated are the debtor's book value. Secured claim amounts do not include construction lien or real property tax debt, if any.**

Total _____

(Report also on Summary of Schedules.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755

In re   Matrix Development Corporation                                    Case No.   08-32798-tmb11
_____                                         _____
          **Debtor**                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY
## (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Edgewater 3 and 4<br><br>Raw land - 54 units planned for development located in King City, OR | Fee Simple | | 2,200,003 | 12,124,267 |
| Fountains<br><br>Raw land - 200 townhome units planned for development located in Vancouver, WA.  Note: Value stated from 2/22/08 appraisal | Fee Simple | | 4,665,000 | 9,959,669 |
| Maxfield<br><br>1 completed home, 3 homes under construction, and 33 platted lots located in West Linn, OR | Fee Simple | | 7,383,359 | 6,952,148 |
| North Albany Village<br><br>Raw land - 155 lots planned for development located in Corvallis, OR | Fee Simple | | 5,771,588 | 9,686,224 |
| North Point Meadows<br><br>8 completed homes and 47 platted lots located in Albany, OR | Fee Simple | | 4,557,669 | 10,471,003 |
| Pawers<br><br>Raw land located in Corvallis, OR | Fee Simple | | 784,119 | 602,910 |
| Stonewater<br><br>3 completed homes located in Hillsboro, OR | Fee Simple | | 660,885 | 2,913,992 |
| | | Total | | |

(Report also on Summary of Schedules.)

In re  Matrix Development Corporation                                    Case No.  08-32798-tmb11
_____                                 _____
            **Debtor**                                                                **(If known)**

# SCHEDULE A - REAL PROPERTY
## (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Stoneybrook<br><br>3 completed homes located in Corvallis, OR | Fee Simple | | 822,325 | 1,443,565 |
| Taralon 1<br><br>7 completed homes, 3 homes under construction and 72 platted lots located in Happy Valley, OR | Fee Simple | | 10,703,890 | 8,539,284 |
| Taralon 2<br>67 platted lots located in Happy Valley, OR | Fee Simple | | 5,128,726 | 4,232,711 |
| The Q Phase 2 and 3<br>Raw land located in Hillsboro, OR | Fee Simple | | 1,217,213 | 1,285,724 |
| The Q Phase I<br>18 completed condominiums located in Hillsboro, OR | Fee Simple | | 4,344,406 | 3,086,702 |
| Trillium Woods<br>Platted lots - 34 condo units planned for development located in Lake Oswego, OR | Fee Simple | | 4,741,311 | 3,936,423 |
| Victoria Gardens<br>1 completed home, 5 homes under construction and 28 platted lots located in Tualatin, OR | Fee Simple | | 2,791,661 | 9,181,156 |
| Village at Orenco | Fee Simple | | 10,475,002 | 10,471,003 |
| | | Total | | |

(Report also on Summary of Schedules.)

In re  Matrix Development Corporation
           **Debtor**

Case No.  08-32798-tmb11
           **(If known)**

# SCHEDULE A - REAL PROPERTY
## (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 6 completed homes, 1 home under construction and 65 platted lots located in Hillsboro, OR | | | | |
| Walnut Creek | Fee Simple | | 3,614,420 | 5,437,765 |
| 3 completed homes, 1 home under construction and 47 platted lots located in Tigard, OR | | | | |
| Willamette Landing | Fee Simple | | 5,553,646 | 8,137,669 |
| 15 completed homes, 3 homes under construction and 43 lots located in Corvallis, OR | | | | |
| Willamette Landing 8 | Fee Simple | | 2,642,479 | 384,372 |
| 46 cottage lots located in Corvallis, OR | | | | |
| Witham Oaks | Fee Simple | | 6,772,418 | 6,170,657 |
| 94 acres of raw land (54 usable) located in Corvallis, OR | | | | |
| Edgewater East | Fee Simple | | 2,081,197 | 12,680,232 |
| 2 completed homes and 9 platted lots located in King City, OR | | | | |
| Villebois 1 | Fee Simple | | 19,466,938 | 16,865,490 |
| 9 completed homes, 2 homes under construction and 168 platted lots located in Wilsonvile, OR | | | | |
| | | Total | | |

(Report also on Summary of Schedules.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717  -  30755 - Adobe PDF

In re   Matrix Development Corporation                    Case No.   08-32798-tmb11
                 **Debtor**                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY
## (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Villebois 2<br><br>22 acres of raw land located in Wilsonville, OR and option to purchase additional land | Fee Simple | | 8,081,753 | 7,434,970 |
| Willamette Landing 9<br>Raw land | Fee Simple | | 1,000,000 | 384,372 |

Total ➤   140,828,525

(Report also on Summary of Schedules.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

**B6B (Official Form 6B) (12/07)**

In re  Matrix Development Corporation                    Case No.  08-32798-tmb11
_____              _____
            **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Petty Cash | | 70 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | U.S. Bank Checking Account - Matrix Development Corporation | | 33,240 |
| | | U.S. Bank Checking Account - Legend PDX | | 1,302,183 |
| | | U.S. Bank Checking Account - Legend Corvallis | | 3,999 |
| | | Columbia River Bank Checking Account - Matrix Development Corporation | | 284 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Deposit - Corvallis Office Lease | | 3,242 |
| | | Greene & Markley, P.C. IOLTA Trust Account Retainer for legal services | | 75,573 |
| | | Moss Adams LLP Trust Account Retainer for accounting services | | 18,065 |
| | | Clyde A. Hamstreet & Associates, LLC Trust Account Retainer for restructuring consultation and financial advisor services | | 55,187 |
| | | Bullivant Houser Bailey, P.C. IOLTA Trust Account Retainer for legal services | | 20,000 |
| | | Zell & Associates Trust Account Retainer for appraisal services | | 45,000 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

In re   Matrix Development Corporation                               Case No.   08-32798-tmb11
                    **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | Three General Liability Insurance Policies Canal Insurance, Steadfast Insurance & Illinois Insurance policies providing coverage for damages claimed against debtor in 2 lawsuits (Madison Heights Condo. Assoc. & Fountaincourt HOA).  Value stated is collective limits of 3 policies less deductibles | | 4,875,000 |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | | Interest in Fountaincourt Development, LLC Debtor 100% owner; project completed and sold; winding up business affairs | | 0 |
| | | Interest in The Legend at Villebois, LLC Debtor 100% owner/manager; empty LLC | | 0 |
| | | Interest in Forest Springs Two, LLC Debtor owns 50%; remaining 50% owned by Forest Springs I, LLC; project complete (final tax return 12/31/05) | | 0 |
| | | Interest in Hidden Hills East, LLC | | 0 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

In re  Matrix Development Corporation                                    Case No.  08-32798-tmb11
_____                                      _____
                    **Debtor**                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Debtor 100% owner; LLC owns raw land (170 potential lots) in Bend, OR | | |
| | | Interest in Sierra Land Co., LLC | | 0 |
| | | Debtor owns 50%; remaining 50% owned by Terra-Weber, Inc.; winding up affairs | | |
| | | Interest in Bethany Properties, LLC | | 0 |
| | | Debtor owns 100%; LLC has an option to purchase 16 parcels of real property | | |
| | | Interest in Madison Heights, LLC | | 0 |
| | | Debtor owns 50%; remaining 50% owned by DLB & Associates, LLC; winding up affairs | | |
| | | Interest in Springs Ranch Partners, LLC | | 476,482 |
| | | Debtor owns 50%; remaining interests owned by Chimento Group, Inc. (25%) and Odyssey Properties, LLC (25%); LLC owns completed townhome project in Colorado Springs, CO | | |
| | | Interest in Autumn Park Townhomes, LLC | | 0 |
| | | Debtor owns 50%; remaining 50% owned by DLB & Associates, LLC; winding up affairs | | |
| | | Interest in Creekview Partners, LLC | | 0 |
| | | Debtor owns 50%; remaining interests held by Chimento Group, Inc. (25%) and Odyssey Properties, LLC (25%); LLC owns completed townhome project in Colorado Springs, CO | | |
| | | Interest in La Ventana Partners 77, LLC | | 0 |
| | | Debtor 100% owner; LLC owns 77 acres of raw land in Riverside County, CA | | |
| | | Interest in Pradera Heights, LLC | | 0 |

In re Matrix Development Corporation
Debtor

Case No. 08-32798-tmb11
(If known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Debtor 100% owner; owned property in CA; winding up affairs | | |
| | | Interest in Northgate Stonewater Partners, LLC<br>Debtor owns 65%; remaining 35% owned by Chimento Group, Inc.; LLC owns raw land in Colorado Springs, CO | | 0 |
| | | Interest in Red Baron Air LLC<br>Debtor owns 50%; remaining 50% owned by Rennaisance Development Corp.; LLC owns airplane | | 0 |
| | | 200,000 Shares of Stock in Q Tires, Inc., a Nevada corporation<br>Value stated based on cost | | 200,000 |
| | | Interest in San Marcos Townhomes, LLC<br>Debtor owns 50%; remaining interests owned by DLB & Associates, LLC (25%) and Chimento Development Group, LLC (25%); LLC owns 10 acres of raw land in Sun City, CA | | 750,000 |
| | | Interest in Legend Real Estate Services, Inc., adba Legend Mortgage<br>Debtor 100% owner; corporation provides real estate brokerage and mortgage brokerage services | | 0 |
| 14. Interests in partnerships or joint ventures. Itemize. | | Bauer Highlands<br>Joint venture with Rennaissance Homes; Debtor is manager (see Schedule A) | | 0 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable | | 9,713 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

In re   Matrix Development Corporation                                        Case No.   08-32798-tmb11
                    **Debtor**                                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Notes Receivable | | 1,195,048 |
| | | Related Party Receivables | | 5,905,080 |
| | | Note:  Some receivables disputed | | |
| | | Intercompany Receivables | | 647,035 |
| | | Face value $11,543,446; value stated reflects amount debtor believes is collectible | | |
| | | Credit Balances from Vendors | | 7,780 |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | | Federal & State Tax Refunds for 2004 - 2007 | | Unknown |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | | Claims Against Derek L. Brown, Derek L. Brown & Associates, Inc., DLB & Associates, LLC and/or Odyssey Properties, LLC | | Unknown |
| | | Claim against La Ventana Partners 77, LLC | | 3,000,000 |
| | | Claim for indemnity, reimbursement and exoneration for debts guaranteed by debtor.  Note: Value based on estimated value of LLC's assets | | |
| | | Claim against Hidden Hills East, LLC | | 10,300,000 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717  -  30755 - Adobe PDF

In re   Matrix Development Corporation      Case No.  08-32798-tmb11

            **Debtor**                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Claim for indemnity, reimbursement and exoneration for debts guaranteed by debtor.  Note: Value based on estimated value of LLC's assets | | |
| | | Claim against Amberglen Village Townhomes, LLC | | 4,600,000 |
| | | Claim for indemnity, reimbursement and exoneration for debts guaranteed by debtor.  Note: Value based on estimated value of LLC's assets | | |
| | | Claim against Northgate Stonewater Partners, LLC | | 1,910,219 |
| | | Claim for indemnity, reimbursement and exoneration for debts guaranteed by debtor.  Note: Value based on amount of guaranteed debt | | |
| | | Claim against Creekview Partners, LLC | | 3,000,000 |
| | | Claim for indemnity, reimbursement and exoneration for debts guaranteed by debtor.  Note: Value based on estimated value of LLC's assets | | |
| | | Claim against Red Baron Air LLC | | 1,177,744 |
| | | Claim for indemnity, reimbursement and exoneration for debt guaranteed by debtor.  Note: Value based on amount of guaranteed debt | | |
| | | Claim against Double "O" Real Estate Holdings, LLC | | 821,479 |
| | | Claim for indemnity, reimbursement and exoneration for debt guaranteed by debtor.  Note: Value based on amount of guaranteed debt | | |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | | Business License - City of Lake Oswego | | 0 |
| | | Business License - City of Happy Valley | | 0 |
| | | Business License - City of Portland | | 0 |
| | | Business License - City of Hillsboro | | 0 |
| | | Oregon CCB Contractor's Bond #840037C issued 5/19/08 -  Matrix Development Corporation | | 15,000 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

In re  Matrix Development Corporation                    Case No.  08-32798-tmb11
_____                    _____
             **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | Oregon CCB Contractor's Bond #844285C issued 6/26/07 - Legend Homes | | 15,000 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Lexus SC430 Convertible 2D<br>Value stated based on Kelley Blue Book "trade-in" value for vehicle in good condition | | 26,410 |
| | | 1998 Isuzu Dump Truck<br>10 Leased Vehicles<br>See Schedule D | | 10,000<br>0 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office Equipment, Furnishings & Supplies<br>Note: Value stated is depreciated cost | | 114,680 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Furniture, Fixtures, Etc.<br>Misc. furniture and fixtures located in model homes, sales offices, construction trailers and storage unit.<br>Note: Value stated is depreciated cost | | 618,475 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Funds held by First American Title Company | | 313,880 |

_____  continuation sheets attached    Total  $_____

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

In re   Matrix Development Corporation

Case No.  08-32798-tmb11

**Debtor**

**(If known)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Funds held by title company from recent closings | | |
| | | Leasehold Improvements | | 86,512 |
| | | 0 | | 41,632,380 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717  -  30755 - Adobe PDF

B6D (Official Form 6D) (12/07)

In re  Matrix Development Corporation _____,      Case No. 08-32798-tmb11 _____
                    **Debtor**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>American Honda Finance Corp<br>POB 5025<br>San Ramon, CA  94583 | X | | Incurred: 5/13/06<br>Lien: Vehicle lease agreement<br>Security: 2006 Honda Acura MDX SUV<br>FMV stated represents Kelley Blue Book "private party" value for vehicle in good condition<br><br>VALUE $            25,130 | | | | 8,171 | 0 |
| ACCOUNT NO.<br><br>Bank of America<br>c/o Brian Jarchow<br>121 SW Morrison, 7th Fl<br>Portland, OR  97204 | | | Notice only provided<br><br><br>VALUE $            0 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Bank of America NA<br>c/o James P Laurick Esq<br>732 NW 19th Ave<br>Portland, OR  97209 | | | Note: New creditor added; notice only provided; attorney for creditor<br><br>VALUE $            0 | | | | Notice Only | Notice Only |

_17_   continuation sheets attached

Subtotal ▶ (Total of this page)     $    8,171     $    0

Total ▶ (Use only on last page)     $              $

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**Note:  For this Schedule D, unless otherwise noted, real property values stated are the debtor's book value.  Determination of the amount of senior liens includes only lender debt and does not include construction lien or real property tax debt, if any.**

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755

B6D (Official Form 6D) (12/07) – Cont.

In re    Matrix Development Corporation                    ,          Case No.      08-32798-tmb11
                    **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Bank of America NA <br> c/o Janice N Turner Esq <br> 1100 SW Sixth Ave #1600 <br> Portland, OR 97204 | | | Notice only provided; attorney for creditor <br><br> VALUE $               0 | | | | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Bank of America NA <br> c/o Tami Frederick <br> 201 E Washington St <br> Phoenix, AZ 85004 | | | New creditor added; notice only provided <br><br> VALUE $               0 | | | | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Bank of America NA <br> Home Builder Div <br> 121 SW Morrison St 7th Fl <br> Portland, OR 97204 | X | | Incurred: 8/1/05 <br> Lien: LOC Trust Deed <br> Security: (1) North Point Meadows real property (Albany, OR) & (2) Village at Orenco real property <br> VALUE $        15,032,671 | | | | 10,086,631 | 0 |
| ACCOUNT NO. <br><br> Bennett Homes Inc <br> POB 1197 <br> Boring, OR 97009 | | | Incurred: 6/2/08 <br> Lien: Construction Lien <br> Security: Taralon, Lot 62 <br><br> VALUE $        189,951 | | | | 12,126 | 0 |
| ACCOUNT NO. <br><br> Bennett Homes Inc <br> POB 1197 <br> Boring, OR 97009 | | | Incurred: 6/2/08 <br> Lien: Construction Lien <br> Security: Taralon, Lot 54 <br><br> VALUE $        228,068 | | | | 14,359 | 0 |

Sheet no. 1 of 17 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (s) (Total(s) of this page) | $ 10,113,116 | $ |
| Total(s) (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4-2-717 - 30755 - Adobe PDF

B6D (Official Form 6D) (12/07) – Cont.

In re   Matrix Development Corporation                ,          Case No.     08-32798-tmb11
                        **Debtor**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Benton County Assessment Dept<br>205 NW 5th St<br>Corvallis, OR  97330 | | | Incurred: 2007-2008<br>Lien: Lien for unpaid real property taxes<br>Security: All real property owned by debtor located in Benton County, OR<br>Note: Amount due exclusive of any accrued interest<br><br>VALUE $            27,904,244 | | | | 58,484 | 0 |
| ACCOUNT NO.<br><br>Caldwell, Doris C Trustee<br>Last Will of William Caldwell<br>Deceased<br>4700 SW Hollyhock Cir #305<br>Corvallis, OR  97333 | | | Incurred: 10/14/05<br>Lien: First Trust Deed<br>Security: Stoneybrook No. 2, Lots 54, 60 & 83 real property (Corvallis, OR)<br><br>VALUE $            822,325 | | | | 6,750 | 0 |
| ACCOUNT NO.<br><br>Clackamas County<br>Assessment  & Taxation<br>168 Warner Milne Rd<br>Oregon City, OR  97045 | | | Incurred: 2007-2008<br>Lien: Lien for unpaid real property taxes<br>Security: All real property owned by debtor located in Clackamas County, OR<br>Note: Amount due exclusive of any accrued interest<br><br>VALUE $            57,752,147 | | | | 110,237 | 0 |
| ACCOUNT NO.<br><br>Clark County Treasurer<br>POB 9808<br>Vancouver, WA  98666 | | | Incurred: 2007-2008<br>Lien: Lien for unpaid real property taxes<br>Security: All real property owned by debtor in Clark County, OR<br>Note: Amount due exclusive of any accrued interest<br><br>VALUE $            4,665,000 | | | | 14,255 | 0 |
| ACCOUNT NO.<br><br>Columbia River Bank<br>c/o Bonnie Fletcher<br>5665 Meadows Rd #300<br>Lake Oswego, OR  97035 | | | Notice only provided<br><br><br><br>VALUE $            0 | | | | Notice Only | Notice Only |

Sheet no. __2__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (s) (Total(s) of this page) | $     189,726 | $ |
|---|---|---|---|
|  | Total(s) (Use only on last page) | $ | $ |
|  |  | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

**B6D (Official Form 6D) (12/07) – Cont**.

In re   Matrix Development Corporation                ,        Case No.    08-32798-tmb11
                  **Debtor**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Columbia River Bank<br>c/o Eric M Paetsch Esq<br>250 Church St SE #300<br>Salem, OR  97308 | | | Notice only provided; attorney for creditor<br><br>VALUE $            0 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Columbia River Bank<br>c/o Shannon R Martinez Esq<br>250 Church St SE #300<br>Salem, OR  97301 | | | New creditor added; notice only provided; attorney for creditor<br><br>VALUE $            0 | | | | Notice Only | Notice Only |
| ACCOUNT NO. 499R<br><br>Columbia River Bank<br>Portland Loan Prod Office<br>5665 Meadows Rd #300<br>Lake Oswego, OR  97035 | X | | Incurred: 9/1/07<br>Lien: LOC Trust Deed<br>Security: Arlington/Ames real property (King City, OR)<br><br>VALUE $        9,647,802 | | | | 10,034,906 | 387,104 |
| ACCOUNT NO. 8165<br><br>Columbia River Bank<br>Portland Loan Prod Office<br>5665 Meadows Rd #300<br>Lake Oswego, OR  97035 | X | | Incurred: 8/25/06<br>Lien: LOC Trust Deed<br>Security: Walnut Creek real property (Tigard, OR)<br><br>VALUE $        3,614,420 | | | | 5,053,393 | 1,438,973 |
| ACCOUNT NO.<br><br>Equestrian Village LLC<br>Attn Gus Harb<br>701 Columbia St #111<br>Vancouver, WA  98660 | | | Incurred: 5/2/07<br>Lien: Second Trust Deed<br>Security: Fountains, raw land for 200 townhome units (Vancouver, WA)<br>Note: Value stated is net of senior lender liens<br><br>VALUE $        2,465,349 | | | | 1,822,000 | 0 |

Sheet no.  5  of  7  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)    $  16,910,299    $
(Total(s) of this page)

Total(s)    $    $
(Use only on last page)

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

**B6D (Official Form 6D) (12/07) – Cont**.

In re   Matrix Development Corporation                    ,        Case No.      08-32798-tmb11
**Debtor**                                                                  **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3691<br><br>First Independent Bank<br>1220 Main St #1<br>POB 8904<br>Vancouver, WA 98668 | X | | Incurred: 9/9/04<br>Lien: LOC Trust Deed<br>Security: (1) Victoria Gardens real property (Tualatin, OR) & (2) North Albany Village real property (Albany, OR)<br><br>VALUE $          8,563,249 | | | | 8,796,784 | 233,535 |
| ACCOUNT NO.<br><br>First Independent Bank<br>c/o John Casey Mills Esq<br>111 SW 5th Ave #3400<br>Portland, OR 97204 | | | New creditor added; notice only provided; attorney for creditor<br><br>VALUE $          0 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>First Independent Bank<br>c/o John F Grogan<br>1207 Washington St<br>Vancouver, WA 98660 | | | Notice only provided<br><br>VALUE $          0 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>First Independent Bank<br>c/o Sabrina P Loiselle<br>1220 Main St #100<br>Vancouver, WA 98660 | | | New creditor added; notice only provided; attorney for creditor<br><br>VALUE $          0 | | | | Notice Only | Notice Only |
| ACCOUNT NO. -001<br><br>GE Capital - CA<br>POB 31001-0273<br>Pasadena, CA 91110-0273 | | | Incurred: 9/29/06<br>Lien: Equipment lease<br>Security: Konica 7255 copier<br>Note: Amount due under lease approximate<br><br>VALUE $          8,194 | | | | 9,990 | 1,796 |

Sheet no. __4__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s) (Total(s) of this page)   $  8,806,774   $
Total(s) (Use only on last page)   $   $

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) – **Cont**.

In re___Matrix Development Corporation_____,      Case No.___08-32798-tmb11_____
                    **Debtor**                                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GW Paulson Co<br>c/o Richard T Anderson Jr Esq<br>10700 SW Bvtn-Hlsdl Hwy #460<br>Beaverton, OR  97005 | | | New creditor added; notice only provided; attorney for creditor<br><br>VALUE $       0 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>GW Paulson Co<br>POB 23429<br>Portland, OR  97281-3429 | | | Incurred: 6/6/08<br>Lien: Construction Lien<br>Security: Walnut Creek, Lot 8<br><br>VALUE $   211,542 | | | | 6,915 | 0 |
| ACCOUNT NO.<br><br>GW Paulson Co<br>POB 23429<br>Portland, OR  97281-3429 | | | Incurred: 6/6/08<br>Lien: Construction Lien<br>Security: Legend @ Villebois 4101, Lot 46<br><br>VALUE $   294,289 | | | | 2,997 | 0 |
| ACCOUNT NO.<br><br>GW Paulson Co<br>POB 23429<br>Portland, OR  97281-3429 | | | Incurred: 6/6/08<br>Lien: Construction Lien<br>Security: The "Q", Lots 8 & 10<br><br>VALUE $   169,000 | | | | 1,106 | 0 |
| ACCOUNT NO.<br><br>JD Investitures<br>20366 Rock Canyon Rd<br>Bend, OR  97701-8992 | | | Incurred: 10/8/02<br>Notice only provided<br><br>VALUE $      0 | | | | Notice Only | Notice Only |

Sheet no.__5__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                           Subtotal (s)   | $   11,018 | $ |

(Total(s) of this page)
                                           Total(s)   | $ | $ |
(Use only on last page)

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07) – Cont**.

In re    Matrix Development Corporation                          ,        Case No.        08-32798-tmb11
                                                                                          (If known)
         **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. JD Properties Vancouver LLC c/o Stephen G Leatham Esq POB 611 Vancouver, WA 98666-0611 | X | | Incurred: 2/16/08 Lien: Judgment lien Security: All real property located in Vancouver, WA & Clackamas, Washington & Benton Counties, OR, including proceeds of sales held by FATCO Note: Value stated is net of senior lender liens **VALUE $ 22,161,478** | | | | 384,372 | 0 |
| ACCOUNT NO. JP Morgan Chase Bank NA c/o Mark A Muller 4695 MacArthur Ct #1550 Newport Beach, CA 92660 | | | Notice only provided **VALUE $ 0** | | | | Notice Only | Notice Only |
| ACCOUNT NO. JP Morgan Chase Bank NA Mail Code OR1-0888 888 SW 5th Ave #415 Portland, OR 97204 | X | | Incurred: 5/15/02 Lien: Trust Deed Security: (1) Fountains, raw land for 200 townhome units (Vancouver, WA) & (2) Willamette Landing Phase 1-7 real property (Corvallis, OR) **VALUE $ 10,218,646** | | | | 7,753,297 | 0 |
| ACCOUNT NO. Ken Leahy Construction Inc 915 S 12th Ave Cornelius, OR 97113-6417 | | | Incurred: 5/29/08 Lien: Construction Lien Security: Arlington (3 lots) **VALUE $ 438,536** | | | | 237,088 | 0 |
| ACCOUNT NO. Ken Leahy Construction Inc c/o Daniel K Reising Esq 115 NW 1st Ave #401 Portland, OR 97204 | | | New creditor added; notice only provided; attorney for creditor **VALUE $ 0** | | | | Notice Only | Notice Only |

Sheet no. 6 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s) (Total(s) of this page) $ 8,374,757  $

Total(s) (Use only on last page) $   $

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07) – Cont**.

In re    Matrix Development Corporation                    ,          Case No.     08-32798-tmb11
                       **Debtor**                                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Keybank NA<br>c/o Anderson, Craig<br>1100 E 6600 S #120<br>SLC, UT  84121 | | | Notice only provided<br><br><br>VALUE $                    0 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Keybank NA<br>c/o Bruce Leaverton Esq<br>1420 Fifth Ave #4100<br>Seattle, WA  98101-2338 | | | Notice only provided; attorney for creditor<br><br><br>VALUE $                    0 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Keybank NA<br>c/o Lee C Nusich Esq<br>601 SW 2nd Ave #2100<br>Portland, OR  97204-3158 | | | Note: New creditor added; notice only provided; attorney for creditor<br><br>VALUE $                    0 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Keybank NA<br>c/o Mary Jo Heston Esq<br>1420 5th Ave #4100<br>Seattle, WA  98101-2338 | | | New creditor added; notice only provided; attorney for creditor<br><br>VALUE $                    0 | | | | Notice Only | Notice Only |
| ACCOUNT NO. 9028<br><br>Keybank NA<br>Mailcode: OR-20-21-0481<br>1211 SW 5th Ave #481<br>Portland, OR  97204 | X | | Incurred: 10/13/05<br>Lien: LOC Trust Deed, Security Agreement, Assignment of Leases & Rents & Fixture Filing<br>Security: The "Q" Phase 2 & 3 real property (Hillsboro, OR)<br><br>VALUE $              1,217,213 | | | | 901,352 | 0 |

Sheet no. _/_ of _1_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (s) (Total(s) of this page) | $ | 901,352 | $ |
|---|---|---|---|---|
|  | Total(s) (Use only on last page) | $ | | $ |
|  | | (Report also on Summary of Schedules) | | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) – Cont.

In re   Matrix Development Corporation                 ,        Case No.      08-32798-tmb11
                          **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9027 <br><br> Keybank NA <br> Mailcode: OR-20-21-0481 <br> 1211 SW 5th Ave #481 <br> Portland, OR  97204 | X | | Incurred: 10/13/05 <br> Lien: LOC Constr Trust Deed, Security Agreement, Assignment of Leases & Rents & Fixture Filing <br> Security: The "Q" Phase 1 real property (Hillsboro, OR) <br><br> VALUE $       4,344,406 | | | | 2,702,330 | 0 |
| ACCOUNT NO. 9026 <br><br> Keybank NA <br> Mailcode: OR-20-21-0481 <br> 1211 SW 5th Ave #481 <br> Portland, OR  97204 | X | | Incurred: 4/5/05 <br> Lien: LOC Trust Deed, Security Agreement, Assignment of Leases & Rents & Fixture Filing <br> Security: Edgewater Phase 3 & 4 real property (King City, OR) <br><br> VALUE $       2,200,003 | | | | 1,973,655 | 0 |
| ACCOUNT NO. 9009 <br><br> Keybank NA <br> Mailcode: OR-20-21-0481 <br> 1211 SW 5th Ave #481 <br> Portland, OR  97204 | X | | Incurred: 7/20/05 <br> Lien: LOC Trust Deed (Collateral Pool) <br> Security: Edgewater Phase 1 real property (King City, OR) <br><br> VALUE $       3,370,508 | | | | 2,529,620 | 0 |
| ACCOUNT NO. 9009 <br><br> Keybank NA <br> Mailcode: OR-20-21-0481 <br> 1211 SW 5th Ave #481 <br> Portland, OR  97204 | X | | Incurred: 7/20/05 <br> Lien: LOC Trust Deed (Collateral Pool) <br> Security: Bauer Highlands real property (Portland, OR) <br> Note: Debt included in Edgewater 1 above <br><br> VALUE $       501,570 | | | | 0 | 0 |
| ACCOUNT NO. 9009 <br><br> Keybank NA <br> Mailcode: OR-20-21-0481 <br> 1211 SW 5th Ave #481 <br> Portland, OR  97204 | X | | Incurred: 7/20/05 <br> Lien: LOC Trust Deed (Collateral Pool) <br> Security: Stonewater Phase III real property (Hillsboro, OR) <br> Note: Debt included in Edgewater 1 above <br><br> VALUE $       660,885 | | | | 0 | 0 |

Sheet no.  8  of  1  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (s) ▶ (Total(s) of this page) | $ 7,205,605 | $ |
|---|---|---|---|
| | Total(s) (Use only on last page) | $ | $ |
| | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) – Cont.

In re   Matrix Development Corporation              ,        Case No.      08-32798-tmb11
                     **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9009 Keybank NA Mailcode: OR-20-21-0481 1211 SW 5th Ave #481 Portland, OR 97204 | | X | Incurred: 7/20/05 Lien: LOC Trust Deed (Collateral Pool) Security: Edgewater East real property (King City, OR) Note: Debt included in Edgewater 1 above VALUE $ 2,081,197 | | | | 0 | 0 |
| ACCOUNT NO. 9001 Keybank NA Mailcode: OR-20-21-0481 1211 SW 5th Ave #481 Portland, OR 97204 | | X | Incurred: 11/28/05 Lien: Non-Recourse LOC Trust Deed; 2nd lien Security: 7 Parcels covering Edgewater 1, 2, 3, 4 & Edgewater East (King City, OR) Note: Value stated is net of senior lender liens VALUE $ 1,067,236 | | | | 9,766,240 | 8,699,004 |
| ACCOUNT NO. 9031 Keybank NA Mailcode: OR-20-21-0481 1211 SW 5th Ave #481 Portland, OR 97204 | | X | Incurred: 10/11/06 Lien: LOC Constr Trust Deed Security: Edgewater Phase 2 real property (King City, OR) VALUE $ 9,602,467 | | | | 12,562,432 | 2,959,965 |
| ACCOUNT NO. 9032 Keybank NA Mailcode: OR-20-21-0481 1211 SW 5th Ave #481 Portland, OR 97204 | | X | Incurred: 4/12/07 Lien: LOC Trust Deed Security: Copper Creek real property (Wilsonville, OR) VALUE $ 2,246,170 | | | | 1,029,689 | 0 |
| ACCOUNT NO. -016 LAI Trust 3101 Smith St POB 243 Houston, TX 77001 | | | Incurred: 11/1/07 Lien: Vehicle lease agreement Security: 2008 Toyota Tacoma FMV stated represents Kelley Blue Book "private party" value for vehicle in good condition VALUE $ 26,037 | | | | 28,712 | 2,675 |

Sheet no. 9 of 17 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s) (Total(s) of this page)   $ 23,387,073   $

Total(s) (Use only on last page)   $   $

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

**B6D (Official Form 6D) (12/07) – Cont**.

In re   Matrix Development Corporation                    ,        Case No.        08-32798-tmb11
                          **Debtor**                                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. -011 <br><br> LAI Trust <br> 3101 Smith St <br> POB 243 <br> Houston, TX  77001 | | | Incurred: 10/1/04 <br> Lien: Vehicle lease agreement <br> Security: 2005 Audi Avant Quattro Wagon <br> FMV stated represents Kelley Blue Book "private party" value for vehicle in good condition <br><br> VALUE $            25,310 | | | | 10,963 | 0 |
| ACCOUNT NO. -010 <br><br> LAI Trust <br> 3101 Smith St <br> POB 243 <br> Houston, TX  77001 | | | Incurred: 6/1/04 <br> Lien: Vehicle lease agreement <br> Security: 2004 Honda Pilot <br> FMV stated represents Kelley Blue Book "private party" value for vehicle in good condition <br><br> VALUE $            16,875 | | | | 8,076 | 0 |
| ACCOUNT NO. -012 <br><br> LAI Trust <br> 3101 Smith St <br> POB 243 <br> Houston, TX  77001 | | | Incurred: 7/1/05 <br> Lien: Vehicle lease agreement <br> Security: 2005 Chevrolet Astro Cargo Van <br> FMV stated represents Kelley Blue Book "private party" value for vehicle in good condition <br><br> VALUE $            8,665 | | | | 9,507 | 842 |
| ACCOUNT NO. -013 <br><br> LAI Trust <br> 3101 Smith St <br> POB 243 <br> Houston, TX  77001 | | | Incurred: 7/1/05 <br> Lien: Vehicle lease agreement <br> Security: 2005 Chevrolet Astro Cargo Van <br> FMV stated represents Kelley Blue Book "private party" value for vehicle in good condition <br><br> VALUE $            8,665 | | | | 9,507 | 842 |
| ACCOUNT NO. -014 <br><br> LAI Trust <br> 3101 Smith St <br> POB 243 <br> Houston, TX  77001 | | | Incurred: 9/10/05 <br> Lien: Vehicle lease agreement <br> Security: 2005 Chevrolet Astro Cargo Van <br> FMV stated represents Kelley Blue Book "private party" value for vehicle in good condition <br><br> VALUE $            8,665 | | | | 9,576 | 911 |

Sheet no. 10 of 17 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)
(Total(s) of this page)                    $        47,629        $

Total(s)
(Use only on last page)                 $                         $

(Report also on Summary of Schedules)        (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

**B6D (Official Form 6D) (12/07) – Cont**.

In re   Matrix Development Corporation                        ,        Case No.      08-32798-tmb11
                    **Debtor**                                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. -015<br><br>LAI Trust<br>3101 Smith St<br>POB 243<br>Houston, TX  77001 | | | Incurred: 9/10/05<br>Lien: Vehicle lease agreement<br>Security: 2005 Chevrolet Astro Cargo Van<br>FMV stated represents Kelley Blue Book "private party" value for vehicle in good condition<br><br>VALUE $          8,665 | | | | 9,576 | 911 |
| ACCOUNT NO.<br><br>LeFor/Coffey Partnership<br>c/o LeFor & Rapp, LLC<br>544 Ferry St SE<br>Salem, OR  97301 | | | New creditor added; notice only provided<br><br>VALUE $          0 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Lexus Financial Svcs<br>POB 8026<br>Cedar Rapids, IA  52408-8026 | | | Incurred: 7/2/07<br>Lien: Vehicle lease agreement<br>Security: 2008 Lexus RS350 SUV<br>FMV stated represents Kelley Blue Book "private party" value for vehicle in good condition<br><br>VALUE $          36,202 | | | | 20,407 | 0 |
| ACCOUNT NO.<br><br>Liberty Sheet Metal Inc<br>POB 368<br>Cornelius, OR  97113 | | | Incurred: 5/27/08<br>Lien: Construction Lien<br>Security: Walnut Creek, Lot 11<br><br>VALUE $          215,376 | | | | 710 | 0 |
| ACCOUNT NO.<br><br>Liberty Sheet Metal Inc<br>POB 368<br>Cornelius, OR  97113 | | | Incurred: 5/27/08<br>Lien: Construction Lien<br>Security: Walnut Creek, Lot 10<br><br>VALUE $          220,770 | | | | 745 | 0 |

Sheet no. 11 of 17 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)     $          31,438     $
(Total(s) of this page)
Total(s)     $                   $
(Use only on last page)

(Report also on        (If applicable, report
Summary of Schedules)   also on Statistical
                        Summary of Certain
                        Liabilities and Related
                        Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

**B6D (Official Form 6D) (12/07) – Cont**.

In re   Matrix Development Corporation                    ,        Case No.      08-32798-tmb11
_____                         _____
**Debtor**                                                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Liberty Sheet Metal Inc<br>POB 368<br>Cornelius, OR  97113 | | | Incurred: 5/28/08<br>Lien: Construction Lien<br>Security: Maxfield 4114, Lot 39<br><br>VALUE $          390,126 | | | | 646 | 0 |
| ACCOUNT NO.<br><br>Liberty Sheet Metal Inc<br>POB 368<br>Cornelius, OR  97113 | | | Incurred: 5/28/08<br>Lien: Construction Lien<br>Security: Maxfield 4114, Lot 11<br><br>VALUE $          280,740 | | | | 1,331 | 0 |
| ACCOUNT NO.<br><br>Liberty Sheet Metal Inc<br>POB 368<br>Cornelius, OR  97113 | | | Incurred: 5/28/08<br>Lien: Construction Lien<br>Security: Maxfield 4114, Lot 41<br><br>VALUE $          311,795 | | | | 1,686 | 0 |
| ACCOUNT NO.<br><br>Liberty Sheet Metal Inc<br>POB 368<br>Cornelius, OR  97113 | | | Incurred: 5/27/08<br>Lien: Construction Lien<br>Security: Victoria Gardens, Lot 2<br><br>VALUE $          203,172 | | | | 1,535 | 0 |
| ACCOUNT NO.<br><br>Liberty Sheet Metal Inc<br>POB 368<br>Cornelius, OR  97113 | | | Incurred: 5/27/08<br>Lien: Construction Lien<br>Security: Victoria Gardens, Lot 1<br><br>VALUE $          208,618 | | | | 1,495 | 0 |

Sheet no. _12_ of _17_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)
(Total(s) of this page)        $      6,693      $

Total(s)
(Use only on last page)        $                      $

(Report also on        (If applicable, report
Summary of Schedules)   also on Statistical
                        Summary of Certain
                        Liabilities and Related
                        Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6D (Official Form 6D) (12/07) – Cont.

In re   Matrix Development Corporation                ,        Case No.      08-32798-tmb11
                    **Debtor**                                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Liberty Sheet Metal Inc<br>POB 368<br>Cornelius, OR  97113 | | | Incurred: 5/27/08<br>Lien: Construction Lien<br>Security: Victoria Gardens, Lot 9<br><br>VALUE $            201,662 | | | | 3,075 | 0 |
| ACCOUNT NO.<br><br>M & T Bank<br>c/o Jim Collins<br>5285 SW Meadows Rd #290<br>Lake Oswego, OR  97035 | | | Notice only provided<br><br><br>VALUE $                    0 | | | | Notice Only | Notice Only |
| ACCOUNT NO. 2169<br><br>M & T Mortgage Corp<br>5285 SW Meadows Rd #290<br>Lake Oswego, OR  97035 | X | | Incurred: 12/6/06<br>Lien: LOC Trust Deed<br>Security: Trillium Woods real property<br>(Lake Oswego, OR)<br><br>VALUE $        4,741,311 | | | | 3,552,051 | 0 |
| ACCOUNT NO. 9245<br><br>M & T Mortgage Corp<br>5285 SW Meadows Rd #290<br>Lake Oswego, OR  97035 | X | | Incurred: 7/1/05<br>Lien: First LOC Trust Deed<br>Security: Maxfield/Sabo real property (West Linn, OR)<br><br>VALUE $        7,383,359 | | | | 4,088,923 | 0 |
| ACCOUNT NO. 2786<br><br>M & T Mortgage Corp<br>5285 SW Meadows Rd #290<br>Lake Oswego, OR  97035 | X | | Incurred: 12/11/07<br>Lien: Second LOC Trust Deed<br>Security: Maxfield, Lots 1, 3-14 & 16-42 (West Linn, OR)<br>Note: Value stated is net of senior lender liens<br><br>VALUE $        3,294,436 | | | | 1,840,688 | 0 |

Sheet no. __13_ of __17_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (s)<br>(Total(s) of this page) | $  9,484,737 | $ |
| Total(s)<br>(Use only on last page) | $ | $ |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6D (Official Form 6D) (12/07) – Cont.

In re   Matrix Development Corporation                    ,          Case No.      08-32798-tmb11
                              **Debtor**                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3466<br><br>M & T Mortgage Corp<br>5285 SW Meadows Rd #290<br>Lake Oswego, OR  97035 | X | | Incurred: 1/2/08<br>Lien: Third LOC Trust Deed<br>Security: Maxfield real property (West Linn, OR)<br>Note: Value stated is net of senior lender liens<br><br>VALUE $              1,453,748 | | | | 638,165 | 0 |
| ACCOUNT NO. 7024<br><br>M & T Mortgage Corp<br>5285 SW Meadows Rd #290<br>Lake Oswego, OR  97035 | X | | Incurred: 7/26/07<br>Lien: Second LOC Trust Deed<br>Security: Stoneybrook No. 2, Lots 54, 60 & 83 real property (Corvallis, OR)<br>Note: Value stated is net of senior lender liens<br><br>VALUE $              815,575 | | | | 1,052,443 | 236,868 |
| ACCOUNT NO.<br><br>M & T Mortgage Corp<br>c/o Dennis M Paterson III Esq<br>1300 SW 5th Ave #2300<br>Portland, OR  97201-5630 | | | New creditor added; notice only provided; attorney for creditor<br><br>VALUE $              0 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Mercedes Benz Financial<br>POB 9001680<br>Louisville, KY  40290-1680 | | | Incurred: 6/30/06<br>Lien: Vehicle lease<br>Security: 2006 Mercedes ML 350<br>FMV stated represents buyout value of lease; lease ends 9/30/08<br><br>VALUE $              36,446 | | | | 2,538 | 0 |
| ACCOUNT NO.<br><br>North Albany Investments LLC<br>901 NE Glisan St #100<br>Portland, OR  97232-2730 | | | Incurred: 8/25/06<br>Lien: Second Trust Deed<br>Security: North Albany Village, raw land, 155 potential lots (Albany, OR)<br>Note: Value stated is net of senior lender liens<br><br>VALUE $              0 | | | | 505,068 | 505,068 |

Sheet no.   14  of   17   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)    $   2,198,214   $
(Total(s) of this page)

Total(s)    $                $
(Use only on last page)

(Report also on          (If applicable, report
Summary of Schedules)    also on Statistical
                         Summary of Certain
                         Liabilities and Related
                         Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6D (Official Form 6D) (12/07) – Cont.

In re   Matrix Development Corporation                    ,          Case No.      08-32798-tmb11
                   **Debtor**                                                                 **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Pacific Rock Products LLC<br>8705 NE 117 Ave<br>Vancouver, WA  98662 | | | Incurred: 5/21/08<br>Lien: Construction Lien<br>Security: Bauer Highlands #3, Lot 254<br><br>VALUE $              501,570 | | | | 2,903 | 0 |
| ACCOUNT NO.<br><br>Pahlisch, Dennis<br>16561 Beasley Pl<br>La Pine, OR  97739 | | | Incurred: 10/8/02<br>Lien: Trust Deed<br>Security: Pawers - raw land (Corvallis, OR)<br><br>VALUE $              784,119 | | | | 218,538 | 0 |
| ACCOUNT NO.<br><br>Rocky Mountain Land LLC<br>549 SW Mill View Wy #100<br>Bend, OR  97702 | | | Incurred: 8/7/07<br>Lien: Second Trust Deed<br>Security: Witham Oaks real property (Corvallis, OR)<br>Note: Value stated is net of senior lender liens<br><br>VALUE $           1,845,139 | | | | 859,006 | 0 |
| ACCOUNT NO. 448<br><br>U S Bank<br>c/o Peggy Carmichael<br>555 SW Oak St #505<br>Portland, OR  97204 | X | | Incurred: 8/7/06<br>Lien: LOC Trust Deed<br>Security: Witham Oaks real property (Corvallis, OR)<br><br>VALUE $           6,772,418 | | | | 4,927,279 | 0 |
| ACCOUNT NO.<br><br>U S Bank<br>c/o Teresa H Pearson Esq<br>111 SW 5th Ave #3400<br>Portland, OR  97204 | | | New creditor added; notice only provided; attorney for creditor<br><br>VALUE $                        0 | | | | Notice Only | Notice Only |

Sheet no. __15__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (s) ▸<br>(Total(s) of this page) | $   6,007,726 | $ |
| Total(s) ▸<br>(Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

**B6D (Official Form 6D) (12/07) – Cont**.

In re   Matrix Development Corporation                    ,        Case No.      08-32798-tmb11
                          **Debtor**                                                            **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Wachovia Bank<br>c/o Kurt Huisman<br>18300 Von Karman #450<br>Irvine, CA 92612 | | | Notice only provided <br><br><br> VALUE $                0 | | | | Notice Only | Notice Only |
| ACCOUNT NO. 16-6 <br><br> Wachovia Financial Svcs Inc<br>c/o Wachovia Bank NA<br>2415 E Camelback Rd #705<br>Phoenix, AZ 85016 | X | | Incurred: 7/12/06<br>Lien: LOC Trust Deed<br>Security: Villebois Phase 1 real property (Wilsonville, OR) <br><br> VALUE $        19,466,938 | | | | 16,481,118 | 0 |
| ACCOUNT NO. 11-7 <br><br> Wachovia Financial Svcs Inc<br>c/o Wachovia Bank NA<br>2415 E Camelback Rd #705<br>Phoenix, AZ 85016 | X | | Incurred: 6/14/06<br>Lien: LOC Trust Deed<br>Security: Villebois Phase 2 real property (Wilsonville, OR) <br><br> VALUE $        8,081,753 | | | | 7,050,598 | 0 |
| ACCOUNT NO. <br><br> Wachovia Financial Svcs Inc<br>c/o Wachovia Bank NA<br>2415 E Camelback Rd #705<br>Phoenix, AZ 85016 | X | | Incurred: 7/16/06<br>Lien: LOC Trust Deed<br>Security: Taralon 1 real property (Happy Valley, OR) <br><br> VALUE $        10,703,890 | | | | 8,154,912 | 0 |
| ACCOUNT NO. <br><br> Wachovia Financial Svcs Inc<br>c/o Wachovia Bank NA<br>2415 E Camelback Rd #705<br>Phoenix, AZ 85016 | X | | Incurred: 6/14/06<br>Lien: LOC Trust Deed<br>Security: Taralon 2 real property (Happy Valley, OR) <br><br> VALUE $        5,128,726 | | | | 3,848,339 | 0 |

Sheet no.  16 of  17  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s) (Total(s) of this page)   $ 35,534,967    $

Total(s) (Use only on last page)   $            $

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

**B6D (Official Form 6D) (12/07) – Cont**.

In re  Matrix Development Corporation                    ,          Case No.     08-32798-tmb11
                     **Debtor**                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Washington County Assessment & Taxation 155 N First Ave #230 Hillsboro, OR 97124 | | | Incurred: 2007-2008<br>Lien: Lien for unpaid real property taxes<br>Security: All real property owned by debtor located in Washington County, OR<br>Note: Amount due exclusive of any accrued interest<br><br>VALUE $ 48,506,733 | | | | 627,324 | 0 |
| ACCOUNT NO. <br><br> Wells Fargo Bank NA 550 California St #1200 MAC A0112-121 San Francisco, CA  94104 | | | Incurred: 3/29/07<br>Lien: Term Commitment Note<br>Security: Irrevocable Letter of Credit<br><br>VALUE $ 1,700,000 | | | | 2,900,000 | 1,200,000 |
| ACCOUNT NO. <br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. 17 of 17 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | Subtotal (s) (Total(s) of this page) | $ 3,527,324 | $ 1,200,000 |
|---|---|---|---|
| | Total(s) (Use only on last page) | $ 132,746,619 | $ 15,668,494 |
| | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (12/07)

In re <u>Matrix Development Corporation</u>,                    Case No. <u>08-32798-tmb11</u>
                  Debtor                                                            (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

**B6E (Official Form 6E) (12/07) - Cont.**

In re  Matrix Development Corporation                                    ,          Case No.  08-32798-tmb11
_____          _____
Debtor                                                                      (if known)

☐    **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☑    **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑    **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

18
____ **continuation sheets attached**

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6E (Official Form 6E) (12/07) - Cont.

In re  Matrix Development Corporation                    ,          Case No.  08-32798-tmb11
                 Debtor                                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Alexander, Rex C<br>25556 SW Canyon Creek Rd #W304<br>Wilsonville, OR 97070 | | | Consideration: Accrued claim for paid time off & flex time | | | | 3,381 | 2,424 | 957 |
| ACCOUNT NO.<br>Anderson, Lori S<br>5851 Burma Rd<br>Lake Oswego, OR 97035 | | | Consideration: Former employee Precautionary notice only provided | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br>Balkema, Johnathan L<br>3458 SE Shoreline Dr<br>Corvallis, OR 97333 | | | Consideration: Former employee Precautionary notice only provided | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br>Borgia, Cherie M<br>10225 SW Homestead Ln<br>Beaverton, OR 97008 | | | Consideration: Accrued claim for paid time off & flex time | | | | 5,292 | 3,093 | 2,199 |

Sheet no. 1 of 18 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 8,673 | $ 5,517 | $ 3,156 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6E (Official Form 6E) (12/07) - Cont.

In re  Matrix Development Corporation                    ,        Case No. ___08-32798-tmb11_____
_____
Debtor                                                                         (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    **Sec. 507(a)(4)**

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Boyd, Krista<br>13912 Melinda St<br>Oregon City, OR  97045 | | | Consideration: Accrued claim for paid time off & flex time | | | | 4,703 | 2,562 | 2,141 |
| ACCOUNT NO.<br>Brown, Craig<br>16074 SW 103rd Ave<br>Tigard, OR  97224 | | | Consideration: Accrued claim for paid time off, flex time & deferred compensation | | | | 454,240 | 4,520 | 449,720 |
| ACCOUNT NO.<br>Chapman, Jim L<br>1001 NW Lovejoy #410<br>Portland, OR  97209 | | | Consideration: Accrued claim for paid time off, flex time & deferred compensation | | | | 834,558 | 5,650 | 828,908 |
| ACCOUNT NO.<br>Christensen, Cindy M<br>14293 SW Windsong Ct<br>Tigard, OR  97223 | | | Consideration: Former employee Precautionary notice only provided | | | | Notice Only | Notice Only | Notice Only |

Sheet no. _2_ of _18_continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal
(Totals of this page) ► $ 1,293,501 | $ 12,732 | $ 1,280,769

Total
(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) ► $

Totals
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) ► $ | $ | $

B6E (Official Form 6E) (12/07) - Cont.

In re  Matrix Development Corporation                    ,    Case No.  08-32798-tmb11
                          Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Colgrove, Traci L 2534 NE Wasco St Portland, OR 97232 | | | Consideration: Accrued claim for paid time off & flex time No unpaid claims as of the Petition Date | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. Day, Thomas R 3181 SE Midvale Dr Corvallis, OR 97333 | | | Consideration: Accrued claim for paid time off & flex time | | | | 3,894 | 2,301 | 1,593 |
| ACCOUNT NO. Delozier, Nicole T 356 SE 15th Pl Canby, OR 97013 | | | Consideration: Accrued claim for paid time off & flex time | | | | 6,003 | 1,776 | 4,227 |
| ACCOUNT NO. Dockendorf, Boyd 1260 Ashwood Ct Lebanon, OR 97355 | | | Consideration: Accrued claim for paid time off & flex time | | | | 1,859 | 1,384 | 475 |

Sheet no. 3 of 18 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page)  $ 11,756    $ 5,461    $ 6,295

Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)  $

Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $    $    $

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6E (Official Form 6E) (12/07) - Cont.

In re  Matrix Development Corporation                    ,     Case No.  08-32798-tmb11
                    Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Dull, Merle<br>5554 NW Edgebrook Pl<br>Portland, OR 97229 | | | Consideration: Accrued claim for paid time off & flex time | | | | 2,772 | 2,153 | 619 |
| ACCOUNT NO.<br>Embertson, Randell<br>1335 NW 11th<br>Corvallis, OR 97330 | | | Consideration: Former employee Precautionary notice only provided | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br>Goodrich, James M<br>2285 Dawnwood Dr<br>Philomath, OR 97370 | | | Consideration: Accrued claim for paid time off & flex time | | | | 5,985 | 4,516 | 1,469 |
| ACCOUNT NO.<br>Guensch, Rainer<br>65 Kingsgate Rd<br>Lake Oswego, OR 97035 | | | Consideration: Former employee Precautionary notice only provided | | | | Notice Only | Notice Only | Notice Only |

Sheet no. 4 of 18 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page)     $ 8,757    $ 6,669    $ 2,088

Total (Use only on last last page of the completed Schedule E.) Report also on the Summary of Schedules)     $

Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)     $     $     $

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6E (Official Form 6E) (12/07) - Cont.

In re  Matrix Development Corporation                    ,        Case No.  08-32798-tmb11
                    Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Guthrie, Jodie<br>2770 SW 198th Ave<br>Aloha, OR 97006 | | | Consideration: Accrued claim for paid time off & flex time Note: No unpaid claims as of the Petition Date | | | | 0 | 0 | 0 |
| ACCOUNT NO.<br>Hansen, Patrick L<br>14785 SW 81st Ave<br>Tigard, OR 97224 | | | Consideration: Former employee Precautionary notice only provided | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br>Helms, Carol L<br>2378 Cottage St SE<br>Salem, OR 97302 | | | Consideration: Accrued claim for paid time off & flex time | | | | 1,348 | 1,348 | 0 |
| ACCOUNT NO.<br>Henrichs, Sharon L<br>8131 SE 86th Ave<br>Portland, OR 97266 | | | Consideration: Accrued claim for paid time off & flex time | | | | 1,273 | 762 | 511 |

Sheet no. 5 of 18 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page)  $ 2,621   $ 2,110   $ 511

Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)  $

Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $   $   $

B6E (Official Form 6E) (12/07) - Cont.

In re   Matrix Development Corporation                          ,        Case No.   08-32798-tmb11
                      **Debtor**                                                      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)   Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above..*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Herb, Jacki T<br>21587 SW 99th Ave<br>Tualatin, OR  97062 | | | Consideration: Accrued claim for paid time off & flex time | | | | 3,782 | 2,564 | 1,218 |
| ACCOUNT NO.<br><br>Hurley, Nicki A<br>32640 Peoria Rd SW<br>Albany, OR  97321 | | | Consideration: Accrued claim for paid time off & flex time | | | | 1,787 | 1,217 | 570 |
| ACCOUNT NO.<br><br>Jarvis, Diane F<br>20200 SW 216th Pl<br>Sherwood, OR  97140-8602 | | | Consideration: Accrued claim for paid time off & flex time | | | | 7,293 | 4,162 | 3,131 |
| ACCOUNT NO.<br><br>Keena, Dana L<br>POB 1566<br>Sherwood, OR  97140 | | | Consideration: Accrued claim for paid time off & flex time | | | | 4,885 | 1,838 | 3,047 |

Sheet no. __6__ of __18__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | Subtotal (Totals of this page) | $ 17,747 | $ 9,781 | $ 7,966 |
|---|---|---|---|---|
|  | Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules | $ | | |
|  | Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717  -  30755 - Adobe PDF

B6E (Official Form 6E) (12/07) - Cont.

In re __Matrix Development Corporation_____,   Case No. ___08-32798-tmb11_____
         Debtor                                            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)  Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above..*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Kott, Gregory J 402 SE 44th Ave Portland, OR 97215 | | | Consideration: Former employee Precautionary notice only provided | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. Kralicek, Michelle 5463 Tree St Lake Oswego, OR 97035 | | | Consideration: Accrued claim for paid time off & flex time | | | | 2,183 | 1,807 | 376 |
| ACCOUNT NO. Larsen, Robert A 39699 Ward Rd Monmouth, OR 97361 | | | Consideration: Former employee Precautionary notice only provided | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. Lemmon, Gregory L 2222 SW 213th Pl Aloha, OR 97006 | | | Consideration: Former employee Precautionary notice only provided | | | | Notice Only | Notice Only | Notice Only |

Sheet no. _7_ of _18_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page)  $ 2,183  $ 1,807  $ 376

Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)  $

Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $  $  $

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6E (Official Form 6E) (12/07) - Cont.

In re  Matrix Development Corporation _____ ,    Case No. ___08-32798-tmb11_____
_____Debtor_____                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Lucas, Steven R<br>5215 SW 152nd Ct<br>Beaverton, OR 97007 | | | Consideration: Accrued claim for paid time off & flex time | | | | 6,293 | 2,367 | 3,926 |
| ACCOUNT NO.<br>Malen, Vernon R<br>1511 NWS Slocum Wy<br>Portland, OR 97229 | | | Consideration: Accrued claim for paid time off & flex time | | | | 6,391 | 3,311 | 3,080 |
| ACCOUNT NO.<br>Marks, Linda<br>6174 NE Rosebay Dr<br>Hillsboro, OR 97124 | | | Consideration: Accrued claim for paid time off & flex time | | | | 1,083 | 1,083 | 0 |
| ACCOUNT NO.<br>Martinez, Magdiel<br>1480 15th St NE<br>Salem, OR 97301 | | | Consideration: Accrued claim for paid time off & flex time | | | | 1,124 | 1,124 | 0 |
| Sheet no. 8 of 18 continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotal (Totals of this page) | | | | $ 14,891 | $ 7,885 | $ 7,006 |
| | | | Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules | | | | $ | | |
| | | | Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $ | $ |

B6E (Official Form 6E) (12/07) - Cont.

In re   Matrix Development Corporation                        ,        Case No.   08-32798-tmb11
                              Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>McAuley, Ron<br>852 NE Sunrise Ln<br>Hillsboro, OR 97124 | | | Consideration: Former employee Precautionary notice only provided | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Mulvaney, Kevin P<br>21798 SW Mandan Dr<br>Tualatin, OR 97062 | | | Consideration: Accrued claim for paid time off & flex time | | | | 551 | 551 | 0 |
| ACCOUNT NO.<br><br>Myers, Jeremy L<br>5822 NE 42nd Ave<br>Portland, OR 97218 | | | Consideration: Accrued claim for paid time off & flex time | | | | 59 | 59 | 0 |
| ACCOUNT NO.<br><br>Newby, Deidre L<br>105 Oswego Summit<br>Lake Oswego, OR 97035 | | | Consideration: Accrued claim for paid time off & flex time | | | | 8,440 | 2,411 | 6,029 |

Sheet no. 9 of 18 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 9,050 | $ 3,021 | $ 6,029 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6E (Official Form 6E) (12/07) - Cont.

In re   Matrix Development Corporation                    ,        Case No.   08-32798-tmb11
                        Debtor                                                         (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Nixon, Harriet<br>5950 SW Balsam Dr<br>Corvallis, OR 97333 | | | Consideration: Accrued claim for paid time off & flex time | | | | 3,724 | 2,016 | 1,708 |
| ACCOUNT NO.<br>Oswald, Nancy K<br>40639 SW Vandehey Rd<br>Gaston, OR 97119 | | | Consideration: Accrued claim for paid time off & flex time | | | | 4,175 | 2,215 | 1,960 |
| ACCOUNT NO.<br>Ott, Kathleen A<br>16485 SW O'Neill Ct<br>Tigard, OR 97223 | | | Consideration: Accrued claim for paid time off & flex time | | | | 922 | 922 | 0 |
| ACCOUNT NO.<br>Pacino, Lou A<br>15680 SW Bristlecone Wy<br>Portland, OR 97223 | | | Consideration: Accrued claim for paid time off & flex time | | | | 4,118 | 2,032 | 2,086 |

Sheet no. 10 of 18 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal
(Totals of this page)     $ 12,939   $ 7,185   $ 5,754

Total
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)     $

Totals
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)     $          $          $

B6E (Official Form 6E) (12/07) - Cont.

In re   Matrix Development Corporation                    ,          Case No. ____08-32798-tmb11_____
                    Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)     Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Rubenstein, Laurie J<br>4120 SW Vacuna<br>Portland, OR 97219 | | | Consideration: Accrued claim for paid time off & flex time | | | | 5,987 | 2,583 | 3,404 |
| ACCOUNT NO.<br>Running, Jerry L<br>1250 SE Seaport Cr<br>Corvallis, OR 97333 | | | Consideration: Former employee Precautionary notice only provided | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br>Rutherford, James R<br>13713 SE Taralon Dr<br>Happy Valley, OR 97015 | | | Consideration: Accrued claim for paid time off, flex time & deferred compensation | | | | 44,400 | 3,070 | 41,330 |
| ACCOUNT NO.<br>Sukkau, Nicholas R<br>3450 SE Shoreline Dr<br>Corvallis, OR 97333 | | | Consideration: Former employee Precautionary notice only provided | | | | Notice Only | Notice Only | Notice Only |

Sheet no. 11 of 18 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page)   $ 50,387   $ 5,653   $ 44,734

Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules   $

Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $   $

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6E (Official Form 6E) (12/07) - Cont.

In re  Matrix Development Corporation_____,        Case No. ___08-32798-tmb11_____
                    Debtor                                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)        Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Sullivan, Mark A 3523 SE Francis St Portland, OR 97202 | | | Consideration: Accrued claim for paid time off & flex time | | | | 5,571 | 1,907 | 3,664 |
| ACCOUNT NO. Sullivan, Terry C 1209 NE 94th Pl Vancouver, WA 98664-6407 | | | Consideration: Accrued claim for paid time off & flex time | | | | 7,294 | 2,543 | 4,751 |
| ACCOUNT NO. Tylka, Darlene J 512 NW Wildwood Dr Vancouver, WA 98665 | | | Consideration: Accrued claim for paid time off & flex time | | | | 533 | 533 | 0 |
| ACCOUNT NO. Vangel, Elizabeth S 17219 SW Kandrea Ct Beaverton, OR 97007 | | | Consideration: Accrued claim for paid time off & flex time | | | | 1,751 | 1,112 | 639 |
| Sheet no. _12_ of _18_ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotal (Totals of this page) | | | | $ 15,149 | $ 6,095 | $ 9,054 |
| | | | Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules | | | | $ | | |
| | | | Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $ | $ |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6E (Official Form 6E) (12/07) - Cont.

In re  Matrix Development Corporation_____,          Case No. ___08-32798-tmb11_____
          Debtor                                                           (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)     Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Watkins, Jeffery A <br> 2940 SE Cleveland Dr <br> Gresham, OR  97080 | | | Consideration: Accrued claim for paid time off & flex time | | | | 4,101 | 2,587 | 1,514 |
| ACCOUNT NO. <br><br> Wiebold, Kevin N <br> 1409 S Maple St <br> Canby, OR  97013 | | | Consideration: Accrued claim for paid time off & flex time | | | | 3,739 | 2,681 | 1,058 |
| ACCOUNT NO. <br><br> Yett, Charles E <br> 13050 SW Wilmington Ln <br> Tigard, OR  97224 | | | Consideration: Accrued claim for paid time off & flex time | | | | 2,449 | 1,642 | 807 |
| ACCOUNT NO. <br><br><br> | | | | | | | | | |

Sheet no.___13___of ___18___continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotal (Totals of this page) | $ 10,289 | $ 6,910 | $ 3,379 |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| | Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

B6E (Official Form 6E) (12/07) - Cont.

In re   Matrix Development Corporation                        ,        Case No.   08-32798-tmb11
                              Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)    Sec. 507(a)(7)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Allen, Charles & Jennifer <br> 13295 SW Whistling Wy <br> Beaverton, OR  97008 | | | Consideration: Earnest money deposit <br> Note: Home purchase scheduled to close postpetition | | | | 13,701 | 4,850 | 8,851 |
| ACCOUNT NO. <br><br> Bayley, Matt & Courtney <br> 15130 SW Millikan Wy #913 <br> Beaverton, OR  97006 | | | Consideration: Earnest money deposit <br> Note: Home purchase scheduled to close postpetition | | | | 23,501 | 4,850 | 18,651 |
| ACCOUNT NO. <br><br> Bell, Jerry & Tracy <br> 1184 NW Weybridge Wy <br> Beaverton, OR  97006 | | | Consideration: Earnest money deposit <br> Note: Home purchase scheduled to close postpetition | | | | 15,699 | 4,850 | 10,849 |
| ACCOUNT NO. <br><br> Collins, Shari <br> POB 8375 <br> Portland, OR  97207 | | | Consideration: Earnest money deposit <br> Note: New creditor added; home purchase transaction terminated | | | | 14,652 | 2,425 | 12,227 |

Sheet no. __14__ of __18__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotal (Totals of this page) | $ 67,553 | $ 16,975 | $ 50,578 |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ | | |
| | Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6E (Official Form 6E) (12/07) - Cont.

In re __Matrix Development Corporation_____,    Case No. ___08-32798-tmb11_____
                   Debtor                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(7)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Holten, Nadine<br>15486 SW Fountainwood Pl<br>Tigard, OR 97224 | | | Consideration: Earnest money deposit<br>Note: Home purchase scheduled to close postpetition | | | | 25,076 | 2,425 | 22,651 |
| ACCOUNT NO.<br><br>McGee, Charles B Jr<br>3637 SW 24th Terr<br>Gresham, OR 97080 | | | Consideration: Earnest money deposit<br>Note: Home purchase scheduled to close postpetition | | | | 35,281 | 2,425 | 32,856 |
| ACCOUNT NO.<br><br>Parker, Ethan & Jaime<br>10548 SW Kent St<br>Tigard, OR 97224-4327 | | | Consideration: Earnest money deposit<br>Note: Home purchase scheduled to close postpetition | | | | 16,695 | 4,850 | 11,845 |
| ACCOUNT NO.<br><br>Perry, Brad<br>13141 SW Brianne Wy<br>Tigard, OR 97223 | | | Consideration: Earnest money deposit<br>Note: Home purchase scheduled to close postpetition | | | | 27,383 | 2,425 | 24,958 |

Sheet no.__15__of__18__continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page)    $ 104,435    $ 12,125    $ 92,310

Total (Use only on last last page of the completed Schedule E.) Report also on the Summary of Schedules)    $

Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $    $

B6E (Official Form 6E) (12/07) - Cont.

In re  Matrix Development Corporation                    ,          Case No.  08-32798-tmb11
          Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(7)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Ridd, Ryan K<br>10873 SW Nutcracker Ct<br>Beaverton, OR 97007-8450 | | | Consideration: Earnest money deposit<br>Note: Home purchase scheduled to close postpetition | | | | 11,682 | 2,425 | 9,257 |
| ACCOUNT NO.<br>Waldo, Lindsay & Jared Perkins<br>18290 SW Florendo Ln<br>Beaverton, OR 97007 | | | Consideration: Earnest money deposit<br>Note: Home purchase scheduled to close postpetition | | | | 10,953 | 4,850 | 6,103 |
| ACCOUNT NO.<br>Walker, Jarrod (Jack) & Alicia Selby<br>1845 Pacific Ave #4<br>San Francisco, CA 94109 | | | Consideration: Earnest money deposit<br>Note: Home purchase scheduled to close postpetition | | | | 32,998 | 4,850 | 28,148 |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. 16 of 18 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page)  $ 55,633  $ 12,125  $ 43,508

Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)  $

Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $  $  $

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6E (Official Form 6E) (12/07) - Cont.

In re    Matrix Development Corporation                    ,        Case No.    08-32798-tmb11
                    Debtor                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. CA Franchise Tax Board Bankruptcy, BE MS A345 POB 2952 Sacramento, CA 95812-2952 | | | Incurred: 2008 Consideration: Precautionary creditor; notice only provided | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. Colorado Dept of Revenue 1375 Sherman St Denver, CO 80261 | | | Incurred: 2008 Consideration: Precautionary creditor; notice only provided | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. Construction Contractors Board 700 Summer St NE #300 POB 14140 Salem, OR 97309-5052 | | | Consideration: Precautionary creditor; notice only provided | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. DCBS Fiscal Section 350 Winter St NE #300 Salem OR 97310 | | | Incurred: 2008 Consideration: Precautionary creditor; notice only provided | | | | Notice Only | Notice Only | Notice Only |

Sheet no. 17 of 18 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal                       $            0     $            0     $            0
(Totals of this page)

Total                          $
(Use only on last page of the completed
Schedule E.)  Report also on the Summary
of Schedules)

Totals                         $                 $                 $
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6E (Official Form 6E) (12/07) - Cont.

In re Matrix Development Corporation _____,    Case No. ___08-32798-tmb11_____
                Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Employment Dept<br>875 Union St NE<br>Salem, OR  97311 | | | Incurred: 2008<br>Consideration:<br>Precautionary creditor;<br>notice only provided | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>IRS<br>POB 21126<br>Philadelphia, PA  19114 | | | Incurred: 2008<br>Consideration:<br>Precautionary creditor;<br>notice only provided | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>ODR Bkcy<br>955 Center NE #353<br>Salem, OR  97301-2555 | | | Incurred: 2008<br>Consideration:<br>Precautionary creditor;<br>notice only provided | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Washington Dept of Revenue<br>POB 34054<br>Seattle, WA  98124-1054 | | | Consideration:<br>Precautionary creditor;<br>notice only provided | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __18__ of __18__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤ | $            0 | $ | $
(Totals of this page)

Total ➤ | $    1,685,564
(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules)

Totals ➤ | $ | $    122,051 | $  1,563,513
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07)

In re  Matrix Development Corporation                    ,        Case No.    08-32798-tmb11
_____
                        **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>3 R's Construction Inc<br>POB 162<br>Yamhill, OR 97148 | | | Consideration: Trade debt; subcontractor | | | | 60,130 |
| ACCOUNT NO.<br><br>A-1 Security Metal Fabrication<br>6123 SE 63rd St<br>Vancouver, WA 98661-1906 | | | Consideration: Trade debt; subcontractor | | | | 22,675 |
| ACCOUNT NO.<br><br>AA Maintenance Inc<br>11225 SW Greenburg Rd<br>Tigard, OR 97223-5321 | | | Consideration: Trade debt; subcontractor | | | | 7,513 |
| ACCOUNT NO.<br><br>ABC Supply Co Inc<br>1835 NE Columbia Blvd<br>Portland, OR 97211 | | | Consideration: Trade debt; supplier | | | | 10,899 |

131  continuation sheets attached

Subtotal ➤  $     101,217

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                    ,        Case No.  08-32798-tmb11
                 **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Aburiyash, Feras<br>213 NE Ironcreek Terr<br>Hillsboro, OR  97124 | | | Incurred: 10/24/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Accad, Yigal & Margalit<br>22821 SW Lodgepole Ave<br>Tualatin, OR  97062 | | | Incurred: 4/17/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Accent Verticals Inc<br>28350 SE Hwy 212<br>Boring, OR  97009 | | | Consideration: Trade debt; subcontractor | | | | 13,922 |
| ACCOUNT NO.<br><br>Accuracy Plus Inc<br>921 SW Washington #750<br>Portland, OR  97205 | | | Consideration: Trade debt; answering services | | | | 99 |
| ACCOUNT NO.<br><br>ACD Engineering<br>43430 Business Park Dr<br>Temecula, CA  92590 | | | Consideration: Precautionary creditor | | | | Notice Only |

Sheet no. 1 of 131 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  14,021

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    Matrix Development Corporation                    ,        Case No.    08-32798-tmb11
         _____                                   _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Aceituro, Juan<br>12425 NW Barnes Rd #47<br>Portland, OR 97229 | | | Consideration: Trade debt | | | | 250 |
| ACCOUNT NO.<br><br>Adams, Holyoke & Jean<br>4505 SW Hollycock Cir<br>Corvallis, OR 97333 | | | Incurred: 12/18/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Adams, Scott & Kimberly<br>7258 NE Stoneybrook St<br>Hillsboro, OR 97124 | | | Incurred: 4/1/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Adhikari, Prasad & Charu<br>3288 SE Maritime St<br>Corvallis, OR 97333 | | | Incurred: 8/13/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Adrian's Inc<br>21225 SW TV Hwy<br>Aloha, OR 97006 | | | Consideration: Trade debt; subcontractor | | | | 19,833 |

Sheet no. __2__ of _131_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 20,083

Total ► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                    ,          Case No.    08-32798-tmb11
              **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Advanced Surface Innovations<br>POB 19148<br>Portland, OR  97280 | | | Consideration: Trade debt; subcontractor | | | | Notice Only |
| ACCOUNT NO.  9013<br><br>Advanta Bank Corp<br>POB 8088<br>Philadelphia, PA  19101-8088 | | | Consideration: Credit card debt | | | | 7,320 |
| ACCOUNT NO.<br><br>Advanta Business Cards<br>POB 8088<br>Philadelphia, PA  19101-8088 | | | Consideration: Precautionary creditor | | | | Notice Only |
| ACCOUNT NO.<br><br>Aggregate Conveyed Trucking<br>POB 1191<br>Corvallis, OR  97339 | | | Consideration: Trade debt; subcontractor | | | | 210 |
| ACCOUNT NO.<br><br>Airgas Nor Pac<br>POB 7427<br>Pasadena, CA  91109-7427 | | | Consideration: Trade debt | | | | 8 |

Sheet no. 3 of 131 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $    7,538

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                    ,          Case No.  08-32798-tmb11
                    **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Airtech Environmental Inc <br> 11225A SW Greenburg Rd #301 <br> Tigard, OR  97223 | | | Consideration: Trade debt; subcontractor | | | | 1,170 |
| ACCOUNT NO. <br><br> Akula, Sireeshs <br> 6146 NE Ridgestone Ct <br> Hillsboro, OR  97124 | | | Incurred: 7/6/07 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br><br> Albrecht, Jennifer <br> 3576 SE Midvale Dr <br> Corvallis, OR  97333 | | | Incurred: 1/4/08 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br><br> Alexander, Phyllis <br> 180 NW 231st Ave <br> Hillsboro, OR  97124 | | | Consideration: Trade debt | | | | 100 |
| ACCOUNT NO. <br><br> Allen, Andrea <br> 238 NE Ironcreek Pl <br> Hillsboro, OR  97124 | | | Incurred: 9/5/07 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |

Sheet no. _4_ of _131_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 1,270
Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                    ,          Case No.    08-32798-tmb11
                          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Aloisia, Apryle <br> 6058 NE Whitewood Dr <br> Hillsboro, OR  97124 | | | Incurred: 4/18/08 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br><br> Alpha Community Development <br> 9200 SW Nimbus Ave <br> Beaverton, OR  97008 | | | Consideration: Trade debt; overhead expense | | | | 3,822 |
| ACCOUNT NO. <br><br> Alpha Vision <br> 420, Rue Armand Frapier #25 <br> LAVAL, QC  H7V 4B4 <br> CANADA | | | Consideration: Trade debt | | | | 780 |
| ACCOUNT NO. <br><br> American Eagle Graphics <br> 12411 E Slauson Ave #E <br> Whittier, CA  90605 | | | Consideration: Trade debt; overhead expense | | | | 48 |
| ACCOUNT NO. <br><br> An, Ho Jeong <br> 6348 NE Whitewood Dr <br> Hillsboro, OR  97124 | | | Incurred: 10/1/07 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |

Sheet no.  5   of 131  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $          4,650

Total ➤  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                    ,        Case No.  08-32798-tmb11
              **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Anderson, Jayne <br> 197 NE 61st Terr <br> Hillsboro, OR  97124 | | | Incurred: 9/7/07 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br><br> Anderson, Roger <br> Anderson & Dittman LLP <br> POB 23006 <br> Tigard, OR  97281 | | | Incurred: 5/21/04 <br> Consideration: Precautionary creditor <br> Notice only provided re real property <br> purchase agreement (Bischof/Lund) | | | | Notice Only |
| ACCOUNT NO. <br><br> Andruss, Amanda <br> 17323 SW Montague Wy <br> Portland, OR  97224 | | | Incurred: 10/23/07 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br><br> Angeles, David <br> 13560 SW Fischer Rd <br> Portland, OR  97224 | | | Incurred: 5/30/08 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br><br> Appel, Eric & Aja <br> 204 NE Ironcreek Terr <br> Hillsboro, OR  97124 | | | Consideration: Precautionary notice only <br> provided | | | | Notice Only |

Sheet no.  6  of  131  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $              0

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Matrix Development Corporation</u>,                    Case No. <u>08-32798-tmb11</u>
          **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Applegate Doors<br>POB 730<br>Philomath, OR 97370 | | | Consideration: Trade debt; subcontractor | | | | 50 |
| ACCOUNT NO.<br>ARMOR Contracting LLC<br>33017 Blackberry Ln<br>Tangent, OR 97389 | | | Consideration: Trade debt; subcontractor | | | | 225 |
| ACCOUNT NO.<br>Arnold, David & Mary<br>994 Troon St NW<br>Albany, OR 97321 | | | Incurred: 4/25/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Ashley, James<br>17267 SW Montague Wy<br>Portland, OR 97224 | | | Incurred: 8/29/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Auble, Wayne & Lynda<br>7262 NE Stoneybrook St<br>Hillsboro, OR 97124 | | | Incurred: 2/29/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. <u>7</u> of <u>131</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    275

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                    ,     Case No.   08-32798-tmb11
              **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Auburn Hill HOA<br>c/o Northwest Community Mgmt<br>POB 23099<br>Tigard, OR 97281 | | | Consideration: Precautionary creditor<br>Notice only provided | | | | Notice Only |
| ACCOUNT NO.<br>Aurora Business Park LLC<br>POB 68389<br>Milwaukie, OR 97268-0389 | | | Consideration: Precautionary creditor | | | | Notice Only |
| ACCOUNT NO.<br>Austin, Helen Marion<br>18185 NW Springville Rd<br>Portland, OR 97229 | | | Incurred: 8/26/03<br>Consideration: Precautionary creditor<br>Creditor is seller under real property purchase agreement | | | | Notice Only |
| ACCOUNT NO.<br>Avery, A C Buzz<br>10 Varsity Cir<br>Rancho Mirage, CA 92270 | | | Consideration: Litigation arising from alleged contract<br>New creditor added; Clackamas County Circuit Court Case No. CV 07060659 | X | X | | 960,000 |
| ACCOUNT NO.<br>Avery, A C Buzz<br>5026 Commercial Street SE #B<br>Salem, OR 97306 | | | New creditor added; notice only provided | | | | Notice Only |

Sheet no. 8 of 131 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 960,000

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                                    ,        Case No.    08-32798-tmb11
               **Debtor**                                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Avery, A C Buzz <br> c/o J Matthew Donohue <br> 1211 SW 5th Ave #3000 <br> Portland, OR 97204-3730 | | | New creditor added; notice only provided; attorney for creditor | | | | Notice Only |
| ACCOUNT NO. <br><br> Azimuth Communications Inc <br> POB 508 <br> Wilsonville, OR 97070 | | | Consideration: Trade debt; subcontractor | | | | 44,773 |
| ACCOUNT NO. <br><br> B & L Masonry Inc <br> 25200 NE 188th Ct <br> Battleground, WA 98604 | | | Consideration : Trade debt; subcontractor | | | | 44,966 |
| ACCOUNT NO. <br><br> Bacon, Maurice & Joy <br> 6173 NE Ridgestone Ct <br> Hillsboro, OR 97124 | | | Incurred: 7/3/07 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br><br> Baker, Brian & Victoria <br> 7250 NE Stoneybrook St <br> Hillsboro, OR 97124 | | | Incurred: 12/28/07 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |

Sheet no.  9  of  131  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        89,739

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    Matrix Development Corporation                    ,          Case No.    08-32798-tmb11
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Ball Janik LLP <br>101 SW Main St #1100 <br>Portland, OR  97204-3219 | | | Consideration: Legal services | | | | 2,015 |
| ACCOUNT NO.  4211 <br><br>Bank of America <br>POB 15731 <br>Wilmington, DE  19886-5731 | | | Consideration: Credit card debt | | | | 470 |
| ACCOUNT NO.  1910 <br><br>Bank of America <br>POB 15731 <br>Wilmington, DE  19886-5731 | | | Consideration: Credit card debt | | | | 675 |
| ACCOUNT NO.  4328 <br><br>Bank of America <br>POB 15731 <br>Wilmington, DE  19886-5731 | | | Consideration: Credit card debt | | | | 301 |
| ACCOUNT NO. <br><br>Bank of America <br>POB 53121 <br>Phoenix, AZ  85072-3121 | | | Consideration: Trade debt; overhead expense | | | | Unknown |

Sheet no.  10  of 131  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $          3,461

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Matrix Development Corporation</u>,
    **Debtor**

Case No. <u>08-32798-tmb11</u>
    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Bank of America NA<br>121 SW Morrison St 7th Fl<br>Portland, OR 97204 | X | | Consideration: Line of credit | | | | 1,006,575 |
| ACCOUNT NO.<br>Bank of America NA<br>121 SW Morrison St 7th Fl<br>Portland, OR 97204 | X | | Consideration: Guaranty<br>Debtor guaranteed debt of Northgate Stonewater Partners, LLC | X | | | 1,910,219 |
| ACCOUNT NO.<br>Bank of America NA<br>121 SW Morrison St 7th Fl<br>Portland, OR 97204 | X | | Consideration: Guaranty<br>Debtor guaranteed debt of Amberglen Village Townhomes, LLC | X | | | 5,198,083 |
| ACCOUNT NO.<br>Banta, Stephen & Ellen<br>183 NE Ironcreek Terr<br>Hillsboro, OR 97124 | | | Incurred: 10/31/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Baradar, Mariam<br>624 NE 73rd Ave<br>Hillsboro, OR 97124 | | | Incurred: 2/19/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. <u>11</u> of <u>131</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 8,114,877

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Matrix Development Corporation__ ,    Case No. __08-32798-tmb11__
       **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Barney, David<br>13294 SW Timara Ln<br>King City, OR 97224 | | | Incurred: 12/19/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Bassetti, Donald<br>888 Troon St NW<br>Albany, OR 97321 | | | Incurred: 3/24/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Beaudry, Dwight<br>7218 NE Stoneybrook St<br>Hillsboro, OR 97124 | | | Incurred: 11/15/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Beaverton Wood Floors Inc<br>14795 SW Murray Scholls Dr #109<br>Beaverton, OR 97007 | | | Consideration: Trade debt; subcontractor | | | | 49,397 |
| ACCOUNT NO.<br>Beaverton Wood Floors Inc<br>c/o Bruce M Weinsoft Esq<br>815 SW 2nd Ave #400<br>Portland, OR 97204 | | | New creditor added; notice only provided; attorney for creditor | | | | Notice Only |

Sheet no. __12__ of __131__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 49,397

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                    ,          Case No.  08-32798-tmb11
                        **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Belding, Karen<br>6225 NE Carillion Dr #101 Bldg 2<br>Hillsboro, OR 97124 | | | Incurred: 8/10/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Beltz, Brent & Lisa<br>6190 NE Ridgestone Ct<br>Hillsboro, OR 97124 | | | Incurred: 6/12/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Bennett Framing Inc<br>POB 1197<br>Boring, OR 97009 | | | Consideration: Trade debt; subcontractor | | | | 42,766 |
| ACCOUNT NO.<br><br>Bennett Homes Inc<br>POB 1197<br>Boring, OR 97009 | | | Incurred: 6/2/08<br>Consideration: Construction Lien<br>Balance due for labor provided (Taralon, Lot 64); debtor sold lot prepetition | | | | 6,481 |
| ACCOUNT NO.<br><br>Bennett-Shellenberger<br>171 E Pikes Peak Ave #200<br>Colorado Springs, CO 80909 | | | Consideration: Precautionary creditor | | | | Notice Only |

Sheet no. 13 of 131 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        49,247

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __Matrix Development Corporation_____,    Case No. __08-32798-tmb11_____
       **Debtor**                                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bentos, Fennanda<br>13553 SW King Lear Wy<br>Portland, OR  97224 | | | Incurred: 3/20/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Bergman Photographic Svcs<br>7816 SE 13th Ave<br>Portland, OR  97202 | | | Consideration: Trade debt; overhead expense | | | | 817 |
| ACCOUNT NO.<br><br>Bischof, Donald E<br>16300 SW 192nd Ave<br>Sherwood, OR  97140 | | | Incurred: 5/21/04<br>Consideration: Precautionary creditor<br>Creditor joint buyer with debtor under real property purchase agreement | X | | | Notice Only |
| ACCOUNT NO.<br><br>Bishop, Boyd M & Mary C<br>2532 Ranchero Rd<br>Glendale, OR  97442 | | | Incurred: 11/4/06<br>Consideration: Precautionary creditor<br>Creditors are sellers under real property purchase agreement | X | | | Notice Only |
| ACCOUNT NO.<br><br>Boardman, Cody & Andrea<br>10749 SW London Ln<br>Wilsonville, OR  97070 | | | Incurred: 4/11/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. __14__ of __131__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                              Subtotal ➤  | $ | 817 |

Total ➤  | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __Matrix Development Corporation_____,    Case No. ___08-32798-tmb11_____
           **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bogle, Mike & Rosemary<br>13281 SW Timara Ln<br>King City, OR 97224 | | | Incurred: 3/14/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Bowlby, Vernon & Ruth<br>4615 SW Orchid Cir<br>Corvallis, OR 97333 | | | Incurred: 11/8/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Bowlby, Vernon & Ruth<br>4618 SW Birdsong Dr<br>Corvallis, OR 97333 | | | Incurred: 11/21/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Branderhorst, Everett & Deborah<br>13410 SW King Lear Wy<br>Portland, OR 97224 | | | Incurred: 5/12/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Braverman, Kenneth & Tiffany<br>672 NE 73rd Ave<br>Hillsboro, OR 97124 | | | Incurred: 3/6/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. __15__ of __131__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 0

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Matrix Development Corporation_____,     Case No. ___08-32798-tmb11_____
            **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Breum, Jason & Dawnelle<br>22982 SW Lodgepole Ave<br>Tualatin, OR 97062 | | | Incurred: 12/13/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Bridwell, Nelson<br>3574 SE Outrigger Pl<br>Corvallis, OR 97333 | | | Incurred: 4/25/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Brower, Michael<br>5033 SW Hollyhock Cir<br>Corvallis, OR 97333 | | | Incurred: 8/1/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Brucker, Brad & Ann<br>10335 SW Helenius St<br>Tualatin, OR 97062 | | | Incurred: 3/18/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Brundage-Bone Concrete Pumping<br>1627 NE Argyle Dr<br>Portland, OR 97211 | | | Consideration: Trade debt; subcontractor | | | | 4,877 |

Sheet no. _16_ of _131_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 4,877

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                        ,  Case No.  08-32798-tmb11
                     **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Buchanan, Tom & Karen<br>10361 SW Whitebark Ln<br>Tualatin, OR  97062 | | | Incurred: 11/28/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Buck's Sanitary Svc<br>POB 21527<br>Eugene, OR  97402 | | | Consideration: Trade debt; overhead expense | | | | 122 |
| ACCOUNT NO.<br><br>Buena Vista Arbor Care<br>6635 Prather Rd<br>Independence, OR  97351 | | | Consideration: Trade debt; overhead expense | | | | 760 |
| ACCOUNT NO.<br><br>Builder 1440<br>c/o Wachovia Bank #54957<br>401 Market St<br>Philadelphia, PA  19106 | | | Consideration: Trade debt; overhead expense | | | | 11,405 |
| ACCOUNT NO.<br><br>Builders Masonry Contr Ltd<br>POB 464<br>West Linn, OR  97068 | | | Consideration: Trade debt; overhead expense | | | | 18,286 |

Sheet no.  17  of 131  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $         30,573

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Matrix Development Corporation</u>,
Debtor

Case No. <u>08-32798-tmb11</u>
(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Builders Risk Plan<br>POB 931795<br>Atlanta, GA 31193-1795 | | | Consideration: Precautionary creditor | | | | Notice Only |
| ACCOUNT NO.<br>Builders Site Protection Inc<br>424 Recluse Ln<br>Encinitas, CA 92024 | | | Consideration: Trade debt; supplier | | | | 320 |
| ACCOUNT NO.<br>Bundy, Ryan<br>17279 SW Montague Wy<br>Portland, OR 97224 | | | Incurred: 6/19/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Burgess, Doug & Tina<br>15643 SE Kestral Dr<br>Happy Valley, OR 97086 | | | Incurred: 3/31/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Cain, Austin<br>22940 SW 104th Terr<br>Tualatin, OR 97062 | | | Incurred: 5/30/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. <u>18</u> of <u>131</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 320

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __Matrix Development Corporation_____,    Case No. ___08-32798-tmb11_____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Cairy, Ellie<br>17439 SW Montague Wy<br>Portland, OR  97224 | | | Incurred: 1/8/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Campbell, Christopher<br>6267 NE Carillion Dr #103 Bldg 8<br>Hillsboro, OR  97124 | | | Incurred: 11/30/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Casserly Landscape Inc<br>2951 SW Mossy Brae<br>West Linn, OR  97068 | | | Consideration: Trade debt; subcontractor | | | | 72,787 |
| ACCOUNT NO.<br><br>Centerline Concepts Inc<br>700 Molalla Ave<br>Oregon City, OR  97045 | | | Consideration: Trade debt; subcontractor | | | | 690 |
| ACCOUNT NO.<br><br>Champion Underlayment Inc<br>POB 1846<br>Hillsboro, OR  97123 | | | Consideration: Trade debt; subcontractor | | | | 4,106 |

Sheet no. __19__ of __131__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤　$　77,583

Total ➤　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                    ,        Case No.  08-32798-tmb11
_____        _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Chan, Samuel<br>6255 NE Carillion Dr #201 Bldg 12<br>Hillsboro, OR  97124 | | | Incurred: 9/7/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Chandrasekaran, Avinash<br>168 NE Ironcreek Terr<br>Hillsboro, OR  97124 | | | Incurred: 6/3/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Chang, Chun-Hwei<br>6211 NE Carillion Dr #207 Bldg 4<br>Hillsboro, OR  97124 | | | Incurred: 7/12/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Cheun, Somla<br>199 NE Ironcreek Terr<br>Hillsboro, OR  97124 | | | Incurred: 10/12/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.  3978<br><br>Chevron<br>POB 70887<br>Charlotte, NC  28272-0887 | | | Consideration: Credit card debt | | | | 1,277 |

Sheet no.  20  of  131  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,277

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re <u>Matrix Development Corporation</u> ,      Case No. <u>08-32798-tmb11</u>
    **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Chobu, Pavel <br> 6211 NE Carillion Dr #205 Bldg 4 <br> Hillsboro, OR 97124 | | | Incurred: 11/21/07 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br> Cicero, Tony <br> 13509 SW King Lear Wy <br> Portland, OR 97224 | | | Incurred: 10/10/07 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br> City of Albany <br> c/o Marilyn Smith <br> 333 Broadalbin St SW <br> Albany, OR 97321 | | | New creditor added; notice only provided; obligee/beneficiary under maintenance bond | | | | Notice Only |
| ACCOUNT NO. <br> City of Albany - Utilities <br> POB 945 <br> Albany, OR 97321-0352 | | | Consideration: Trade debt; overhead expense | | | | 686 |
| ACCOUNT NO. <br> City of Colorado Springs <br> c/o Patricia K Kelly <br> 30 S Nevada Ave Ste 501 <br> Colorado Springs, CO 80903 | | | New creditor added; notice only provided; obligee/beneficiary under performance bond | | | | Notice Only |

Sheet no. <u>21</u> of <u>131</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 686

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Matrix Development Corporation</u>,
 **Debtor**

Case No. <u>08-32798-tmb11</u>
 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>City of Corvallis<br>c/o Fewel & Brewer<br>456 SW Monroe Ave Rm 101<br>Corvallis, OR  97333 | | | New creditor added; notice only provided; obligee/beneficiary under 12 performance/maintenance bonds | | | | Notice Only |
| ACCOUNT NO.<br><br>City of Corvallis - Utility<br>POB 3015<br>Corvallis, OR  97339-3015 | | | Consideration: Trade debt; overhead expense<br>New creditor added | | | | 630 |
| ACCOUNT NO.<br><br>City of Happy Valley<br>12915 SW King Rd<br>Happy Valley, OR  97236 | | | Consideration: Trade debt; overhead expense | | | | 5,258 |
| ACCOUNT NO.<br><br>City of Happy Valley<br>c/o Beery Elsner & Hammond LLP<br>1750 SW Harbor Wy Ste 380<br>Portland, OR  97201-5164 | | | New creditor added; notice only provided; obligee/beneficiary under 5 performance/maintenance bonds | | | | Notice Only |
| ACCOUNT NO.<br><br>City of Hillsboro<br>c/o Sarah Jo Chaplen<br>150 E Main St 5th Fl<br>Hillsboro, OR  97123 | | | New creditor added; notice only provided; obligee/beneficiary under 2 performance/maintenance bonds | | | | Notice Only |

Sheet no. <u>22</u> of <u>131</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 5,888

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                    ,                Case No.  08-32798-tmb11
           **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>City of Hillsboro Utilities<br>123 W Main St<br>Hillsboro, OR  97123-3999 | | | Consideration: Trade debt; overhead expense<br>New creditor added | | | | 126 |
| ACCOUNT NO.<br><br>City of King City<br>c/o David Wells<br>15300 SW 116th Ave<br>King City, OR  97224-2693 | | | New creditor added; notice only provided; obligee/beneficiary under maintenance bond | | | | Notice Only |
| ACCOUNT NO.<br><br>City of Lake Oswego<br>c/o David D Powell<br>POB 369<br>Lake Oswego, OR  97034 | | | New creditor added; notice only provided; obligee/beneficiary under maintenance bond. | | | | Notice Only |
| ACCOUNT NO.<br><br>City of Tigard<br>c/o Craig Prosser<br>13125 SW Hall Blvd<br>Tigard, OR  97223 | | | New creditor added; notice only provided; obligee/beneficiary under 5 performance/maintenance bonds | | | | Notice Only |
| ACCOUNT NO.<br><br>City of Tigard Utility Dept<br>POB 3129<br>Portland, OR  97208-3129 | | | Consideration: Utility services | | | | 22 |

Sheet no.  23  of  131  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

        Subtotal ➤ | $ | 148

        Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                    ,        Case No.  08-32798-tmb11
                        **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> City of Tualatin <br> 18880 SW Martinazzi Ave <br> Tualatin, OR  97062 | | | Consideration: Trade debt; overhead expense | | | | 180 |
| ACCOUNT NO. <br><br> City of Tualatin <br> c/o Brenda Braden <br> 18880 SW Martinazzi Ave <br> Tualatin, OR  97062 | | | New creditor added; notice only provided; obligee/beneficiary under 3 performance/maintenance bonds | | | | Notice Only |
| ACCOUNT NO. <br><br> City of West Linn <br> c/o Chris Jordan <br> 22500 Salamo Rd <br> West Linn, OR  97068 | | | New creditor added; notice only provided; obligee/beneficiary under 4 performance/maintenance bonds | | | | Notice Only |
| ACCOUNT NO. <br><br> City of West Linn <br> Finance Dept <br> 22500 Salamo Rd #600 <br> West Linn, OR  97068 | | | Consideration: Trade debt; overhead expense <br> New creditor added | | | | 128 |
| ACCOUNT NO. <br><br> City of Wilsonville <br> c/o Mike Kohlhoff <br> 29799 SW Town Ctr Lp E <br> Wilsonville, OR  97070 | | | New creditor added; notice only provided; obligee/beneficiary under 3 performance/maintenance bonds | | | | Notice Only |

Sheet no.  24  of  131  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        308

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Matrix Development Corporation_____,        Case No.   08-32798-tmb11_____
                          **Debtor**                                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>City of Wilsonville Utility<br>POB 5310<br>Portland, OR 97228-5310 | | | Consideration: Utility services | | | | 334 |
| ACCOUNT NO.<br><br>Clackamas County<br>c/o Steven Lounsbury<br>2051 Kaen Rd<br>Oregon City, OR 97045 | | | New creditor added; notice only provided; obligee/beneficiary under maintenance bond | | | | Notice Only |
| ACCOUNT NO.<br><br>Clarke, Andy & Stephanie<br>22961 SW Lodgepole Ave<br>Tualatin, OR 97062 | | | Incurred: 9/14/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Clarkson, Karen<br>23065 SW 104th Terr<br>Tualatin, OR 97062 | | | Incurred: 7/27/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Classic Real Estate Svcs LLC<br>POB 17081<br>Portland, OR 97217-0081 | | | Consideration: Trade debt<br>New creditor added | | | | 1,826 |

Sheet no. _25_ of _131_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          2,160

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                    ,          Case No. ___08-32798-tmb11_____
                  Debtor                                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Clean Water Svcs Admin<br>2550 SW Hillsboro Hwy<br>Hillsboro, OR  97123 | | | New creditor added; notice only provided; obligee/beneficiary under 2 maintenance bonds. | | | | Notice Only |
| ACCOUNT NO.<br><br>Clearwater Siding Inc<br>POB 277<br>Hubbard, OR  97032 | | | Consideration: Trade debt; subcontractor | | | | 14,705 |
| ACCOUNT NO.<br><br>Coblyn, Erica<br>13260 SW Timara Ln<br>King City, OR  97224 | | | Incurred: 3/24/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Coffman, Caleb<br>669 NE 73rd Ave<br>Hillsboro, OR  97124 | | | Incurred: 8/3/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Columbia Heating & Cooling<br>POB 230397<br>Tigard, OR  97223 | | | Consideration: Trade debt; subcontractor<br>New creditor added | | | | 88 |

Sheet no. __26__ of _131_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 14,793

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                     ,          Case No.   08-32798-tmb11
              **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Columbia River Bank<br>5665 Meadows Rd #300<br>Lake Oswego, OR 97035 | | | Consideration: Line of credit | | | | 1,513,560 |
| ACCOUNT NO.<br><br>Comcast - Internet<br>POB 34744<br>Seattle, WA 98124-1744 | | | Consideration: Trade debt; internet services | | | | 736 |
| ACCOUNT NO.<br><br>Community Newspapers Inc<br>POB 22109<br>Portland, OR 97269 | | | Consideration: Trade debt<br>New creditor added | | | | 6,021 |
| ACCOUNT NO.<br><br>Connell, Trevor & Ashleigh<br>10788 SW Barber St<br>Wilsonville, OR 97070 | | | Incurred: 5/23/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Construction Fine Tune LLC<br>1426 SE Chapman Ave<br>Troutdale, OR 97060 | | | Consideration: Trade debt; subcontractor | | | | 1,200 |

Sheet no.  27  of  131  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 1,521,517

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Matrix Development Corporation                    ,          Case No.   08-32798-tmb11
          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Cook, Barbara<br>5027 SW Hollyhock Cir<br>Corvallis, OR  97333 | | | Incurred: 2/1/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Cook, Stewart & Ruth<br>4607 SW Hollyhock Cir<br>Corvallis, OR  97333 | | | Consideration: Precautionary notice only provided | | | | Notice Only |
| ACCOUNT NO.<br><br>Cooper, Paul<br>10766 SW Barber St<br>Wilsonville, OR  97070 | | | Incurred: 3/21/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Cornelius Disposal Svc Inc<br>POB 628<br>Cornelius, OR 97113 | | | Consideration: Trade debt; overhead expense<br>New creditor added | | | | 20 |
| ACCOUNT NO.<br><br>Countryside Construction Co<br>3031 J St<br>POB 8<br>Hubbard, OR  97032 | | | Consideration: Trade debt; subcontractor | | | | 17,353 |

Sheet no. __28__ of __131__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 17,373

Total ► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Matrix Development Corporation                    ,          Case No.   08-32798-tmb11
                    **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Couto, Kimberly<br>17474 SW 135th Pl<br>King City, OR  97224 | | | Incurred: 9/7/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Cox, Verne & Shirley<br>4512 Maxfield Dr<br>West Linn, OR  97068 | | | Incurred: 4/24/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Culligan Water Conditioning<br>POB 1987<br>Albany, OR  97321 | | | Consideration: Precautionary creditor | | | | Notice Only |
| ACCOUNT NO.<br><br>Customline Shower Co Inc<br>5865 SW Jean Rd<br>Lake Oswego, OR  97035 | | | Consideration: Trade debt; subcontractor | | | | 7,918 |
| ACCOUNT NO.<br><br>D R Horton Inc<br>Attn: Jim Schuler<br>828 Fort St Mall 4th Fl<br>Honolulu, HI  96813 | | | Incurred: 9/23/02<br>Consideration: Precautionary creditor<br>Creditor joint buyer with debtor under real property purchase agreement (Fasano/DeArmond) | X | | | Notice Only |

Sheet no.  29  of  131  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          7,918

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Matrix Development Corporation                        ,          Case No.   08-32798-tmb11
              **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>D R Horton Inc<br>Attn: Tom Noon & William Mayer<br>1010 SW Coast Hwy 101 #108<br>Encinitas, CA  92024 | | | Incurred: 9/23/02<br>Consideration: Precautionary creditor<br>Creditor joint buyer with debtor under real<br>property purchase agreement (Fasano/DeArmond) | X | | | Notice Only |
| ACCOUNT NO.<br><br>D R Horton Inc - Portland<br>Attn Ryan M Selby, Div Pres<br>4386 SW Macadam Ave #102<br>Portland, OR  97201 | | | Incurred: 9/23/02<br>Consideration: Precautionary creditor<br>Creditor joint buyer with debtor under real<br>property purchase agreement (Fasano/DeArmond) | X | | | Notice Only |
| ACCOUNT NO.<br><br>D'Rovencourt, Serge<br>6285 NE Carillion St #101 Bldg 5<br>Hillsboro, OR  97124 | | | Incurred: 8/1/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Daroza, Edward<br>6412 NE Southbrook Ct<br>Hillsboro, OR  97124 | | | Incurred: 10/19/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Davis, Christi<br>3276 SE Maritime St<br>Corvallis, OR  97333 | | | Incurred: 6/22/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. __30__ of __131__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $               0

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __Matrix Development Corporation_____,    Case No. ___08-32798-tmb11_____
         **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Davis, Danny & Carol<br>3266 SE Shoreline Dr<br>Corvallis, OR 97333 | | | Incurred: 4/17/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Davis, Ron<br>3508 SE Shoreline Dr<br>Corvallis, OR 97333 | | | Incurred: 7/3/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>DCBS<br>Corporation Security<br>350 Winter St NE Rm 410<br>Salem, OR 97301 | | | New creditor added; notice only provided; obligee/beneficiary under maintenance bond | | | | Notice Only |
| ACCOUNT NO.<br>DeArmond Family LLC<br>c/o Louis & Margaret Fasano<br>2455 SW Gregory Dr<br>West Linn, OR 97068-9608 | | | Incurred: 9/23/02<br>Consideration: Precautionary creditor<br>Creditor is seller under real property purchase agreement | X | | | Notice Only |
| ACCOUNT NO.<br>Debary, Sondra S<br>POB 23974<br>Tigard, OR 97281 | | | Consideration: Trade debt | | | | 50 |

Sheet no. _31_ of _131_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    50

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Matrix Development Corporation_____,   Case No. ___08-32798-tmb11_____
        **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Decca Hardwood Inc<br>3376 SE Powell Blvd<br>Portland, OR 97202 | | | Consideration: Trade debt; subcontractor | | | | 526 |
| ACCOUNT NO.<br>DeHaas & Assoc<br>9450 SW Commerce Cir #300<br>Wilsonville, OR 97070 | | | Consideration: Precautionary creditor<br>New creditor added; notice only provided | | | | Notice Only |
| ACCOUNT NO.<br>Demert, David<br>22950 SW Lodgepole Ave<br>Tualatin, OR 97062 | | | Incurred: 8/31/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Derek L Brown & Assoc Inc<br>4949 SW Meadows Rd #400<br>Lake Oswego, OR 97035 | | | Consideration: Precautionary creditor | | | | Notice Only |
| ACCOUNT NO.<br>DeVan, Isaiah & Kara<br>22939 SW Lodgepole Ave<br>Tualatin, OR 97062 | | | Incurred: 3/1/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. __32__ of __131__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 526

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Matrix Development Corporation                ,        Case No.   08-32798-tmb11
                          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Developers Surety Indemnity Co<br>17780 Fitch Ste 200<br>Irvine, CA 92614-6060 | | | New creditor added; notice only provided; surety for numerous bonds | | | | Notice Only |
| ACCOUNT NO.<br><br>Developers Surety Indemnity Co<br>c/o Insco Insurance Svcs Inc<br>17780 Fitch Ste 200<br>Irvine, CA 92614-6060 | | | New creditor added; notice only provided; underwriter for surety | | | | Notice Only |
| ACCOUNT NO.<br><br>Dex Media West<br>POB 79167<br>Phoenix, AZ 85062 | | | Consideration: Trade debt; advertising<br>New creditor added | | | | 130 |
| ACCOUNT NO.<br><br>Dickson Family Properties LLC<br>Attn Kenneth Dickson<br>11195 NE Hwy 240<br>Yamhill, OR 97148-8513 | | | Incurred: 11/4/06<br>Consideration: Precautionary creditor<br>Creditor is seller under real property<br>purchase agreement | X | | | Notice Only |
| ACCOUNT NO.<br><br>Dietrich, Derald & Judy<br>17311 SW Montague Wy<br>Portland, OR 97224 | | | Incurred: 8/27/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. __33__ of __131__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  130

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation _____ ,          Case No. ___08-32798-tmb11_____
       **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Diversified Electronics Inc<br>875 Wilson St #C<br>Eugene, OR  97402 | | | Consideration: Precautionary creditor | | | | Notice Only |
| ACCOUNT NO.<br><br>Do, Kim-Lien<br>13297 SW Timara Ln<br>King City, OR  97224 | | | Incurred: 4/16/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Documart Copies & Printing<br>3310 NW Yeon Ave<br>Portland, OR  97210 | | | Consideration: Trade debt | | | | 9,719 |
| ACCOUNT NO.<br><br>Double G Concrete Pumping Inc<br>POB 70<br>Forest Grove, OR  97116 | | | Consideration: Trade debt; subcontractor | | | | 3,691 |
| ACCOUNT NO.<br><br>Dower's Waterproofing Inc<br>POB 1126<br>Mulino, OR  97042 | | | Consideration: Trade debt; subcontractor | | | | 269 |

Sheet no. __34__ of _131_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  13,679

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Matrix Development Corporation                    ,          Case No.   08-32798-tmb11
                    **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DT Glass Inc<br>18801 Central Point Rd<br>Oregon City, OR  97045 | | | Consideration: Trade debt; subcontractor | | | | 11,462 |
| ACCOUNT NO.<br><br>Duringer, Mary<br>4637 SW Orchid Cir<br>Corvallis, OR  97333 | | | Incurred: 9/18/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Eagle Security Professionals<br>POB 3309<br>Albany, OR  97321 | | | Consideration: Trade debt; overhead expense | | | | 1,620 |
| ACCOUNT NO.<br><br>Earth20<br>POB 70<br>Culver, OR  97734-0070 | | | Consideration: Trade debt<br>New creditor added | | | | 61 |
| ACCOUNT NO.<br><br>Ecker, Denise<br>13309 SW Timara Ln<br>King City, OR  97224 | | | Consideration: Trade debt; subcontractor<br>New creditor added | | | | 91 |

Sheet no.  35  of  131  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          13,234

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Matrix Development Corporation                          ,          Case No.    08-32798-tmb11
                              **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Eckert & Eckert <br> 3336 NE Alameda St <br> Portland, OR  97212 | | | Consideration: Trade debt <br> New creditor added | | | | 2,185 |
| ACCOUNT NO. <br><br> EcoTech Inc <br> 24399 Avenida Musico #1 <br> Murrieta, CA  92562 | | | Consideration: Precautionary creditor | | | | Notice Only |
| ACCOUNT NO. <br><br> Edelen Custom Doors Inc <br> 700 NE 102nd <br> Portland, OR  97220-4005 | | | Consideration: Trade debt; subcontractor | | | | 2,433 |
| ACCOUNT NO. <br><br> Edgewater on the Tualatin Owners Assoc <br> c/o The Management Group <br> 15350 SW Sequoia Pkwy #200 <br> Portland, OR  97224 | | | Consideration: Precautionary creditor <br> Notice only provided | | | | Notice Only |
| ACCOUNT NO. <br><br> Ege, Canay <br> 6219 NE Carillion Dr #101 Bldg 3 <br> Hillsboro, OR  97124 | | | Incurred: 7/12/07 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |

Sheet no. __36__ of __131__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $          4,618

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation        ,     Case No.   08-32798-tmb11
           **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Electromatic Inc <br> 4917 NE 109th #C <br> Portland, OR  97220 | | | Consideration: Trade debt; overhead expense | | | | 311 |
| ACCOUNT NO. <br><br> Elk Horn Development LLC <br> 63088 NE 18 St #100 <br> Bend, OR  97701 | | | Consideration: Trade debt; overhead expense | | | | 607 |
| ACCOUNT NO. <br><br> Elsenbach, Erin & Sean <br> 17243 SW Montague Wy <br> Portland, OR  97224 | | | Incurred: 12/12/07 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br><br> Emerio Design <br> 6107 SW Murray Blvd #147 <br> Beaverton, OR  97008-4421 | | | Consideration: Precautionary creditor <br> New creditor added; notice only provided | | | | Notice Only |
| ACCOUNT NO. <br><br> Eng, Earnest <br> 13667 SE Taralon Dr <br> Happy Valley, OR  97086 | | | Incurred: 5/14/08 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |

Sheet no. 37 of 131 continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $        918

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Matrix Development Corporation_____ ,    Case No. ___08-32798-tmb11_____
         **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Equity Trust Co, Custodian<br>FBO Constance R Orlando IRA<br>c/o 12735 NW Skyline Blvd<br>Portland, OR 97231 | | | Incurred: 2003<br>Consideration: Precautionary creditor<br>Creditor is seller under real property<br>purchase agreement | X | | | Notice Only |
| ACCOUNT NO.<br><br>Eric's All Trades Construction<br>2770 SW 198th Ave<br>Aloha, OR 97006 | | | Consideration: Trade debt; subcontractor | | | | 10,014 |
| ACCOUNT NO.<br><br>Eschbach, Peter<br>3280 SE Maritime St<br>Corvallis, OR 97333 | | | Incurred: 6/29/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Espresso Volare<br>POB 6625<br>Portland, OR 97228 | | | Consideration: Trade debt<br>New creditor added | | | | 540 |
| ACCOUNT NO.<br><br>Evensen, Stuart<br>10325 SW Whitebark Ln<br>Tualatin, OR 97062 | | | Incurred: 3/24/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. _38_ of _131_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 10,554

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Matrix Development Corporation** ,  Case No. **08-32798-tmb11**
　　　　Debtor　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Evensen, Stuart 10325 SW Whitebark Ln Tualatin, OR 97062 | | | Incurred: 2/2008 Consideration: Claim for damages Washington County Small Claims Court Case No. C082036SC | | | X | 7,639 |
| ACCOUNT NO. Excel Excavation Inc 7451 SW Coho Ct #201 Tualatin, OR 97062 | | | Consideration: Trade debt; subcontractor | | | | 5,560 |
| ACCOUNT NO. EZ Permits.Com 9824 SW 60th Ave Portland, OR 97219 | | | Consideration: Trade debt; overhead expense | | | | 820 |
| ACCOUNT NO. Faircloth, Kirby & Takako 215 NE 61st Terr Hillsboro, OR 97124 | | | Incurred: 7/13/07 Consideration: Precautionary creditor One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. Farmington Landfill LLC 17675 SW Farmington #470 Aloha, OR 97007-3216 | | | Consideration: Trade debt; subcontractor | | | | 333 |

Sheet no. __39__ of __131__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 14,352

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Matrix Development Corporation                    ,          Case No.    08-32798-tmb11
                            **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Fasano, Louis J & Margaret P<br>2455 SW Gregory Dr<br>West Linn, OR 97068-9608 | | | Incurred: 9/23/02<br>Consideration: Precautionary creditor<br>Creditor is seller under real property<br>purchase agreement | X | | | Notice Only |
| ACCOUNT NO.<br><br>Fast Signs<br>11525 SW Pacific Hwy<br>Tigard, OR 97223 | | | Consideration: Trade debt; overhead expense<br>New creditor added | | | | 172 |
| ACCOUNT NO.<br><br>Federal Express<br>POB 7221<br>Pasadena, CA 91109-7321 | | | Consideration: Trade debt; overhead expense<br>New creditor added | | | | 67 |
| ACCOUNT NO.<br><br>Fettig Construction Inc<br>POB 1381<br>Tualatin, OR 97062 | | | Consideration: Trade debt; subcontractor | | | | 65,453 |
| ACCOUNT NO.<br><br>Fireside Dist of OR Inc<br>18389 SW Boones Ferry Rd<br>Portland, OR 97224 | | | Consideration: Trade debt; supplier | | | | 14,395 |

Sheet no. 40 of 131 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    80,087

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                    ,          Case No.  08-32798-tmb11
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>First American Title<br>Attn: Account Servicing<br>200 SW Market St #250<br>Portland, OR 97201 | | | Consideration: Trade debt | | | | 2,600 |
| ACCOUNT NO.<br><br>First American Title Co of OR<br>222 SW Columbia St 4th Fl<br>Portland, OR 97201-6642 | | | Consideration: Trade debt | | | | 378 |
| ACCOUNT NO.<br><br>First American Title Co of OR<br>c/o Teresa H Pearson Esq<br>111 SW 5th Ave #3400<br>Portland, OR 97204 | | | New creditor added; notice only provided; attorney for creditor | | | | Notice Only |
| ACCOUNT NO.  0300<br><br>First Independent Bank<br>1220 Main St<br>POB 8904<br>Vancouver, WA 98668 | X | | Incurred: 3/1/07<br>Consideration: Irrevocable Letter of Credit<br>Re: Wells Fargo Bank Term Commitment Note | X | | | 1,700,000 |
| ACCOUNT NO.<br><br>First Insurance Funding Corp<br>450 Skokie Blvd #1000<br>POB 3306<br>Northbrook, IL 60065-3306 | | | Consideration: Precautionary creditor<br>Notice only provided | | | | Notice Only |

Sheet no. 41 of 131 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $  1,702,978

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Matrix Development Corporation_____,    Case No. ___08-32798-tmb11_____
          **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>First Response Inc<br>4970 SW Griffith Dr #100<br>Beaverton, OR 97005-3039 | | | Consideration: Trade debt | | | | 2,177 |
| ACCOUNT NO.<br>Fishman Environmental Svcs<br>POB 92170<br>Elk Grove, IL 60009 | | | Consideration: Trade debt; overhead expense<br>New creditor added | | | | 822 |
| ACCOUNT NO.<br>Folkestad, Jon L<br>5550 SW Macadam Ave #215<br>Portland, OR 97201 | | | Incurred: 5/21/04<br>Consideration: Precautionary creditor<br>Notice only provided re real property purchase agreement (Bischof/Lund) | X | | | Notice Only |
| ACCOUNT NO.<br>Folts, Heather<br>4631 SW Orchid Cir<br>Corvallis, OR 97333 | | | Incurred: 9/6/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Ford Graphics Inc<br>Attn: Accounts Receivable<br>POB 1507<br>South Pasadena, CA 91031-1507 | | | Consideration: Trade debt; overhead expense | | | | 1,586 |

Sheet no. _42_ of _131_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 4,585

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                         ,        Case No.  08-32798-tmb11
            **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Forker, Paul<br>167 NE 61st Terr<br>Hillsboro, OR 97124 | | | Incurred: 8/10/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Fotheringham, Rob C<br>Vial Fotheringham LLP<br>7000 SW Varns St<br>Portland, OR 97223 | | | Incurred: 12/31/07<br>Consideration: Precautionary creditor<br>Notice only provided re real property<br>purchase agreement (Bishop/Dickson) | | | | Notice Only |
| ACCOUNT NO.<br><br>Fountaincourt HOA & COA<br>c/o Anthony L Rafel Esq<br>1100 SW 6th Ave #1600<br>Portland, OR 97204 | | | Consideration: Notice only provided<br>Attorney for creditor re Washington County<br>Circuit Court Case No. C075333CV | | | | Notice Only |
| ACCOUNT NO.<br><br>Fountaincourt HOA & COA<br>c/o Robert L O'Halloran Esq<br>1100 SW 6th Ave #1600<br>Portland, OR 97204 | | | Consideration: Notice only provided<br>Attorney for creditor in Washington County<br>Circuit Court Case No. C075333CV | | | | Notice Only |
| ACCOUNT NO.<br><br>Fountaincourt HOA & COA<br>c/o The Management Group<br>15350 SW Sequoia #200<br>Portland, OR 97224 | X | | Consideration: Claim for defects in<br>construction<br>Washington County Circuit Court Case No.<br>C075333CV | | X | X | 7,106,727 |

Sheet no. 43 of 131 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 7,106,727

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Matrix Development Corporation</u>     ,       Case No. <u>  08-32798-tmb11  </u>
        **Debtor**                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Four-S Construction Inc<br>323 SE 21st<br>Troutdale, OR 97060 | | | Consideration: Trade debt; subcontractor | | | | 2,300 |
| ACCOUNT NO.<br><br>Fraser, Sandra<br>6147 NE Ridgestone Ct<br>Hillsboro, OR 97124 | | | Incurred: 7/5/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Friar, Denise<br>7308 NE Cherry Dr<br>Hillsboro, OR 97124-7331 | | | Incurred: 8/1/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Froelich Consulting Inc<br>6969 SW Hampton St<br>Tigard, OR 97223 | | | Consideration: Trade debt; overhead expense | | | | 18,965 |
| ACCOUNT NO.<br><br>Frontier Land Surveying LLC<br>10110 SW Nimbus Ave #B<br>Portland, OR 97223 | | | Consideration: Trade debt; overhead expense | | | | 1,825 |

Sheet no. <u>44</u> of <u>131</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    23,090

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Matrix Development Corporation _____,        Case No. ___08-32798-tmb11_____
                        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Furino, Rick & Erin<br>17479 SW 135th Pl<br>Portland, OR  97224 | | | Incurred: 9/27/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Gaines, Jennifer<br>661 NE 73rd Ave<br>Hillsboro, OR  97124 | | | Incurred: 8/7/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Garcia, David<br>13553 SW King Lear Wy<br>Portland, OR  97224 | | | Incurred: 3/20/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Garcia, Oscar & Mellisa<br>235 NE 61st Pl<br>Hillsboro, OR  97124 | | | Incurred: 8/17/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Garg, Sandeep & Swati<br>10765 SW London Ln<br>Wilsonville, OR  97070 | | | Incurred: 3/31/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. _45_ of _131_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                0

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    Matrix Development Corporation _____,    Case No. ___08-32798-tmb11_____
              **Debtor**                                                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Garner Electric Inc<br>2920 SE Brookwood Ave #A<br>Hillsboro, OR 97123 | | | Consideration: Trade debt; subcontractor | | | | 56,145 |
| ACCOUNT NO.<br><br>Garrett, Ryan & Kelly<br>23033 SW 104th Terr<br>Tualatin, OR 97062 | | | Incurred: 3/28/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Gartland, Jacob<br>6219 NE Carillion Dr #202 Bldg 3<br>Hillsboro, OR 97124 | | | Incurred: 12/6/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Gary's Vacuflo<br>9015 SE Flavel<br>Portland, OR 97266-5583 | | | Consideration: Trade debt; subcontractor | | | | 9,496 |
| ACCOUNT NO.<br><br>Gary's Vacuflo<br>9015 SE Flavel<br>Portland, OR 97266-5583 | | | Incurred: 5/22/08<br>Consideration: Construction Lien<br>Balance due for labor and materials provided (Victoria Gardens, Lot 41 - Seibert); debtor sold lot prepetition | | | | 1,398 |

Sheet no. __46__ of __131__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    67,039

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation _____ ,          Case No. ___08-32798-tmb11_____
           **Debtor**                                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Gary's Vacuflo<br>9015 SE Flavel<br>Portland, OR  97266-5583 | | | Incurred: 6/2/08<br>Consideration: Construction Lien<br>Balance due for labor and materials provided (Legend at Villebois 4101, Lot 44 - Milliken); debtor sold lot prepetition | | | | 1,399 |
| ACCOUNT NO.<br><br>General Advertising Agency LLC<br>2626 Wyatt Dr<br>Medford, OR  97501 | | | Consideration: Trade debt; advertising<br>New creditor added | | | | 3,318 |
| ACCOUNT NO.<br><br>Geopacific Engineering Inc<br>7312 SW Durham Rd<br>Portland, OR  97224 | | | Consideration: Trade debt; overhead expense | | | | 5,497 |
| ACCOUNT NO.<br><br>Gerry Dean's Clean-Up<br>POB 19585<br>Portland, OR  97280 | | | Consideration: Trade debt; subcontractor | | | | 25,365 |
| ACCOUNT NO.<br><br>Glacier Northwest Inc<br>POB 94276<br>Seattle, WA  98124-6576 | | | Consideration: Trade debt; subcontractor | | | | 748 |

Sheet no. __47__ of __131__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $     36,327

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Matrix Development Corporation                    ,          Case No.  08-32798-tmb11
         **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Globe Lighting Supply <br> Dept 173 <br> Box 34935 <br> Seattle, WA  98124-1935 | | | Consideration: Trade debt; supplier | | | | 17,074 |
| ACCOUNT NO. <br><br> Gold Dog Waterproofing LLC <br> 9140 SE 145th Ave <br> Portland, OR  97086 | | | Consideration: Trade debt; subcontractor | | | | 2,674 |
| ACCOUNT NO. <br><br> Good Earth Pest Co <br> POB 227 <br> Corvallis, OR  97339 | | | Consideration: Trade debt; subcontractor | | | | 225 |
| ACCOUNT NO. <br><br> Green & White Rock Products <br> POB 886 <br> Corvallis, OR  97339 | | | Consideration: Trade debt; subcontractor | | | | 3,939 |
| ACCOUNT NO. <br><br> Green Earth Landscaping Inc <br> 22600 NW Meier Rd <br> Hillsboro, OR  97124 | | | Consideration: Trade debt; subcontractor | | | | 51,020 |

Sheet no. __48__ of __131__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $       74,932

Total ➤     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation_____,    Case No.  08-32798-tmb11_____
            **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Green, Bill & Jan<br>656 NE 73rd Ave<br>Hillsboro, OR  97124 | | | Incurred: 8/27/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Greenspan, Jeffery & Kelie<br>10340 SW Helenius St<br>Tualatin, OR  97062 | | | Incurred: 9/10/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Griffin, Ashley<br>6219 NE Carillion Dr #202 Bldg 3<br>Hillsboro, OR  97124 | | | Incurred: 12/6/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Grimmer, Eric<br>6058 NE Whitewood Dr<br>Hillsboro, OR  97124 | | | Incurred: 4/18/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Grow-Rite Landscape LLC<br>POB 156<br>West Linn, OR  97068 | | | Consideration: Trade debt; subcontractor | | | | 18,715 |

Sheet no.  49  of  131  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 18,715

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                    ,          Case No.  08-32798-tmb11
               **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GS Kelley Janitorial Srvc<br>8317 Hibiscus Dr<br>Adair Village, OR  97330 | | | Consideration: Precautionary creditor | | | | Notice Only |
| ACCOUNT NO.<br><br>Gude, Surya<br>6191 NE Ridgestone Ct<br>Hillsboro, OR  97124 | | | Incurred: 7/27/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>GW Paulson Co<br>POB 23429<br>Portland, OR  97281-3429 | | | Incurred: 6/6/08<br>Consideration: Construction Lien<br>Balance due for labor and materials provided<br>(Willamette Landing #5, Lot 288 - Davis-Hawkins);<br>debtor sold lot prepetition | | | | 1,822 |
| ACCOUNT NO.<br><br>GW Paulson Co<br>POB 23429<br>Portland, OR  97281-3429 | | | Incurred: 6/6/08<br>Consideration: Construction Lien<br>Claim for unpaid labor/materials provided (Edgewater,<br>Lot 153 - Branderhorst); debtor sold lot prepetition | | | | 9,170 |
| ACCOUNT NO.<br><br>GW Paulson Co<br>POB 23429<br>Portland, OR  97281-3429 | | | Incurred: 6/6/08<br>Consideration: Construction Lien<br>Claim for unpaid labor/materials provided (Maxfield<br>4114, Lot 37 - Cox); debtor sold lot prepetition | | | | 3,060 |

Sheet no.  50  of  131  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        14,052

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                              ,          Case No.  08-32798-tmb11
                **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GW Paulson Co<br>POB 23429<br>Portland, OR  97281-3429 | | | Incurred: 6/6/08<br>Consideration: Construction Lien<br>Claim for unpaid labor/materials provided (Edgewater East, Lot 5 - Lam); debtor sold lot prepetition | | | | 7,184 |
| ACCOUNT NO.<br><br>H2OME Certified Inc<br>19363 Willamette Dr #174<br>West Linn, OR  97068 | | | Consideration: Trade debt; subcontractor | | | | 6,500 |
| ACCOUNT NO.<br><br>Haagen, Dale A & Jaana H<br>POB 823110<br>Vancouver, WA  98682 | | | Incurred: 2/3/06<br>Consideration: Precautionary creditor<br>Creditors are sellers under real property purchase agreement | X | | | Notice Only |
| ACCOUNT NO.<br><br>Hagedorn Inc<br>1924 Broadway #B<br>Vancouver, WA  98663 | | | Consideration: Trade debt; subcontractor | | | | 4,990 |
| ACCOUNT NO.<br><br>Haggerty, Kelly & Jackie<br>13286 SW Shakespeare St<br>Portland, OR  97224 | | | Incurred: 6/30/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. __51__ of __131__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     18,674

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                    ,        Case No.  08-32798-tmb11
              **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Haines, Derek<br>6279 NE Carillion Dr #101 Bldg 6<br>Hillsboro, OR  97124 | | | Incurred: 2/22/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Hall, Cliff & Gay<br>3289 SE Shoreline Dr<br>Corvallis, OR  97333 | | | Incurred: 4/2/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Hall, Nancy<br>13276 SW Timara Ln<br>King City, OR  97224 | | | Incurred: 2/29/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Happy Baskets<br>10300 SE Waverly Ct #201<br>Milwaukie, OR  97222 | | | Consideration: Trade debt | | | | 2,565 |
| ACCOUNT NO.<br>Hardy, Marion<br>4591 SW Hollyhock Cir<br>Corvallis, OR  97333 | | | Incurred: 3/7/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. 52 of 131 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  2,565

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                    ,      Case No.  08-32798-tmb11
              **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Harper, Marlin & Brandy 13487 SW King Lear Wy Portland, OR  97224 | | | Incurred: 10/9/07 Consideration: Precautionary creditor One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.  Hausheer, Kurt & Erica 363 Benton Dr NW Albany, OR  97321 | | | Incurred: 11/13/07 Consideration: Precautionary creditor One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.  Hawkins, Tom & Carol Davis 3297 SE Shoreline Dr Corvallis, OR  97333 | | | Incurred: 4/29/08 Consideration: Precautionary creditor One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.  Hayes Cabinets Inc c/o Jean M McCoy Esq POB 1086 Vancouver, WA  98666-1086 | | | New creditor added; notice only provided; attorney for creditor | | | | Notice Only |
| ACCOUNT NO.  Hayes Cabinets Inc POB 2330 Woodland, WA  98674 | | | Consideration: Trade debt; supplier | | | | 68,794 |

Sheet no.  53  of  131  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $    68,794

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717  -  30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __Matrix Development Corporation_____,     Case No. ___08-32798-tmb11_____
            **Debtor**                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Haynie, Greg & Cheryl<br>10278 SW Helenius St<br>Tualatin, OR 97062 | | | Incurred: 5/22/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Heathcote, Barrie & Laine<br>4563 SW Hollyhock Cir<br>Corvallis, OR 97333 | | | Incurred: 8/17/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Heffernan Insurance Brokers<br>120 Howard St #550<br>San Francisco, CA 94105 | | | Consideration: Precautionary creditor<br>Notice only provided | | | | Notice Only |
| ACCOUNT NO.<br>Heffernan Insurance Brokers<br>5100 SW Macadam #440<br>Portland, OR 97239 | | | Consideration: Precautionary creditor<br>Notice only provided | | | | Notice Only |
| ACCOUNT NO.<br>Helbling, Tom & Simone<br>230 NE Ironcreek Pl<br>Hillsboro, OR 97124 | | | Incurred: 2/29/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. __54__ of __131__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __Matrix Development Corporation_____ ,    Case No. ___08-32798-tmb11_____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Hendrix, Stephen & Beverly <br> 896 Troon St NW <br> Albany, OR 97321 | | | Incurred: 3/26/08 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br> Heusser, Don <br> 21710 SW Green Slope Rd <br> Beaverton, OR 97007 | | | Consideration: Trade debt; subcontractor | | | | 1,165 |
| ACCOUNT NO. <br> Hillis, Gary & Deborah <br> 10316 SW Whitebark Ln <br> Tualatin, OR 97062 | | | Incurred: 3/12/08 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br> Ho, Shi Qiong <br> 778 SE Bayshore Cir <br> Corvallis, OR 97333 | | | Incurred: 10/19/07 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br> Hoiland, Melvin & Judy <br> 17259 SW Montague Wy <br> Portland, OR 97224 | | | Incurred: 1/18/08 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |

Sheet no. _55_ of _131_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 1,165

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                    ,          Case No.  08-32798-tmb11
                  **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Holland, Jason & Joy<br>13348 SW Timara Ln<br>King City, OR 97224 | | | Incurred: 3/24/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Home Builders Assoc<br>15555 SW Bangy Rd #301<br>Lake Oswego, OR 97035 | | | Consideration: Trade debt | | | | 60 |
| ACCOUNT NO. 6810<br>Home Depot<br>POB 6031<br>The Lakes, NV 88901-6031 | | | Consideration: Revolving charge account | | | | 529 |
| ACCOUNT NO.<br>Homes & Land<br>POB 19<br>Salem, OR 97308 | | | Consideration: Trade debt<br>New creditor added | | | | 499 |
| ACCOUNT NO.<br>Hoogendam, Ian<br>3157 SE Everglade St<br>Corvallis, OR 97333 | | | Incurred: 11/2/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. 56 of 131 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $            1,088

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                    ,          Case No.  08-32798-tmb11
                     **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Hornbrook, Stephen <br> 13260 SW Timara Ln <br> King City, OR 97224 | | | Incurred: 3/24/08 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br> Houck, Russell <br> 33607 Springer Rd <br> Philomath, OR 97370-9718 | | | Consideration: Trade debt; subcontractor | | | | 6,050 |
| ACCOUNT NO. <br> Hough, Jim <br> 6231 NE Carillion Dr #202 Bldg 1 <br> Hillsboro, OR 97124 | | | Incurred: 9/12/07 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br> Howe, Kathleen <br> 1218 SE Marshland Ave <br> Corvallis, OR 97363 | | | Incurred: 9/28/07 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br> HSBC Business Solutions <br> Office Max <br> POB 5239 <br> Carol Stream, IL 60197 | | | Consideration: Trade debt <br> New creditor added | | | | 45 |

Sheet no. 57 of 131 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 6,095

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Matrix Development Corporation                    ,          Case No.    08-32798-tmb11
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Hudson, Ronald<br>16715 SW Cambridge Dr<br>Durham, OR  97224 | | | Consideration: Trade debt | | | | 100 |
| ACCOUNT NO.<br><br>Huynh, Anh<br>13531 SW King Lear Wy<br>Portland, OR  97224 | | | Incurred: 2/29/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Huynh, Karie<br>13235 SW Timara Ln<br>King City, OR  97224 | | | Incurred: 11/19/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Idearc Media Corp<br>POB 619009<br>DFW Airport, TX  75261-9009 | | | Consideration: Trade debt; overhead expense<br>New creditor added | | | | 260 |
| ACCOUNT NO.<br><br>Ikon Office Technology Inc<br>12020 SW Garden Pl<br>Portland, OR  97223 | | | Consideration: Trade debt<br>New creditor added | | | | 1,608 |

Sheet no.  58  of  131  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $          1,968

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Matrix Development Corporation</u>,                                  Case No. <u>08-32798-tmb11</u>
         **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Indoor Billboard Inc<br>POB 17555<br>Portland, OR 97217-0555 | | | Consideration: Trade debt; overhead expense | | | | 102 |
| ACCOUNT NO.<br>Ingram, Tony<br>189 NE 61st Terr<br>Hillsboro, OR 97124 | | | Incurred: 7/19/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Integra Telcom<br>POB 3034<br>Portland, OR 97208-3034 | | | Consideration: Trade debt; overhead expense | | | | 1,865 |
| ACCOUNT NO.<br>Integra Telcom<br>POB 34802<br>Seattle, WA 98124-1802 | | | Consideration: Trade debt; overhead expense | | | | 420 |
| ACCOUNT NO.<br>Interior Focus Inc<br>8425 SW Terwilliger Blvd<br>Portland, OR 97219 | | | Consideration: Trade debt; subcontractor | | | | 9,253 |

Sheet no. <u>59</u> of <u>131</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 11,640

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re ___Matrix Development Corporation_____ ,  Case No. ___08-32798-tmb11_____
         **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>IRC Abatement Technologies<br>19645 SE Sunnyside Rd<br>Boring, OR 97009 | | | Consideration: Trade debt; overhead expense<br>New creditor added | | | | 1,475 |
| ACCOUNT NO.<br>Iron Mtn Records Mgmt<br>POB 27128<br>New York, NY 10087-7125 | | | Consideration: Trade debt; overhead expense | | | | 667 |
| ACCOUNT NO.<br>Iverson Architects Inc<br>20280 SW Acacia St #320<br>Newport Beach, CA 92660 | | | Consideration: Trade debt; overhead expense | | | | 549 |
| ACCOUNT NO.<br>J & S Construction Co<br>4475 SW 179th Ave<br>Aloha, OR 97007-1738 | | | Consideration: Trade debt; subcontractor | | | | 2,400 |
| ACCOUNT NO.<br>Jain, Puneet & Tanu<br>203 NE 61st Terr<br>Hillsboro, OR 97124 | | | Incurred: 5/30/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. __60__ of __131__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 5,091

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Matrix Development Corporation                        ,    Case No.    08-32798-tmb11
_____                              _____
         **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jantzer, Gary<br>1206 SE Schooner Ave<br>Corvallis, OR  97333 | | | Incurred: 9/17/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Jaster, Robin<br>17235 SW Montague Wy<br>Portland, OR  97224 | | | Incurred: 9/5/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Jay McGraw Construction<br>30775 S Arrow Ct<br>Canby, OR  97013 | | | Consideration: Trade debt; subcontractor | | | | 9,402 |
| ACCOUNT NO.<br><br>JB Insulation Inc<br>14255 SW Galbreath Dr<br>Sherwood, OR  97140 | | | Consideration: Trade debt; subcontractor | | | | 32,723 |
| ACCOUNT NO.<br><br>JBC Roofing LLC<br>12155 SW Grant Ave #C<br>Tigard, OR  97223 | | | Consideration: Trade debt; subcontractor | | | | 44,607 |

Sheet no. _61_ of _131_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    86,732

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __Matrix Development Corporation_____,    Case No. ___08-32798-tmb11_____
        **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. JD Properties Vancouver LLC c/o Stephen G Leatham Esq POB 611 Vancouver, WA 98666-0611 | | | Incurred: 2/15/08 Consideration: Contract claim | | X | | 2,409,931 |
| ACCOUNT NO. Jensen, Barbara 13509 SW King Lear Wy Portland, OR 97224 | | | Incurred: 10/10/07 Consideration: Precautionary creditor One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. Jensen, Sarah 3579 SE Outrigger Pl Corvallis, OR 97333 | | | Incurred: 12/20/07 Consideration: Precautionary creditor One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. Jepsen, David & Ardie 22846 SW Lodgepole Ave Tualatin, OR 97062 | | | Incurred: 8/7/07 Consideration: Precautionary creditor One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. Jim Fisher Roofing Inc 23225 NE Dillon Rd Newberg, OR 97132 | | | Consideration: Trade debt; subcontractor | | | | 15,586 |

Sheet no. _62_ of _131_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $ 2,425,517

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                    ,          Case No.   08-32798-tmb11
_____                                    _____
                Debtor                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Johns, Margaret<br>6211 NE Carillion Dr #203 Bldg 4<br>Hillsboro, OR  97124 | | | Incurred: 11/5/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Jones, Sean<br>3577 SE Outrigger Pl<br>Corvallis, OR  97333 | | | Incurred: 11/27/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Jordan Schrader PC<br>Attn: E Andrew Jordan Esq<br>POB 230669<br>Portland, OR  97281 | | | Incurred: 9/23/02<br>Consideration: Precautionary creditor<br>Notice only provided re real property<br>purchase agreement (Fasano/DeArmond) | | | | Notice Only |
| ACCOUNT NO.<br><br>Kalra, Ranbir<br>6256 NE Woodview Dr<br>Hillsboro, OR  97124 | | | Incurred: 7/25/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Karnik, Sooraj<br>4645 NW 125th Ave<br>Portland, OR  97229 | | | Incurred: 6/22/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no.  63  of  131  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $              0

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Matrix Development Corporation                    ,        Case No.   08-32798-tmb11
                    **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Keith Brown Building Materials POB 2326 Salem, OR 97308 | | | Consideration: Trade debt; overhead expense New creditor added | | | | 29 |
| ACCOUNT NO. Kenneth Lang Construction 12540 SW Summercrest Dr Tigard, OR 97223 | | | Consideration: Trade debt; subcontractor | | | | 38,830 |
| ACCOUNT NO. Kentec Heating Inc 110 Hazelnut Dr POB 233 Woodburn, OR 97071 | | | Consideration : Trade debt; subcontractor | | | | 5,269 |
| ACCOUNT NO. Key Equipment Finance Inc 66 S Pearl St Albany, NY 12207 | X | | Incurred: 6/30/06 Consideration: Airplane loan Debtor guaranteed debt of Red Baron Air, LLC | X | | | 1,177,744 |
| ACCOUNT NO. Khanna, Anil 10324 SW Helenius St Tualatin, OR 97062 | | | Incurred: 2/28/08 Consideration: Precautionary creditor One year warranty for home purchase | X | | | Notice Only |

Sheet no. _64_ of _131_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,221,872

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                    ,       Case No.   08-32798-tmb11
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Kikuta, Elton<br>1214 SE Schooner Ave<br>Corvallis, OR  97333 | | | Incurred: 9/14/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Kim, Jarim<br>13516 SW Fischer Rd<br>Portland, OR  97224 | | | Incurred: 2/22/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Klingbeill, Chad & Skye<br>7266 NE Stoneybrook St<br>Hillsboro, OR  97124 | | | Incurred: 7/13/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Knapp, Walter H<br>7615 SW Dunsmuir Ln<br>Beaverton, OR  97007 | | | Consideration: Trade debt; overhead expense<br>New creditor added | | | | 1,467 |
| ACCOUNT NO.<br><br>Knighthawk Protection LLC<br>15131 NE Caples Rd<br>Brush Prairie, WA  98606 | | | Consideration: Trade debt; overhead expense | | | | 18,560 |

Sheet no. __65__ of __131__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $           20,027

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __Matrix Development Corporation_____,    Case No. ___08-32798-tmb11_____
             **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Knutson, Jacki<br>12617 NW Avignon Ln<br>Portland, OR 97229 | | | Incurred: 6/15/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Kobbe, John<br>11311 SW Kobbe Dr<br>Beaverton, OR 97007 | | | Consideration: Trade debt | | | | 100 |
| ACCOUNT NO.<br>Kohler, Charles & Margaret<br>980 Troon St NW<br>Albany, OR 97321 | | | Incurred: 3/10/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Krasner, Arlene<br>6279 NE Carillion Dr #104 Bldg 6<br>Hillsboro, OR 97124 | | | Incurred: 12/13/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Krell, Phil & Renee<br>687 NE 73rd Ave<br>Hillsboro, OR 97124 | | | Incurred: 9/14/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. _66_ of _131_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 100
Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation _____ ,    Case No. ___08-32798-tmb11_____
         **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Lake Grove Water Dist <br> 16552 Boones Ferry Rd <br> Lake Oswego, OR  97035 | | | New creditor added; notice only provided; obligee/beneficiary under maintenance bond | | | | Notice Only |
| ACCOUNT NO. <br><br> Lam, Hein <br> 13560 SE Taralon Dr <br> Happy Valley, OR  97086 | | | Incurred: 2/6/08 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br><br> Lam, Jonathan & Lisa <br> 13192 SW Timara Ln <br> King City, OR  97224 | | | Incurred: 5/2/08 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br><br> Land Development Consultants <br> 1862 NE Estate Dr <br> Hillsboro, OR  97124 | | | Consideration: Trade debt; overhead expense | | | | 1,300 |
| ACCOUNT NO. <br><br> Larson, Jeff & Andrea <br> 698 SE Bayshore Cir <br> Corvallis, OR  97333 | | | Incurred: 3/10/08 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |

Sheet no. _67_ of _131_ continuation sheets attached to Schedule of  Creditors Holding Unsecured Nonpriority Claims

        Subtotal ➤  | $      1,300

        Total ➤  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                          ,        Case No.  08-32798-tmb11
              **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Lawrence, Ken & Adriane<br>3125 SE Everglade St<br>Corvallis, OR 97333 | | | Incurred: 3/7/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br><br>Le Clair, Teresa<br>1214 SE Schooner Ave<br>Corvallis, OR 97333 | | | Incurred: 9/14/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br><br>Lee, Nam<br>13235 SW Timara Ln<br>King City, OR 97224 | | | Incurred: 11/19/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br><br>Legend at North Point Owners Assoc<br>c/o The Management Group<br>15350 SW Sequoia Pkwy #200<br>Portland, OR 97224 | | | Consideration: Precautionary creditor<br>Notice only provided | | | | Notice Only |
| ACCOUNT NO. <br><br>Legend at Stonewater COA<br>c/o Northwest Community Mgmt<br>POB 23099<br>Tigard, OR 97281 | | | Consideration: Precautionary creditor<br>Notice only provided | | | | Notice Only |

Sheet no. 68 of 131 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $              0

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Matrix Development Corporation_____,          Case No. ___08-32798-tmb11_____
          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Legend at Taralon Townhomes Owners Assoc<br>c/o The Management Group<br>15350 SW Sequoia Pkwy #200<br>Portland, OR  97224 | | | Consideration: Precautionary creditor<br>Notice only provided | | | | Notice Only |
| ACCOUNT NO.<br><br>Legend at Villebois Owners Assoc<br>c/o The Management Group<br>15350 SW Sequoia Pkwy #200<br>Portland, OR  97224 | | | Consideration: Precautionary creditor<br>Notice only provided | | | | Notice Only |
| ACCOUNT NO.<br><br>Lemmon Fresh Cleaning<br>2222 SW 213th Pl<br>Aloha, OR  97006 | | | Consideration: Trade debt; subcontractor | | | | 675 |
| ACCOUNT NO.<br><br>Levy, Scott & Jane<br>7254 NE Stoneybrook St<br>Hillsboro, OR  97124 | | | Incurred: 6/27/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Libby, Sharon<br>611 NE 73rd Ave<br>Hillsboro, OR  97124 | | | Incurred: 9/19/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. __69__ of __131__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $         675

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                            ,          Case No.   08-32798-tmb11
            **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Liberty Sheet Metal Inc<br>POB 368<br>Cornelius, OR  97113 | | | Consideration: Trade debt; subcontractor | | | | 11,933 |
| ACCOUNT NO.<br><br>Liberty Sheet Metal Inc<br>POB 368<br>Cornelius, OR  97113 | | | Incurred: 5/27/08<br>Consideration: Construction Lien<br>Balance due for labor and materials provided (Village at Orenco, Lot 160); debtor sold lot prepetition | | | | 650 |
| ACCOUNT NO.<br><br>Liberty Sheet Metal Inc<br>POB 368<br>Cornelius, OR  97113 | | | Incurred: 5/28/08<br>Consideration: Construction Lien<br>Balance due for labor and materials provided (Maxfield 4114, Lot 42); debtor sold lot prepetition | | | | 892 |
| ACCOUNT NO.<br><br>Liberty Sheet Metal Inc<br>POB 368<br>Cornelius, OR  97113 | | | Incurred: 5/27/08<br>Consideration: Construction Lien<br>Balance due for labor and materials provided (Victoria Gardens, Lot 16); debtor sold lot prepetition | | | | 1,285 |
| ACCOUNT NO.<br><br>Liberty Sheet Metal Inc<br>POB 368<br>Cornelius, OR  97113 | | | Incurred: 5/27/08<br>Consideration: Construction Lien<br>Balance due for labor and materials provided (Victoria Gardens, Lot 70); debtor sold lot prepetition | | | | 755 |

Sheet no.  70  of  131  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 15,515

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Matrix Development Corporation</u> ,
**Debtor**

Case No. <u>08-32798-tmb11</u>
**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ligocki, Matthew<br>6211 NE Carillion Dr #206 Bldg 4<br>Hillsboro, OR 97124 | | | Incurred: 5/21/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Lin, Maggie May-Chin<br>752 SE Bayshore Cir<br>Corvallis, OR 97333 | | | Incurred: 1/20/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Liserani, Marlene<br>17211 SW Montague Wy<br>Portland, OR 97224 | | | Incurred: 7/16/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Lodestar Surveying<br>9255 SW Nimbus Ave<br>Beaverton, OR 97008 | | | Consideration: Trade debt; subcontractor | | | | 275 |
| ACCOUNT NO.<br><br>Loprinzi, David<br>13321 SW Timara Ln<br>King City, OR 97224 | | | Incurred: 2/7/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. <u>71</u> of <u>131</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 275

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                    ,          Case No.   08-32798-tmb11
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  80 6<br><br>Lowe's Home Improvement<br>POB 530954<br>Atlanta, GA  30353-0954 | | | Consideration: Revolving charge account | | | | 78 |
| ACCOUNT NO.<br><br>Lund, Lisa<br>Moss Adams<br>438 First St #320<br>Santa Rosa, CA  95401 | | | Incurred: 5/21/04<br>Consideration: Precautionary creditor<br>Notice only provided re real property<br>purchase agreement (Bischof/Lund) | | | | Notice Only |
| ACCOUNT NO.<br><br>Lund, Sharon L<br>11650 SW Tooze Rd<br>Wilsonville, OR  97070 | | | Incurred: 5/21/04<br>Consideration: Precautionary creditor<br>Creditor joint buyer with debtor under real<br>property purchase agreement | X | | | Notice Only |
| ACCOUNT NO.<br><br>M & K Wynn Excavating Inc<br>40043 Mt Hope Dr<br>Lebanon, OR  97355 | | | Consideration: Trade debt; overhead expense<br>New creditor added | | | | 1,000 |
| ACCOUNT NO.<br><br>M & T Mortgage Corp<br>5285 SW Meadows Rd #290<br>Lake Oswego, OR  97035 | X | | Consideration: Guaranty<br>Debtor guaranteed debt of Hidden Hills East,<br>LLC | | | | 14,374,380 |

Sheet no.  72  of 131  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        14,375,458

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Matrix Development Corporation                          ,          Case No.    08-32798-tmb11
                    **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>M & T Mortgage Corp<br>5285 SW Meadows Rd #290<br>Lake Oswego, OR  97035 | X | | Consideration: Guaranty<br>Debtor guaranteed debt of Creekview Partners, LLC | X | | | 4,863,963 |
| ACCOUNT NO.<br><br>M & W Electric Inc<br>29889 Hwy 34 SW<br>Albany, OR  97321 | | | Consideration: Trade debt; subcontractor | | | | 4,011 |
| ACCOUNT NO.<br><br>Madison Heights COA<br>c/o Damon L Henrie Esq<br>7000 SW Varns St<br>Portland, OR  97223 | | | Consideration: Complaint for construction defects<br>Clackamas County Circuit Court Case No. CV06060381 | | X | X | 8,000,000 |
| ACCOUNT NO.<br><br>Malaya Signs<br>POB 17574<br>Portland, OR  97217 | | | Consideration: Trade debt | | | | 1,474 |
| ACCOUNT NO.<br><br>Mannino, Gary &  Ashley<br>10296 SW Helenius St<br>Tualatin, OR  97062 | | | Incurred: 8/7/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no.  73  of  131  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    12,869,448

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __Matrix Development Corporation_____,    Case No. ___08-32798-tmb11_____
         **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Marquee Development Corp<br>10 Varsity Cir<br>Rancho Mirage, CA 92270 | | | New creditor added; notice only provided | | | | Notice Only |
| ACCOUNT NO.<br>Marquee Development Corp<br>5026 Commercial St SE #B<br>Salem, OR 97306 | | | Consideration: Litigation arising from employment contract<br>New creditor added; Clackamas County Circuit Court Case No. CV07060659 | X | X | | Unknown |
| ACCOUNT NO.<br>Marquee Development Corp<br>c/o David B Markowitz Esq<br>1211 SW 5th Ave #3000<br>Portland, OR 97204 | | | Notice only provided; attorney for creditor | | | | Notice Only |
| ACCOUNT NO.<br>Marshall, Wayne<br>3272 SE Maritime St<br>Corvallis, OR 97333 | | | Incurred: 7/20/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Martin Sanders Ground Maint<br>POB 307<br>North Plains, OR 97133 | | | Consideration: Trade debt; subcontractor | | | | 21,337 |

Sheet no. __74__ of __131__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 21,337

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Matrix Development Corporation</u> ,
     **Debtor**

Case No. <u>08-32798-tmb11</u>
     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Martin, Helen<br>7282 NE Stoneybrook St<br>Hillsboro, OR 97124 | | | Incurred: 7/20/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Mary's Peak True Value Hardware<br>POB 310<br>Philomath, OR 97370 | | | Consideration: Trade debt; supplier<br>New creditor added | | | | 7 |
| ACCOUNT NO.<br>Mason, Karen<br>10271 SW Whitebark Ln<br>Tualatin, OR 97062 | | | Incurred: 6/29/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Mathews, Jonathan & Rasheal<br>10309 SW Whitebark Ln<br>Tualatin, OR 97062 | | | Incurred: 3/28/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Maxfield Owners Assoc<br>c/o The Management Group<br>15350 SW Sequoia Pkwy #200<br>Portland, OR 97224 | | | Consideration: Precautionary creditor<br>Notice only provided | | | | Notice Only |

Sheet no. <u>75</u> of <u>131</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 7

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                    ,          Case No.  08-32798-tmb11
                    Debtor                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Maxfield, Eileen A POB 370 Philomath, OR 97370 | | | Consideration: Trade debt; Corvallis office rent | | | | 6,272 |
| ACCOUNT NO. Mc Minds, Barbra 3273 SE Shoreline Dr Corvallis, OR 97333 | | | Incurred: 7/23/07 Consideration: Precautionary creditor One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. McCallum, Patrick 15610 SE Kingbird Dr Happy Valley, OR 97086 | | | Incurred: 4/3/08 Consideration: Precautionary creditor One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. McCarthy, Michael & Leah 205 NE Ironcreek Terr Hillsboro, OR 97124 | | | Incurred: 10/12/07 Consideration: Precautionary creditor One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. McCoy, Bonny 3577 SE Outrigger Pl Corvallis, OR 97333 | | | Incurred: 11/27/07 Consideration: Precautionary creditor One year warranty for home purchase | X | | | Notice Only |

Sheet no. 76 of 131 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 6,272

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re ___Matrix Development Corporation_____ ,    Case No. ___08-32798-tmb11_____
        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>McElroy, Richard P & Susan S<br>18125 NW Springville Rd<br>Portland, OR 97229 | | | Incurred: 8/26/03<br>Consideration: Precicautionary creditor<br>Creditors are sellers under real property<br>purchase agreement | X | | | Notice Only |
| ACCOUNT NO.<br><br>McGlynn, Charles<br>6170 NE Woodview Dr<br>Hillsboro, OR 97124 | | | Incurred: 8/20/07<br>Consideration: Precicautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>McLaughlin, Stuart<br>7314 NE Cherry Dr<br>Hillsboro, OR 97124 | | | Incurred: 7/12/07<br>Consideration: Precicautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>McPherson, Michael & Carol<br>18225 NW Springville Rd<br>Portland, OR 97229 | | | Incurred: 9/28/03<br>Consideration: Precicautionary creditor<br>Creditors are sellers under real property<br>purchase agreement | X | | | Notice Only |
| ACCOUNT NO.<br><br>Meadow Outdoor Advertising<br>1201 Bargeway Rd<br>POB 331<br>The Dalles, OR 97058 | | | Consideration: Trade debt; advertising<br>New creditor added | | | | 950 |

Sheet no. _77_ of _131_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ | 950

Total ► $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation_____,     Case No. ___08-32798-tmb11_____
                **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Medallion Industries Inc<br>3221 NW Yeon<br>Portland, OR 97210 | | | Consideration: Trade debt; subcontractor | | | | 96,872 |
| ACCOUNT NO.<br><br>Mediamerica Inc<br>610 SW Broadway #200<br>Portland, OR 97205 | | | Consideration: Trade debt<br>New creditor added | | | | 2,770 |
| ACCOUNT NO.<br><br>Mel Schlegel & Son Hauling Inc<br>226 SE 157th<br>Portland, OR 97233 | | | Consideration: Trade debt; overhead expense | | | | 36,492 |
| ACCOUNT NO.<br><br>Meyer, Harry & Linda<br>13175 SW Timara Ln<br>King City, OR 97224 | | | Incurred: 12/6/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Meyers, Charles<br>3133 SE Everglade St<br>Corvallis, OR 97333 | | | Incurred: 11/30/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. _78_ of _131_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   136,134

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __Matrix Development Corporation_____,       Case No. ___08-32798-tmb11_____
              **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mid Valley Newspapers<br>POB 368<br>Corvallis, OR 97339-0368 | | | Consideration: Trade debt; overhead expense<br>New creditor added | | | | 17,387 |
| ACCOUNT NO.<br><br>Midway Plumbing Inc<br>2428 Three Lakes Rd<br>Albany, OR 97321 | | | Consideration: Trade debt; subcontactor | | | | 450 |
| ACCOUNT NO.<br><br>Miller, James & Vashti<br>6261 NE Carillion Dr #101 Bldg 13<br>Hillsboro, OR 97124 | | | Incurred: 7/5/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Milliken, Bruce<br>10825 SW London Ln<br>Wilsonville, OR 97070 | | | Incurred: 5/9/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Moats, Heather<br>7290 NE Stoneybrook St<br>Hillsboro, OR 97124 | | | Incurred: 7/24/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. _79_ of _131_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 17,837

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Matrix Development Corporation</u>,
   **Debtor**

Case No. <u>08-32798-tmb11</u>
   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Mobile Mini Inc <br> POB 79149 <br> Phoenix, AZ 85062-9149 | | | Consideration: Trade debt; trailer rents | | | | 3,431 |
| ACCOUNT NO. <br> MOM Media LLC <br> 2397 NW Kings Blvd <br> PMB #105 <br> Corvallis, OR 97330 | | | Consideration: Trade debt <br> New creditor added | | | | 350 |
| ACCOUNT NO. <br> Moore, Michael & Stephanie <br> 3133 Winkel Wy <br> West Linn, OR 97068 | | | Incurred: 6/2/08 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br> Mortier Engineering <br> 1245 Pearl St <br> Eugene, OR 97401 | | | Consideration: Trade debt; subcontractor <br> New creditor added | | | | 285 |
| ACCOUNT NO. <br> Mullins, Larry & Barbara <br> 1110 SE Rivergreen Ave <br> Corvallis, OR 97333 | | | Incurred: 8/23/07 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |

Sheet no. <u>80</u> of <u>131</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 4,066

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation_____,      Case No.  08-32798-tmb11_____
              **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Murdock, Rodney<br>198 NE Ironcreek Terr<br>Hillsboro, OR 97124 | | | Incurred: 3/3/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Myers, Paul & Maria<br>17227 SW Montague Wy<br>Portland, OR 97224 | | | Incurred: 7/27/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Nardozza, Ron & Olga<br>17251 SW Montague Wy<br>Portland, OR 97224 | | | Incurred: 8/22/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Navarro, John & Karen<br>1180 SE Rivergreen Ave<br>Corvallis, OR 97333 | | | Incurred: 3/24/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Needham, Mark & Holly<br>3284 SE Maritime St<br>Corvallis, OR 97333 | | | Incurred: 6/13/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. 81 of 131 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $              0

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation _____,    Case No.  08-32798-tmb11 _____
        **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Nelson, Michael & Dawn 12401 NW Thompson Rd Portland, OR 97229 | | | Incurred: 9/22/03 Consideration: Precautionary creditor Creditors are sellers under real property purchase agreement | X | | | Notice Only |
| ACCOUNT NO. New Home Guide - Portland POB 402035 Atlanta, GA 30384-2035 | | | Consideration: Trade debt New creditor added | | | | 3,575 |
| ACCOUNT NO. New Home Signs 2802 NE 57th Ave Portland, OR 97213-3444 | | | Consideration: Trade debt New creditor added | | | | 4,040 |
| ACCOUNT NO. New Home Trends Inc 4314 148th St SE Bothell, WA 98012 | | | Consideration: Trade debt New creditor added | | | | 4,650 |
| ACCOUNT NO. Newby, Nick 837 SE Bayshore Cir Corvallis, OR 97333 | | | Incurred: 6/29/07 Consideration: Precautionary creditor One year warranty for home purchase | X | | | Notice Only |

Sheet no. 82 of 131 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  12,265

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Matrix Development Corporation</u>,
Debtor

Case No. <u>08-32798-tmb11</u>
(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Newton, James<br>7248 NE Stoneybrook St<br>Hillsboro, OR 97124 | | | Incurred: 7/6/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Nextel<br>POB 4181<br>Carol Stream, IL 60197-4181 | | | Consideration: Precautionary creditor | | | | Notice Only |
| ACCOUNT NO.<br>Nguyen, Sang<br>17287 SW Montague Wy<br>Portland, OR 97224 | | | Incurred: 10/30/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>NNP-Taralon LLC<br>c/o David Wood Jr<br>16701SE McGillivray Blvd Ste 150<br>Vancouver, WA 98683 | | | Incurred: 12/19/07<br>Consideration: Promissory note and guaranty<br>New creditor added | | | | 28,824 |
| ACCOUNT NO.<br>NNP-Taralon LLC<br>c/o Kathleen S Sieler Esq<br>888 SW Fifth Ave Ste 1250<br>Portland, OR 97204 | | | New creditor added; notice only provided; attorney for creditor | | | | Notice Only |

Sheet no. <u>83</u> of <u>131</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 28,824

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                    ,          Case No.   08-32798-tmb11
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>North Pacific Supply Inc<br>16250 SE Evelyn St<br>Clackamas, OR 97015 | | | Consideration: Trade debt; supplier | | | | 7,545 |
| ACCOUNT NO.<br>Northstar Surveying Inc<br>720 NW 4th St<br>Corvallis, OR 97330-6415 | | | Consideration: Trade debt; overhead expense<br>New creditor added | | | | 410 |
| ACCOUNT NO.<br>Northwest Earthmovers Inc<br>POB 1467<br>Tualatin, OR 97062 | | | Consideration: Trade debt; subcontractor | | | | 82,205 |
| ACCOUNT NO.<br>Nunn, Jack & Laura<br>107569 SW London Ln<br>Wilsonville, OR 97070 | | | Incurred: 5/15/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>NW Geosynthetics<br>Johnson Creek Ind Pk<br>8951 SE 76th Dr<br>Portland, OR 97206 | | | Consideration: Trade debt; subcontractor | | | | 323 |

Sheet no. 84 of 131 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  90,483

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Matrix Development Corporation                    ,          Case No.   08-32798-tmb11
                              **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> NW Natural <br> POB 6017 <br> Portland, OR 97228-6017 | | | Consideration: Utility services <br> New creditor added | | | | 3,786 |
| ACCOUNT NO. <br> NW Senior & Boomer News <br> 4159 Cherry Ave NE <br> Keizer, OR 97303 | | | Consideration: Trade debt <br> New creditor added | | | | 1,462 |
| ACCOUNT NO. <br> O'Neil, Aaron & Linda <br> 6273 NE Carillion Dr #101 Bldg 7 <br> Hillsboro, OR 97124 | | | Incurred: 3/18/08 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br> Ocheltree, Rachel <br> 191 NE Ironcreek Terr <br> Hillsboro, OR 97124 | | | Incurred: 10/25/07 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br> Oddson, Gregg & Tracy <br> 6285 NE Carillion Dr #102 Bldg 5 <br> Hillsboro, OR 97124 | | | Incurred: 1/29/08 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |

Sheet no. 85 of 131 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 5,248

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Matrix Development Corporation                     ,          Case No.   08-32798-tmb11
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Odell, Arnold & Janet<br>6211 NE Carillion Dr #202 Bldg 4<br>Hillsboro, OR  97124 | | | Incurred: 4/4/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Office Depot - Card<br>POB 689020<br>Des Moines, IA  50368-9020 | | | Consideration: Credit card debt<br>New creditor added | | | | 51 |
| ACCOUNT NO.   4013<br><br>Office Depot - Credit<br>POB 70025<br>Los Angeles, CA  90074-0025 | | | Consideration: Revolving charge account | | | | 2,723 |
| ACCOUNT NO.<br><br>Office of County Counsel<br>Washington County<br>155 N First Ave Ste 340 MS24<br>Hillsboro, OR  97124 | | | New creditor added; notice only provided; obligee/beneficiary under performance bond | | | | Notice Only |
| ACCOUNT NO.<br><br>OGD Consulting PC<br>9027 NW Fir Ridge Pl<br>Corvallis, OR  97330 | | | Consideration: Trade debt; overhead expense | | | | 4,611 |

Sheet no.  86   of  131  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 7,385

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

tmb11    Doc 176    Filed 06/25/08

B6F (Official Form 6F) (12/07) - Cont.

In re   Matrix Development Corporation                    ,          Case No.   08-32798-tmb11
                    **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Olsen, Anthony & Sandra<br>4632 SW Birdsong Dr<br>Corvallis, OR 97333 | | | Incurred: 10/24/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Olson, Travis<br>611 NE 73rd Ave<br>Hillsboro, OR 97124 | | | Incurred: 9/19/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Opsis Architecture LLP<br>920 NW 17th Ave<br>Portland, OR 97209 | | | Consideration: Trade debt; overhead expense | | | | 717 |
| ACCOUNT NO.<br>Optak Inc<br>POB 1379<br>Lake Oswego, OR 97035 | | | Consideration: Trade debt; overhead expense | | | | 5,586 |
| ACCOUNT NO.<br>Oregon Dept of State Lands<br>775 Summer St NE Ste 100<br>Salem, OR 97301-1279 | | | New creditor added; notice only provided; obligee/beneficiary under 2 performance bonds | | | | Notice Only |

Sheet no. 87 of 131 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 6,303

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    Matrix Development Corporation                           ,        Case No.    08-32798-tmb11
                                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Oregonian Publishing Co<br>Retail Display<br>POB 4221<br>Portland, OR 97208-4221 | | | Consideration: Trade debt; advertising<br>New creditor added | | | | 55,914 |
| ACCOUNT NO.<br><br>Oringdulph, David<br>7 Garibaldi<br>Lake Oswego, OR 97035 | | | Claims for indemnity, reimbursement and exoneration for guaranteed debts of debtor | X | X | | Unknown |
| ACCOUNT NO.<br><br>Orlando, John R Trustee<br>Gurine Ellen Norby IrrevocTrust II<br>12735 NW Skyline Blvd<br>Portland, OR 97231 | | | Incurred: 2003<br>Consideration: Precautionary creditor<br>Creditor is seller under real property purchase agreement | X | | | Notice Only |
| ACCOUNT NO.<br><br>Orr, Laura<br>6255 NE Carillion St #101 Bldg 12<br>Hillsboro, OR 97124 | | | Incurred: 7/3/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Ortega, Orlando<br>175 NW 61st Terr<br>Hillsboro, OR 97124 | | | Incurred: 8/10/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. 88 of 131 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $         55,914

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Matrix Development Corporation                    ,        Case No.   08-32798-tmb11
_____             _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ortiz, Nico & Aileen<br>3292 SE Maritime St<br>Corvallis, OR  97333 | | | Incurred: 8/8/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Otak Inc<br>POB 1379<br>Lake Oswego, OR  97035 | | | Consideration: Trade debt; overhead expense | | | | 5,586 |
| ACCOUNT NO.<br><br>Oulton, John & Darlene<br>4521 SW Hollyhock Cir<br>Corvallis, OR  97333 | | | Incurred: 8/29/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Overland Agency Inc<br>117 SW Taylor St #300<br>Portland, OR  97204 | | | Consideration: Trade debt; subcontractor<br>New creditor added | | | | 600 |
| ACCOUNT NO.<br><br>Pac Insulation<br>5771 NW Cornelius Pass Rd<br>Hillsboro, OR  97124 | | | Consideration: Trade debt; subcontractor | | | | 5,741 |

Sheet no. __89__ of __131__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        11,927

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>Matrix Development Corporation</u>              ,        Case No. <u>08-32798-tmb11</u>
          **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Pacific Fence & Wire Co<br>POB 125<br>Clackamas, OR 97015 | | | Consideration: Trade debt; subcontractor | | | | 1,567 |
| ACCOUNT NO.<br>Pacific Habitat Services Inc<br>9450 SW Commerce Cir #180<br>Wilsonville, OR 97070 | | | Consideration: Trade debt; overhead expense | | | | 3,823 |
| ACCOUNT NO.<br>Pacific Office Automation<br>14747 NW Greenbrier Pkwy<br>Beaverton, OR 97006 | | | Consideration: Trade debt; overhead expense<br>New creditor added | | | | 622 |
| ACCOUNT NO.<br>Pacific Power<br>1033 NE 6th Ave<br>Portland, OR 97256-0001 | | | Consideration: Utility services<br>New creditor added | | | | 1,265 |
| ACCOUNT NO.<br>Pak, Paul<br>221 NE Ironcreek Terr<br>Hillsboro, OR 97124 | | | Incurred: 9/21/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. <u>90</u> of <u>131</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   7,277

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                    ,          Case No.  08-32798-tmb11
                    Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Park, Mi Young<br>6348 NE Whitewood Dr<br>Hillsboro, OR  97124 | | | Incurred: 10/1/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Parr Lumber Co Inc<br>5630 NW Century Dr<br>Hillsboro, OR  97124 | | | Consideration: Trade debt; supplier | | | | 214,124 |
| ACCOUNT NO.<br>Parr Lumber Co Inc<br>c/o Richard Baroway Esq<br>121 SW Morrison St 11th Fl<br>Portland, OR  97204-3141 | | | New creditor added; notice only provided; attorney for creditor | | | | Notice Only |
| ACCOUNT NO.<br>Paul McDonnell<br>Riverside County Treasurer<br>POB 12005<br>Riverside, CA  92502-2205 | | | Consideration: Precautionary creditor | | | | Notice Only |
| ACCOUNT NO.<br>Paulson's Floor Coverings<br>POB 23429<br>Portland, OR  97281-3429 | | | Consideration: Trade debt; subcontractor | | | | 93,357 |

Sheet no. 91 of 131 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  307,481

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                        ,        Case No.   08-32798-tmb11
              **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Pavel, Iona<br>6172 NE Ridgestone Ct<br>Hillsboro, OR  97124 | | | Incurred: 6/26/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Peets, Marty<br>4838 SW Scholls Ferry Rd<br>Portland, OR  97225-1629 | | | Incurred: 5/21/04<br>Consideration: Precautionary creditor<br>Notice only provided re real property<br>purchase agreement (Bischof/Lund) | | | | Notice Only |
| ACCOUNT NO.<br><br>Peter Walker Contracting Inc<br>POB 147<br>Hillsboro, OR  97123 | | | Consideration: Trade debt; subcontractor | | | | 19,050 |
| ACCOUNT NO.<br><br>Peterson, Gary<br>6211 NE Carillion Dr #204 Bldg 4<br>Hillsboro, OR  97124 | | | Incurred: 3/26/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>PGE<br>POB 4438<br>Portland, OR  97208-4438 | | | Consideration: Utility services | | | | 4,231 |

Sheet no.  92  of  131  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤        $          23,281

Total ➤        $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Matrix Development Corporation_____ ,        Case No. ___08-32798-tmb11_____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> PGE - Unity <br> POB 3340 <br> Portland, OR  97208-3340 | | | Consideration: Utility services <br> New creditor added | | | | 800 |
| ACCOUNT NO. <br><br> Pilmauna, Elaina <br> 10766 SW Barber St <br> Wilsonville, OR  97070 | | | Incurred: 3/21/08 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br><br> Pitman, WG & Dolores C, Trustees <br> Pitman Living Trust <br> 1430 NW 228th Ave <br> Hillsboro, OR  97124 | | | Incurred: 9/4/07 <br> Consideration: Precautionary creditor <br> Creditors are sellers under real property purchase agreement | X | | | Notice Only |
| ACCOUNT NO. <br><br> PLI Systems Inc <br> 3045 SE 61st Ct <br> Hillsboro, OR  97123 | | | Consideration: Trade debt; subcontractor | | | | 37,092 |
| ACCOUNT NO. <br><br> Potter, William & Jane <br> 247 NE Ironcreek Pl <br> Hillsboro, OR  97124 | | | Incurred: 8/20/07 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |

Sheet no. _93_ of _131_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        37,892

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Matrix Development Corporation</u>,
Debtor

Case No. <u>08-32798-tmb11</u>
(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Powell, Bradley & Kelli <br> 10338 SW Whitebark Ln <br> Tualatin, OR 97062 | | | Incurred: 3/12/08 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br> Powell, Tom & Katherine <br> 379 Benton Dr NW <br> Albany, OR 97321 | | | Incurred: 10/16/07 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br> Power, Max & Marjorie <br> 784 SE Bayshore Cir <br> Corvallis, OR 97333 | | | Incurred: 11/6/07 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br> Precision Countertops Inc <br> POB 387 <br> Wilsonville, OR 97070 | | | Consideration: Trade debt; subcontractor | | | | 10,158 |
| ACCOUNT NO. <br> Pride Disposal Co <br> POB 820 <br> Sherwood, OR 97140 | | | Consideration: Trade debt <br> New creditor added | | | | 15 |

Sheet no. <u>94</u> of <u>131</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 10,173

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Matrix Development Corporation_____,    Case No. ___08-32798-tmb11_____
         **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Primepac Lumber<br>POB 277<br>Hubbard, OR  97032 | | | Consideration: Trade debt; subcontractor | | | | 47,654 |
| ACCOUNT NO.<br><br>Professional Touch Cleaning<br>14699 SW Wy East Ave<br>Damascus, OR  97089 | | | Consideration: Trade debt; subcontractor | | | | 1,815 |
| ACCOUNT NO.<br><br>Propst, Michael<br>4999 SW Hollyhock Cir<br>Corvallis, OR  97333 | | | Incurred: 6/20/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Public Storage - Barbur<br>8437 SW Barbur Blvd<br>Portland, OR  97219 | | | Consideration: Precautionary creditor | | | | Notice Only |
| ACCOUNT NO.<br><br>Quadrant Security Inc<br>POB 14833<br>Portland, OR  97293 | | | Consideration: Trade debt<br>New creditor added | | | | 198 |

Sheet no. __95__ of __131__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   49,667

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    Matrix Development Corporation                              ,        Case No.    08-32798-tmb11
                        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Quirarte, Dawn 18185 NW Springville Rd Portland, OR 97229 | | | Incurred: 8/26/03 Consideration: Precautionary creditor Creditor is seller under real property purchase agreement | X | | | Notice Only |
| ACCOUNT NO. Qwest POB 91155 Seattle, WA 98111-9255 | | | Consideration: Telephone services | | | | 321 |
| ACCOUNT NO. Rahier, Darren 22996 SW Lodgepole Ave Tualatin, OR 97062 | | | Incurred: 8/28/07 Consideration: Precautionary creditor One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. Ralph, Tony 239 NE Ironcreek Pl Hillsboro, OR 97124 | | | Incurred: 9/13/07 Consideration: Precautionary creditor One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. Ramasetty, Jithendra 177 NE Ironcreek Terr Hillsboro, OR 97124 | | | Incurred: 11/28/07 Consideration: Precautionary creditor One year warranty for home purchase | X | | | Notice Only |

Sheet no. __96__ of __131__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 321

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __Matrix Development Corporation_____,          Case No. ___08-32798-tmb11_____
                   **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Raugust Trucking & Excavation<br>POB 267<br>Newberg, OR  97132 | | | Consideration: Trade debt; subcontractor | | | | 43,490 |
| ACCOUNT NO.<br><br>Ray, Allen & Kimberly<br>3249 SE Shoreline Dr<br>Corvallis, OR  97333 | | | Incurred: 6/15/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Ready Made Barricade Inc<br>POB 489<br>Banks, OR  97106 | | | Consideration: Trade debt; overhead expense<br>New creditor added | | | | 4,008 |
| ACCOUNT NO.<br><br>Reboja, Art & Jennifer<br>13450 SW Fischer Rd<br>Portland, OR  97224 | | | Incurred: 7/2/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Redrovan, Susana<br>633 NE 73rd Ave<br>Hillsboro, OR  97124 | | | Incurred: 9/18/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. _97_ of _131_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 47,498

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                    ,          Case No.   08-32798-tmb11
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Reed Plastering & Stucco Inc<br>4225 SW Parkview<br>Portland, OR 97225 | | | Consideration: Trade debt; subcontractor | | | | 20,679 |
| ACCOUNT NO.<br>Reif, Lindsey<br>13294 SW Timara Ln<br>King City, OR 97224 | | | Incurred: 12/19/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Renner Trucking and Excavating<br>228 SW Walnut<br>Hillsboro, OR 97123 | | | Consideration: Trade debt; subcontractor | | | | 4,442 |
| ACCOUNT NO.<br>Rennie, Amaia & Glen<br>6110 NE Ridgestone Ct<br>Hillsboro, OR 97124 | | | Incurred: 7/12/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Rhee, Jehyul<br>13516 SW Fischer Rd<br>Portland, OR 97224 | | | Incurred: 2/22/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. 98 of 131 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  25,121

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Matrix Development Corporation</u>,
    **Debtor**

Case No. <u>08-32798-tmb11</u>
    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Richards, Ahren<br>17474 SW 135th Pl<br>King City, OR 97224 | | | Incurred: 9/7/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Richards, Brook<br>655 NE 73rd Ave<br>Hillsboro, OR 97124 | | | Incurred: 4/25/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Ridd, Ryan<br>6225 NE Carillion Dr #202 Bldg 2<br>Hillsboro, OR 97124 | | | Consideration: Precautionary notice only provided | X | | | Notice Only |
| ACCOUNT NO.<br>Riddell, Linda<br>3281 SE Shoreline Dr<br>Corvallis, OR 97333 | | | Incurred: 9/27/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Rithaler, Luci<br>233 NE Ironcreek Pl<br>Hillsboro, OR 97124 | | | Incurred: 2/29/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. <u>99</u> of <u>131</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $    0

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation _____ ,  Case No. ___08-32798-tmb11_____
          **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Rizer, Robert & Jessica<br>13152 SW Timara Ln<br>King City, OR  97224 | | | Incurred: 5/2/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>RK Engineering Group Inc<br>3991 MacArthur Blvd #310<br>Newport Beach, CA  92660 | | | Consideration: Precautionary creditor | | | | Notice Only |
| ACCOUNT NO.<br><br>Robert Martin Drywall<br>POB 3551<br>Tualatin, OR  97062 | | | Consideration: Trade debt; subcontractor | | | | 39,208 |
| ACCOUNT NO.<br><br>Robertson, Carol & Barry<br>10356 SW Helenius St<br>Tualatin, OR  97062 | | | Incurred: 4/30/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Robinson Construction Co<br>21360 NW Amberwood Dr<br>Hillsboro, OR  97124 | | | Consideration: Precautionary creditor | | | | Notice Only |

Sheet no. __100__ of __131__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      39,208

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Matrix Development Corporation                    ,        Case No.   08-32798-tmb11
                 **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Robnetts Hardware<br>400 SW 2nd St<br>Corvallis, OR 97333 | | | Consideration: Trade debt; overhead expense<br>New creditor added | | | | 15 |
| ACCOUNT NO.<br>Rock, Aaron & Jennifer<br>3571 SE Outrigger Pl<br>Corvallis, OR 97333 | | | Incurred: 11/21/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Rose City Messenger Svc<br>POB 2981<br>Portland, OR 97208 | | | Consideration: Trade debt | | | | 87 |
| ACCOUNT NO.<br>Rosenberger, John<br>533 NE Geraldine Dr<br>Hillsboro, OR 97124 | | | Consideration: Precautionary creditor | | | | Notice Only |
| ACCOUNT NO.<br>Roth, Floyd & Esther<br>10722 SW Barber St<br>Wilsonville, OR 97070 | | | Incurred: 4/25/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no.  101  of  131  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $         102

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                    ,          Case No.   08-32798-tmb11
_____                              _____
         **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Roth, Lori<br>7274 NE Stoneybrook St<br>Hillsboro, OR  97124 | | | Incurred: 5/12/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Rozell, John<br>6147 NE Ridgestone Ct<br>Hillsboro, OR  97124 | | | Incurred: 7/5/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Rutherford, James R<br>13713 SE Taralon Dr<br>Happy Valley, OR  97086 | | | Incurred: 8/9/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>S & B Associates Inc<br>POB 2300<br>Corvallis, OR  97339 | | | Consideration: Trade debt<br>New creditor added | | | | 125 |
| ACCOUNT NO.<br><br>S & K New Construction Cleaning<br>18453 SE Semple Rd<br>Damascus, OR  97089 | | | Consideration: Trade debt; subcontractor | | | | 16,194 |

Sheet no. __102__ of __131__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $            16,319

Total ➤     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __Matrix Development Corporation_____ ,          Case No. ___08-32798-tmb11_____
          **Debtor**                                                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Safeguard Mini Storage<br>10585 SW Greenburg Rd<br>Tigard, OR  97223 | | | Consideration: Precautionary creditor | | | | Notice Only |
| ACCOUNT NO.<br><br>Sage Software Inc<br>15195 NW Greenbrier Pkwy<br>Beaverton, OR  97006-5701 | | | Consideration: Trade debt; overhead expense<br>New creditor added | | | | 5,136 |
| ACCOUNT NO.<br><br>Saini, Sherry<br>6256 NE Woodview Dr<br>Hillsboro, OR  97124 | | | Incurred: 7/25/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Salem Painting Co Inc<br>19190 SW 90th Ave<br>POB 250<br>Tualatin, OR  97062-9997 | | | Consideration: Trade debt; subcontractor | | | | 145,905 |
| ACCOUNT NO.<br><br>Salzman, Ronald & Carol<br>7302 NE Cherry Dr<br>Hillsboro, OR  97124 | | | Incurred: 11/19/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. __103__ of __131__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $     151,041

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re　Matrix Development Corporation　　　　　　　　　,　　　　Case No.　08-32798-tmb11
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Sandri, Dominic <br> 7270 NE Stoneybrook St <br> Hillsboro, OR 97124 | | | Incurred: 7/11/07 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br><br> Sanjeepan, Vivekananthan & Sivagini <br> 190 NE Ironcreek Terr <br> Hillsboro, OR 97124 | | | Incurred: 3/17/08 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br><br> Saopraseauth, Phonesavanh <br> 13560 SE Taralon Dr <br> Happy Valley, OR 97086 | | | Incurred: 2/6/08 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br><br> Satterlee, Michael & Neeltje <br> 17219 SW Montague Wy <br> Portland, OR 97224 | | | Incurred: 8/31/07 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br><br> Saunders, Mark <br> 6279 NE Carillion Dr #104 Bldg 6 <br> Hillsboro, OR 97124 | | | Incurred: 12/13/07 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |

Sheet no. 104 of 131 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $　　　0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Matrix Development Corporation</u>,
       **Debtor**

Case No. <u>08-32798-tmb11</u>
       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Savage, Terri<br>246 NE Ironcreek Pl<br>Hillsboro, OR 97124 | | | Incurred: 8/28/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Schmidlin, Erin<br>198 NE Ironcreek Terr<br>Hillsboro, OR 97124 | | | Incurred: 3/3/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Schulz Clearwater Sani Inc<br>POB 1404<br>Tualatin, OR 97062 | | | Consideration: Trade debt; overhead expense | | | | 3,960 |
| ACCOUNT NO.<br><br>Securtech Inc<br>6286 Fernhill Lp<br>Springfield, OR 97478 | | | Consideration: Trade debt; subcontractor<br>New creditor added | | | | 170 |
| ACCOUNT NO.<br><br>Seibert, Robert & Minda<br>23007 SW 104th Terr<br>Tualatin, OR 97062 | | | Incurred: 3/21/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. <u>105</u> of <u>131</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ 4,130

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Matrix Development Corporation</u>,
Debtor

Case No. <u>08-32798-tmb11</u>
(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Seismic Components LLC<br>POB 2774<br>Clackamas, OR 97015 | | | Consideration: Trade debt; supplier | | | | 12,307 |
| ACCOUNT NO.<br>Sharp Roofing & Construction Inc<br>22220 S Forest Park Rd<br>Beavercreek, OR 97004-8717 | | | Consideration: Trade debt; subcontractor | | | | 9,450 |
| ACCOUNT NO.<br>Shemley, William & Evelyn<br>6026 NE Whitewood Dr<br>Hillsboro, OR 97124 | | | Incurred: 12/28/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Sherwin-Williams<br>19390 SW 90th Ct<br>Tualatin, OR 97062 | | | Consideration: Trade debt; supplier | | | | 13 |
| ACCOUNT NO.<br>Shin, Hyoen Woo<br>10744 SW Barber St<br>Wilsonville, OR 97070 | | | Incurred: 3/31/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. <u>106</u> of <u>131</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 21,770

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                        ,            Case No.    08-32798-tmb11
                    **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Shipley, Calvert & Jennifer<br>22824 SW Lodgepole Ave<br>Tualatin, OR  97062 | | | Incurred: 9/14/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Shore Consulting Inc<br>13101 Peninsula Dr<br>Auburn, CA  95602 | | | Consideration: Trade debt; overhead expense | | | | 988 |
| ACCOUNT NO.<br><br>Sideco Inc<br>2363 Industrial Ave<br>Hubbard, OR  97032 | | | Consideration: Trade debt; subcontractor | | | | 61,968 |
| ACCOUNT NO.<br><br>Sierra Springs<br>POB 660579<br>Dallas, TX  75266-0579 | | | Consideration: Trade debt | | | | 637 |
| ACCOUNT NO.<br><br>Sir Speedy Inc<br>12060 SW Garden Pl<br>Tigard, OR  97223 | | | Consideration: Trade debt | | | | 477 |

Sheet no. __107__ of __131__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    64,070

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation _____ ,      Case No. ___08-32798-tmb11_____
            **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Site One LLC <br> POB 10618 <br> Portland, OR 97296 | | | Consideration: Trade debt; subcontractor | | | | 386 |
| ACCOUNT NO. <br><br> Six, Johanna <br> 6255 NE Carillion St #101 Bldg 12 <br> Hillsboro, OR 97124 | | | Incurred: 7/3/07 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br><br> Smith, Tanya <br> 15614 SE Kingbird Dr <br> Happy Valley, OR 97086 | | | Incurred: 4/11/08 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br><br> Solid Wood Floors Inc <br> POB 1101 <br> Tualatin, OR 97062 | | | Consideration: Trade debt; subcontractor | | | | 13,092 |
| ACCOUNT NO. <br><br> Somppi, Jim <br> 3233 SE Shoreline Dr <br> Corvallis, OR 97333 | | | Incurred: 6/12/07 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |

Sheet no. __108__ of __131__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $           13,478

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Matrix Development Corporation                        ,        Case No.   08-32798-tmb11
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc.. ver. 4.4.2-717 - 30755 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Sound Security Inc<br>dba Sonitrol Pacific<br>8220 N Interstate Ave<br>Portland, OR  97217 | | | Consideration: Trade debt<br>New creditor added | | | | 229 |
| ACCOUNT NO.<br><br>South Fork Coffee Co<br>134 Grimes St #4<br>Eugene, OR  97402 | | | Consideration: Trade debt | | | | 12 |
| ACCOUNT NO.<br><br>SP & B Reprographics<br>POB 2032<br>Salem, OR  97308 | | | Consideration: Trade debt; overhead expense | | | | 246 |
| ACCOUNT NO.<br><br>SR Design LLC<br>8196 SW Hall Blvd #232<br>Beaverton, OR  97008 | | | Consideration: Trade debt; overhead expense | | | | 51,323 |
| ACCOUNT NO.  9586<br><br>Staples Credit Plan<br>Dept 51-7815649586<br>POB 9020<br>Des Moines, IA  50368-9020 | | | Consideration: Revolving charge account | | | | 158 |

Sheet no.  109  of  131  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        51,968

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                    ,          Case No.  08-32798-tmb11
                              Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Star Rentals<br>POB 34935<br>Dept 128<br>Seattle, WA  98124-1935 | | | Consideration: Trade debt; overhead expense | | | | 846 |
| ACCOUNT NO.<br><br>Stoel Rives LLP<br>900 SW Fifth Ave #2600<br>Portland, OR  97204-1268 | | | Consideration: Legal services | | | | 2,394 |
| ACCOUNT NO.<br><br>Stoll, Gordon & Diana<br>6042 NE Whitewood Dr<br>Hillsboro, OR  97124 | | | Incurred: 3/13/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Stonewater HOA<br>c/o Northwest Community Mgmt<br>POB 23099<br>Tigard, OR  97281 | | | Consideration: Precautionary creditor<br>Notice only provided | | | | Notice Only |
| ACCOUNT NO.<br><br>Stoneybrook Village Owners<br>c/o The Management Group<br>POB 502611<br>San Diego, CA  92150-2611 | | | Consideration: Trade debt; overhead expense | | | | 558 |

Sheet no.  110  of  131  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        3,798

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Matrix Development Corporation                    ,          Case No.   08-32798-tmb11
                   **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Stoneybrook Village Owners Assoc<br>c/o The Management Group<br>15350 SW Sequoia Pkwy #200<br>Portland, OR  97224 | | | Consideration: Precautionary creditor<br>Notice only provided | | | | Notice Only |
| ACCOUNT NO.<br><br>Strifel, Gerard & Kathleen<br>3154 Winkel Wy<br>West Linn, OR  97068 | | | Incurred: 1/11/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Struthers, Megan<br>221 NE Ironcreek Terr<br>Hillsboro, OR  97124 | | | Incurred: 9/21/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Stubenberg, David & Mary Ann<br>13472 SW Fischer Rd<br>Portland, OR  97224 | | | Incurred: 5/9/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Stutzman Services Inc<br>4185 Spicer Dr SE<br>Albany, OR  97322 | | | Consideration: Trade debt; subcontractor | | | | 2,533 |

Sheet no. __111__ of __131__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,533

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                    ,          Case No.    08-32798-tmb11
                        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Suburban Door Co Inc<br>POB 205<br>Tualatin, OR  97062 | | | Consideration: Trade debt; subcontractor | | | | 26,048 |
| ACCOUNT NO. <br><br>Sukkau, Nicholas R<br>3450 SE Shoreline Dr<br>Corvallis, OR  97333 | | | Incurred: 6/29/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br><br>Sum, Tak<br>778 SE Bayshore Cir<br>Corvallis, OR  97333 | | | Incurred: 10/19/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br><br>Sun Glow Inc<br>2428 SE 105th Ave<br>Portland, OR  97216 | | | Consideration: Trade debt; subcontractor | | | | 24,242 |
| ACCOUNT NO. <br><br>Sunrise Water Authority<br>10602 SE 129th Ave<br>Happy Valley, OR  97086-6218 | | | Consideration: Trade debt; overhead expense<br>New creditor added | | | | 116 |

Sheet no.  112  of  131  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤          $          50,406

Total ➤             $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Matrix Development Corporation_____ ,        Case No. ___08-32798-tmb11_____
        **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Sunrise Water Authority<br>10602 SE 129th Ave<br>Happy Valley, OR  97086-6218 | | | New creditor added; notice only provided; obligee/beneficiary under maintenance bond | | | | Notice Only |
| ACCOUNT NO.<br><br>Sure Flow Concrete Pump Inc<br>4920 SW 3rd St Ste D<br>Corvallis, OR  97333 | | | Consideration: Trade debt; subcontractor<br>New creditor added | | | | 650 |
| ACCOUNT NO.<br><br>Sustainable Industries<br>230 California St Ste 41<br>San Francisco, CA  94111 | | | Consideration: Trade debt<br>New creditor added | | | | 200 |
| ACCOUNT NO.<br><br>Sype, William & Catherine<br>22968 SW Lodgepole Ave<br>Tualatin, OR  97062 | | | Incurred: 9/14/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>T F Draper Co<br>3847 24th<br>Forest Grove, OR  97116 | | | Consideration: Trade debt; subcontractor | | | | 3,182 |

Sheet no. __113__ of __131__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 4,032

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __Matrix Development Corporation_____,    Case No. __08-32798-tmb11_____
                 **Debtor**                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> T-Mobile <br> POB 790047 <br> St Louis, MO 63179-0047 | | | Consideration: Trade debt; cellular telephone services | | | | 62 |
| ACCOUNT NO. <br> Tally, William <br> 952 Troon St NW <br> Albany, OR 97321 | | | Incurred: 2/29/08 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br> The Condos at Stonewater Owners Assoc <br> c/o Northwest Community Mgmt <br> POB 23099 <br> Tigard, OR 97281 | | | Consideration: Precautionary creditor <br> Notice only provided | | | | Notice Only |
| ACCOUNT NO. <br> The Coon Family Ltd Partnership <br> 3461 SE Shoreline Dr <br> Corvallis, OR 97333 | | | Consideration: Precautionary creditor | | | | Notice Only |
| ACCOUNT NO. <br> The Gary Law Group <br> 101 SW Main St <br> Portland, OR 97204 | | | Consideration: Trade debt; overhead expense | | | | 572 |

Sheet no. __114__ of __131__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 634

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Matrix Development Corporation_____,   Case No. __08-32798-tmb11_____
               **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>The Hillsboro Argus Inc<br>POB 588<br>Hillsboro, OR 97123 | | | Consideration: Trade debt<br>New creditor added | | | | 2,914 |
| ACCOUNT NO.<br>The Lamar Companies<br>POB 96030<br>Baton Rouge, LA 70896 | | | Consideration: Trade debt; advertising<br>New creditor added | | | | 15,384 |
| ACCOUNT NO.<br>The Lippman Company<br>50 SE Yamhill St<br>Portland, OR 97214 | | | Consideration: Trade debt; overhead expense<br>New creditor added | | | | 40 |
| ACCOUNT NO.<br>The Management Group Inc<br>7710 NE Vancouver Mall Dr #A<br>Vancouver, WA 98662 | | | Consideration: Trade debt; overhead expense | | | | 880 |
| ACCOUNT NO.<br>The Oregonian<br>POB 2510<br>Portland, OR 97208-2510 | | | Consideration: Trade debt<br>New creditor added | | | | 30 |

Sheet no. _115_ of _131_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 19,248

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Matrix Development Corporation</u>                ,    Case No. <u>08-32798-tmb11</u>
       **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>The Q Condo Owners Assoc<br>c/o The Management Group<br>15350 SW Sequoia Pkwy #200<br>Portland, OR  97224 | | | Consideration: Precautionary creditor<br>Notice only provided | | | | Notice Only |
| ACCOUNT NO.<br><br>The Real Estate Book - Corvallis<br>POB 760<br>Pacific City, OR  97135 | | | Consideration: Trade debt<br>New creditor added | | | | 399 |
| ACCOUNT NO.<br><br>The Village at Orenco Owners Assoc<br>c/o The Management Group<br>15350 SW Sequoia Pkwy #200<br>Portland, OR  97224 | | | Consideration: Precautionary creditor<br>Notice only provided | | | | Notice Only |
| ACCOUNT NO.<br><br>The Villages at Orenco Station<br>c/o The Management Group<br>7710 NE Vancouver Mall Dr<br>Vancouver, WA  98662 | | | Consideration: Trade debt; overhead expense | | | | 6,073 |
| ACCOUNT NO.<br><br>Thomasson, Patrice<br>7286 NE Stoneybrook St<br>Hillsboro, OR  97124 | | | Incurred: 1/18/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. <u>116</u> of <u>131</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 6,472

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Matrix Development Corporation                          ,        Case No.   08-32798-tmb11
                    **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Time In A Basket<br>1510 Hill St SE<br>Albany, OR  97322 | | | Consideration: Trade debt<br>New creditor added | | | | 555 |
| ACCOUNT NO.<br><br>TJ Overhead Door Inc<br>21455 Ornduff Rd<br>Hillsboro, OR  971263 | | | Consideration: Trade debt; subcontractor | | | | 9,156 |
| ACCOUNT NO.<br><br>Todd's Lighting & Electrical<br>19579 Kari Ann Ct<br>Oregon City, OR  97045 | | | Consideration: Precautionary creditor<br>New creditor added; notice only provided | | | | Notice Only |
| ACCOUNT NO.<br><br>Tomlinson, Charles & Maria<br>3500 SE Shoreline Dr<br>Corvallis, OR  97333 | | | Incurred: 4/18/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Towne, Bill & Kathy<br>22828 SW 104th Terr<br>Tualatin, OR  97062 | | | Incurred: 4/18/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. __117__ of __131__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 9,711

Total ► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation _____,    Case No. ___08-32798-tmb11_____
            **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Tran, Victor<br>182 NE Ironcreek Terr<br>Hillsboro, OR  97124 | | | Incurred: 4/30/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Tri-County Temp Control Inc<br>13150 S Clackamas River Dr<br>Oregon City, OR  97045 | | | Consideration: Trade debt; subcontractor | | | | 81,424 |
| ACCOUNT NO.<br><br>Triangle Terrace LLC<br>12600 SW 72nd #200<br>Tigard, OR  97223 | | | Consideration: Trade debt; office lease | | | | 17,209 |
| ACCOUNT NO.<br><br>Trillium Woods HOA<br>c/o The Management Group<br>15350 SW Sequoia Pkwy #200<br>Portland, OR  97224 | | | Consideration: Precautionary creditor<br>Notice only provided | | | | Notice Only |
| ACCOUNT NO.<br><br>True Value Hardware<br>8460 SW Nyberg Rd<br>POB 635<br>Tualatin, OR  97062 | | | Consideration: Trade debt; overhead expense | | | | 301 |

Sheet no. 118 of 131 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   98,934

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Matrix Development Corporation                    ,        Case No.   08-32798-tmb11
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Trugreen Landcare<br>TGLC Lock Box<br>POB 100186<br>Pasadena, CA  91189-0186 | | | Consideration: Trade debt; overhead expense | | | | 1,404 |
| ACCOUNT NO.<br><br>Trus-Way Inc<br>POB 5005<br>Vancouver, WA  98668-5005 | | | Consideration: Trade debt; supplier | | | | 39,282 |
| ACCOUNT NO.<br><br>TT & L Sheet Metal Inc<br>6585 SW Fallbrook Pl<br>Beaverton, OR  97008 | | | Consideration: Trade debt; subcontractor<br>New creditor added | | | | 3,615 |
| ACCOUNT NO.<br><br>Tucker, Shirley<br>684 NE 73rd Ave<br>Hillsboro, OR  97124 | | | Incurred: 5/16/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Two B's Delivery Svc<br>1752 NW Burnside Rd<br>Gresham, OR  97030-3522 | | | Consideration: Trade debt | | | | 3,533 |

Sheet no.  119  of  131  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    47,834

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Matrix Development Corporation                              ,          Case No.   08-32798-tmb11
                        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ulinger, Mark<br>7320 NE Cherry Dr<br>Hillsboro, OR 97124 | | | Incurred: 6/20/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Ultra Quiet Floors<br>403 N Main St<br>Newberg, OR 97132 | | | Consideration: Trade debt; subcontractor | | | | 34,200 |
| ACCOUNT NO.<br><br>Urey, Doug & Laureen<br>760 SE Bayshore Cir<br>Corvallis, OR 97333 | | | Incurred: 11/16/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Valley Landfills Inc<br>POB 70241<br>Los Angeles, CA 90074-0241 | | | Consideration: Trade debt; subcontractor | | | | 142 |
| ACCOUNT NO.<br><br>Van De Wetering, Charles & Barbara<br>4629 SW Orchid Cir<br>Corvallis, OR 97333 | | | Incurred: 10/3/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. 120 of 131 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          34,342

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation_____,       Case No. __08-32798-tmb11_____
              **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Van Dyke's Signmakers <br> 33885 Hwy 99E <br> Tangent, OR 97389 | | | Consideration: Trade debt <br> New creditor added | | | | 41 |
| ACCOUNT NO. <br><br> Vance International Inc <br> 511 Center St <br> Oregon City, OR 97045 | | | Consideration: Trade debt; subcontractor | | | | 10,600 |
| ACCOUNT NO. <br><br> Vance, Lauren <br> 3234 SE Shoreline Dr <br> Corvallis, OR 97333 | | | Incurred: 8/2/07 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br><br> Vanderpool, Mary Jane <br> 6273 NE Carillion Dr #103 Bldg 7 <br> Hillsboro, OR 97124 | | | Incurred: 1/23/08 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br><br> Vanlom, Richard & Dorma <br> 3588 SE Midvale Dr <br> Corvallis, OR 97333 | | | Incurred: 3/28/08 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |

Sheet no. __121__ of __131__ continuation sheets attached                     Subtotal ➤ | $ | 10,641
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                          Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation_____,    Case No. ___08-32798-tmb11_____
             **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Verizon Northwest<br>POB 9688<br>Mission Hills, CA  91346-9688 | | | Consideration: Trade debt | | | | 940 |
| ACCOUNT NO.<br><br>Verizon Wireless<br>POB 9622<br>Mission Hills, CA  91346-9622 | | | Consideration: Trade debt | | | | 311 |
| ACCOUNT NO.<br><br>Victoria Gardens Owners Assoc<br>c/o The Management Group<br>15350 SW Sequoia Pkwy #200<br>Portland, OR  97224 | | | Consideration: Precautionary creditor<br>Notice only provided | | | | Notice Only |
| ACCOUNT NO.<br><br>Villages at Orenco Station Master Assoc<br>c/o The Management Group<br>15350 SW Sequoia Pkwy #200<br>Portland, OR  97224 | | | Consideration: Precautionary creditor<br>Notice only provided | | | | Notice Only |
| ACCOUNT NO.<br><br>Vinyl Doctor<br>8235 NE Beech<br>Portland, OR  97220 | | | Consideration: Trade debt; subcontractor | | | | 1,155 |

Sheet no. _122_ of _131_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 2,406

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation              ,          Case No.  08-32798-tmb11
       **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Vo, Huy<br>13297 SW Timara Ln<br>King City, OR 97224 | | | Incurred: 4/16/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Vonderaye, Tanya<br>7890 SW Gentle Woods Dr<br>Tigard, OR 97224 | | | Consideration: Trade debt; overhead expense<br>New creditor added | | | | 3,253 |
| ACCOUNT NO.<br>Vortex Industries<br>7713 SW Nimbus Ave<br>Beaverton, OR 97124 | | | Consideration: Trade debt; subcontractor<br>New creditor added | | | | 545 |
| ACCOUNT NO.<br>Voss Framing Inc<br>6803 SE Johnson Creek Blvd<br>Portland, OR 97206-9457 | | | Consideration: Trade debt; subcontractor | | | | 61,208 |
| ACCOUNT NO.<br>WA Dept of Transportation<br>POB 1709<br>Vancouver, WA 98668-1709 | | | Consideration: Trade debt; overhead expense | | | | 529 |

Sheet no. 123 of 131 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 65,535

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Matrix Development Corporation _____ ,          Case No. ___08-32798-tmb11_____
                              **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Wallace, Sarah<br>199 NE Ironcreek Terr<br>Hillsboro, OR  97124 | | | Incurred: 10/12/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Walnut Creek Owners Assoc<br>c/o The Management Group<br>15350 SW Sequoia Pkwy #200<br>Portland, OR  97224 | | | Consideration: Precautionary creditor<br>Notice only provided | | | | Notice Only |
| ACCOUNT NO.<br><br>Walters, Scott<br>724 NE 73rd Ave<br>Hillsboro, OR  97124 | | | Incurred: 8/16/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Ward, Leonard & Carol<br>616 NE 73rd Ave<br>Hillsboro, OR  97124 | | | Incurred: 2/29/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Ward, Peter & Nicki<br>6010 NE Whitewod Dr<br>Hillsboro, OR 97124 | | | Incurred: 12/21/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. __124__ of __131__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $             0

Total ► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717  - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Matrix Development Corporation</u>,
**Debtor**

Case No. <u>08-32798-tmb11</u>
**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Washington County Sheriff's Office<br>Alarm Permit Unit<br>215 SW Adams Ave MS #32<br>Hillsboro, OR  97123-3874 | | | Consideration: Trade debt; overhead expense<br>New creditor added | | | | 34 |
| ACCOUNT NO.<br><br>Water Environmental Svcs<br>9101 SE Sunnybrook Blvd #441<br>Clackamas, OR  97015 | | | Consideration: Trade debt<br>New creditor added | | | | 560 |
| ACCOUNT NO.<br><br>Watkins, Al & Jean<br>3109 Winkel Wy<br>West Linn, OR  97068 | | | Incurred: 4/8/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Webb, Chris & Carla<br>3189 SE Everglade St<br>Corvallis, OR  97333 | | | Incurred: 8/21/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Weber, Leonard & Barbara<br>4555 SW Hollycock Cir<br>Corvallis, OR  97333 | | | Incurred: 9/26/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. <u>125</u> of <u>131</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 594

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Matrix Development Corporation                      ,          Case No.   08-32798-tmb11
_____                              _____
                    **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Weintraub, Claudia<br>744 SE Bayshore Cir<br>Corvallis, OR 97333 | | | Incurred: 2/15/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Welder, Chris<br>10200 SW Whitebark Ln<br>Tualatin, OR 97062 | | | Incurred: 6/19/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>Wenner, Sherma<br>10822 SW Barber St<br>Wilsonville, OR 97070 | | | Incurred: 4/10/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br><br>West Coast Bank<br>Attn Mark Paesler<br>5000 Meadows Rd #220<br>Lake Oswego, OR 97035 | X | | Consideration: Guaranty<br>New creditor added; debtor guaranteed debt of Double "O" Real Estate Holdings, LLC | X | | | 821,479 |
| ACCOUNT NO.<br><br>West Coast Tub Repair Inc<br>2480 Front Street NE<br>Salem, OR 97301 | | | Consideration: Trade debt; subcontractor | | | | 3,255 |

Sheet no. 126 of 131 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    824,734

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Matrix Development Corporation                    ,          Case No.   08-32798-tmb11
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>West, Joseph W Esq<br>300 Pioneer Tower<br>888 SW Fifth Ave<br>Portland, OR  97204-2089 | | | Incurred: 5/21/04<br>Consideration: Precautionary creditor<br>Notice only provided re real property<br>purchase agreement (Bischof/Lund) | | | | Notice Only |
| ACCOUNT NO.<br><br>Western Planning Assoc Inc<br>4621 SW Kelly Ave<br>Portland, OR  97239-4219 | | | Consideration: Trade debt; overhead expense | | | | 2,312 |
| ACCOUNT NO.<br><br>Westside Drywall Inc<br>POB 99<br>Hubbard, OR  97032 | | | Consideration: Trade debt; subcontractor | | | | 25,876 |
| ACCOUNT NO.<br><br>Westside Underground Inc<br>30585 NW Evergreen Rd<br>Hillsboro, OR  97124 | | | Consideration: Trade debt; subcontractor | | | | 10,229 |
| ACCOUNT NO.<br><br>Whirlpool Corp<br>POB 915029<br>Dallas, TX  75391-5029 | | | Consideration: Trade debt; supplier | | | | 76,347 |

Sheet no. 127 of 131 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  114,764

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Matrix Development Corporation_____,    Case No. ___08-32798-tmb11_____
           **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>White, Buz<br>1910 SW Stephenson St<br>Portland, OR 97219 | | | Consideration: Trade debt | | | | 97 |
| ACCOUNT NO.<br>White, Christopher & Lesley<br>648 NE 73rd Ave<br>Hillsboro, OR 97124 | | | Incurred: 11/29/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Wick, Ryan & Evelyn<br>6279 NE Carillion Dr #102 Bldg 6<br>Hillsboro, OR 97124 | | | Incurred: 12/3/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Widerburg, Arne<br>655 NE 73rd Ave<br>Hillsboro, OR 97124 | | | Incurred: 4/25/08<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Willamette Landing HOA<br>c/o The Management Group<br>POB 502611<br>San Diego, CA 92150-2611 | | | Consideration: Trade debt; overhead expense | | | | 300 |

Sheet no. _128_ of _131_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 397

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Matrix Development Corporation</u> ,
        **Debtor**

Case No. <u>08-32798-tmb11</u>
              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Willamette Landing Owners Assn c/o The Management Group 15350 SW Sequoia Pkwy #200 Portland, OR 97224 | | | Consideration: Precautionary creditor Notice only provided | | | | Notice Only |
| ACCOUNT NO. Willamette Print Co Inc 3461 NW Yeon Ave Portland, OR 97210 | | | Consideration: Trade debt | | | | 428 |
| ACCOUNT NO. Willamette Valley HBA POB 440 Tangent, OR 97389 | | | Consideration: Trade debt; overhead expense | | | | 300 |
| ACCOUNT NO. Willamette Valley Multiple 3421 25th St SE Salem, OR 97302-1122 | | | Consideration: Trade debt New creditor added | | | | 300 |
| ACCOUNT NO. Willamette Valley Planning 311 SW Jefferson Ave Corvallis, OR 97333 | | | Consideration: Trade debt; overhead expense | | | | 6,190 |

Sheet no. <u>129</u> of <u>131</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 7,218

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Matrix Development Corporation_____,    Case No. ___08-32798-tmb11_____
         **Debtor**    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Willamette Week <br> 2220 NW Quimby <br> Portland, OR 97210 | | | Consideration: Trade debt; advertising <br> New creditor added | | | | 1,100 |
| ACCOUNT NO. <br><br> Willis of Portland <br> One SW Columbia #500 <br> POB 8699 <br> Portland, OR 97207 | | | New creditor added; notice only provided; debtor's bonding agent | | | | Notice Only |
| ACCOUNT NO. <br><br> Wills, Scott & Kara <br> 13659 SE Taralon Dr <br> Happy Valley, OR 97086 | | | Incurred: 5/28/08 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO. <br><br> Win-R Creative Repair <br> 23603 NW 1st Ave <br> Ridgefield, WA 98642 | | | Consideration: Trade debt; subcontractor | | | | 1,352 |
| ACCOUNT NO. <br><br> Wironen, Marc <br> 1249 SE Rivergreen <br> Corvallis, OR 97333 | | | Incurred: 10/25/07 <br> Consideration: Precautionary creditor <br> One year warranty for home purchase | X | | | Notice Only |

Sheet no. _130_ of _131_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 2,452

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Matrix Development Corporation</u>,  Case No. <u>08-32798-tmb11</u>
          **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Wolcott Plumbing Inc<br>1075 W Historic Columbia River<br>Troutdale, OR 97060 | | | Consideration: Trade debt; subcontractor | | | | 104,461 |
| ACCOUNT NO.<br>Woloshin Communications Inc<br>3786 SW Lyle Ct<br>Portland, OR 97221 | | | Consideration: Trade debt<br>New creditor added | | | | 2,345 |
| ACCOUNT NO.<br>Woody, Ron & Shirley<br>10293 SW Whitebark Ln<br>Tualatin, OR 97062 | | | Incurred: 11/1/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |
| ACCOUNT NO.<br>Written in Stone Productions<br>6424 SE 122nd Ave<br>Portland, OR 97236 | | | Consideration: Trade debt; subcontractor | | | | 5,410 |
| ACCOUNT NO.<br>Zoubek, John<br>681 NE 73rd Ave<br>Hillsboro, OR 97124 | | | Incurred: 7/31/07<br>Consideration: Precautionary creditor<br>One year warranty for home purchase | X | | | Notice Only |

Sheet no. <u>131</u> of <u>131</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 112,216

Total ▶ $ 54,117,255

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re    Matrix Development Corporation                                    Case No.         08-32798-tmb11
_____                                    _____
            Debtor                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the
names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or
contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe,
guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GE Capital<br>1961 Hirst Dr<br>Moberty, MO  65270 | Konica 7255 Copier Lease dated 9/14/06;<br>48 months @ $370.00 p/mo. (Corvallis office) |
| Mobile Mini Inc<br>POB 79149<br>Phoenix, AZ  85062-9149 | Job Trailer Lease (Serial #AS40SYW0258)<br>dated 10/5/05; rental: 39 months @ $304.50<br>p/mo. (located on-site at Edgewater) |
| Mobile Mini Inc<br>POB 79149<br>Phoenix, AZ  85062-9149 | Job Trailer Lease (Serial #AS20RYW0046)<br>dated 2/23/05; rental: 39 months @ $209<br>p/mo. (located on-site at Maxfield) |
| Mobile Mini Inc<br>POB 79149<br>Phoenix, AZ  85062-9149 | Job Trailer Lease (Serial #AS20NYX0484)<br>dated 3/19/07; rental: 39 months @ $204 p/mo.<br>(located on-site at Walnut Creek) |
| Mobile Mini Inc<br>POB 79149<br>Phoenix, AZ  85062-9149 | Job Trailer Lease (Serial #AS40TYU0017)<br>dated 3/19/07; rental: 39 months @ $294.50<br>p/mo. (located on-site at Taralon) |
| Mobile Mini Inc<br>POB 79149<br>Phoenix, AZ  85062-9149 | Job Trailer Lease (Serial #AS40RYU0002)<br>dated 5/17/07; rental: 39 months @ $294.50<br>p/mo. (located on-site at Villebois) |
| Mobile Mini Inc<br>POB 79149<br>Phoenix, AZ  85062-9149 | Job Trailer Lease (Serial #AS40RYW0009)<br>dated 8/8/06; rental: 39 months @ $304.50<br>p/mo. (located on-site at Village at Orenco) |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc. - ver. 4.4.2-717 - 30755 - Adobe PDF

In re Matrix Development Corporation _____    Case No. 08-32798-tmb11 _____
                    **Debtor**                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| LAI Trust<br>3101 Smith St<br>POB 243<br>Houston, TX  77001 | Lease of 2005 Chevrolet Astro Cargo Van<br>VIN #1GCDM19X65B111708; lease dated<br>6/20/05; 60 months @ $352.11 p/mo. |
| LAI Trust<br>3101 Smith St<br>POB 243<br>Houston, TX  77001 | Lease of 2005 Chevrolet Astro Cargo Van<br>VIN #1GCDM19X05B115639; lease dated<br>6/20/05; 60 months @ $352.11 p/mo. |
| LAI Trust<br>3101 Smith St<br>POB 243<br>Houston, TX  77001 | Lease of 2005 Chevrolet Astro Cargo Van<br>VIN #1GCDM19X55B133411; lease dated<br>8/23/05; 60 months @ $330.21 p/mo. |
| LAI Trust<br>3101 Smith St<br>POB 243<br>Houston, TX  77001 | Lease of 2005 Chevrolet Astro Cargo Van<br>VIN #1GCDM19X55B133386; lease dated<br>8/23/05; 60 months @ $330.21 p/mo. |
| LAI Trust<br>3101 Smith St<br>POB 243<br>Houston, TX  77001 | Lease of 2005 Audi A4 Avant Quattro Wagon<br>VIN #WAUVT68E75A010104; lease dated<br>9/23/04; 61 months @ $609.05 p/mo. |
| LAI Trust<br>3101 Smith St<br>POB 243<br>Houston, TX  77001 | Lease of 2004 Honda Pilot 5DR 4WD<br>VIN #2HKYF18504H576526; lease dated<br>5/27/04; 61months @ $576.86 p/mo. |
| LAI Trust<br>3101 Smith St<br>POB 243<br>Houston, TX  77001 | Lease of 2008 Toyota Tacoma 4WD Truck<br>VIN #5TELU42N68Z502296; lease dated<br>11/20/07; 61 months @ $522.05 p/mo. |
| Lexus Financial Svcs<br>POB 8026<br>Cedar Rapids, IA  52408-8026 | Closed End Commercial Motor Vehicle Master<br>Lease Agreement re: 2008 Lexus RX 350 SUV 4x4<br>VIN #2T2HK31U58C065701; lease dated<br>7/2/07; 36 months @ $755.84 p/mo. |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc. - ver. 4.4.2-717 - 30755 - Adobe PDF

In re <u>Matrix Development Corporation</u>                          Case No. <u>08-32798-tmb11</u>
         **Debtor**                                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| American Honda Finance Corp<br>POB 5025<br>San Ramon, CA 94583 | Closed-End Vehicle Lease Agreement re:<br>2006 Honda Acura MDX SUV<br>VIN #2HNYD18896H538590; lease dated<br>5/13/06; 36 months @ $628.55 p/mo. |
| Mercedes Benz Financial<br>POB 9001680<br>Louisville, KY 40290-1680 | Motor Vehicle Lease Agreement re:<br>2006 Mercedes ML 350 SUV;<br>VIN #4JGBB86E76A102916; lease dated<br>6/30/06; 27 months @ $845.84 p/mo. |
| Triangle Terrace LLC<br>12600 SW 72nd #200<br>Tigard, OR 97223 | Renewal & Extension of Commercial Lease<br>Agreement re: 10,766 sq. ft. office space (Portland);<br>lease term: 11/1/04 to 10/31/09;<br>Monthly payments due: $17,209.35 |
| Maxfield, Eileen A<br>POB 370<br>Philomath, OR 97370 | Lease Extension Agreement re: office space<br>(Corvallis); 3 yr. lease term: 8/1/05 to 7/31/08;<br>Monthly payments due: $6,271.86 |
| Thompson's Blueprint<br>18220 SW Terry Ave<br>Lake Oswego, OR 97035 | Full Service Maintenance Service Agreement<br>Renewal; term: 7/27/07 - 7/26/08<br>OCE 7050, Serial #705001064 (machine<br>located in Corvallis office); premium: $585.00 |
| Thompson's Blueprint<br>18220 SW Terry Ave<br>Lake Oswego, OR 97035 | Full Service Maintenance Service Agreement<br>Renewal; term: 7/17/07 - 7/16/08<br>OCE 7055, Serial #705533932 (machine located<br>in Portland office); annual premium: $835.00 |
| Shurguard of Barbur Boulevard<br>8437 SW Barbur Blvd<br>Portland, OR 97219 | Self-Storage Lease #8319 dated 2/7/06<br>Unit #5149 (10 x 25); month-to-month<br>Rent: $389 p/mo. |
| Safeguard Mini Storage<br>10585 SW Greenburg Rd<br>Tigard, OR 97223 | Lease Agreement (storage) dated 4/14/05<br>Unit #D40 (16 x 20); month-to-month<br>Rent: $195 p/mo. |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., - ver. 4.4.2-717 - 30755 - Adobe PDF

In re  Matrix Development Corporation

Case No.  08-32798-tmb11

Debtor

(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Safeguard Mini Storage<br>10585 SW Greenburg Rd<br>Tigard, OR  97223 | Lease Agreement (storage) dated 12/23/05<br>Unit #F19; month-to-month<br>Rent: $300 p/mo. |
| Safeguard Mini Storage<br>10585 SW Greenburg Rd<br>Tigard, OR  97223 | Lease Agreement (storage) dated 4/14/05<br>Unit #E30 (8 x 10); month-to-month<br>Rent: $85 p/mo. |
| Pitney Bowes Global Financial<br>POB 856460<br>Louisville, KY  40285-6460 | Lease Agreement re: K700 Postage Meter<br>dated 1/10/07 (Corvallis office); term: 39 mos.<br>lease payments due quarterly of $128 p/qtr.<br>for 13 qtrs. |
| Pitney Bowes Global Financial<br>POB 856460<br>Louisville, KY  40285-6460 | Lease of Postage Machine (Portland office)<br>Lease term: 51 months beginning 7/20/05<br>Acct. # ending 8730; lease payments due<br>quarterly of $312 p/qtr. |
| Ricoh Americas Corp<br>POB 4245<br>Carol Stream, IL  60197-4245 | Annual Maintenance Contract (copier in<br>Portland office); Agreement # ending 1230;<br>Contract term: 5/1/08 to 4/30/09;<br>Annual premium due: $3,904.14 |
| Resource One Inc<br>2255 NE Cornell Rd<br>Hillsboro, OR  97124 | Resource IT Service Plan dated 2/1/07<br>Premium package month-to-month; $9,270 p/mo. |
| Great American Insurance<br>49 E Fourth St Ste 400<br>Cincinnati, OH  45202 | Builders Risk Policy<br>Policy No. ending 3901<br>Policy term: 5/24/08 - 5/24/09 |
| Liberty Northwest Ins corp<br>POB 5089<br>Portland, OR  97208 | Commercial Package Policy<br>Policy No. ending 0379<br>Policy term: 5/24/08 - 5/24/09 |

In re    Matrix Development Corporation
_____
                    **Debtor**

Case No.    08-32798-tmb11
_____
                (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| American Safety Indemnity<br>c/o Worldwide Facilities<br>601 Union St Ste 1630<br>Seattle, WA 98101 | Contractor Liability Policy<br>Policy No. ending 0801<br>Policy term: 5/24/08 - 5/24/09 |
| Knutson, Jacki<br>12617 NW Avignon Ln<br>Portland, OR 97229 | One year warranty for home purchase starting 6/15/07 |
| Karnik, Sooraj<br>4645 NW 125th Ave<br>Portland, OR 97229 | One year warranty for home purchase starting 6/22/07 |
| Andruss, Amanda<br>17323 SW Montague Wy<br>Portland, OR 97224 | One year warranty for home purchase starting 10/23/07 |
| Huynh, Anh<br>13531 SW King Lear Wy<br>Portland, OR 97224 | One year warranty for home purchase starting 2/29/08 |
| Reboja, Art & Jennifer<br>13450 SW Fischer Rd<br>Portland, OR 97224 | One year warranty for home purchase starting 7/2/07 |
| Jensen, Barbara<br>13509 SW King Lear Wy<br>Portland, OR 97224 | One year warranty for home purchase starting 10/10/07 |
| Cicero, Tony<br>13509 SW King Lear Wy<br>Portland, OR 97224 | One year warranty for home purchase starting 10/10/07 |

In re   Matrix Development Corporation
_____
                    **Debtor**

Case No.   08-32798-tmb11
_____
                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Harper, Marlin & Brandy<br>13487 SW King Lear Wy<br>Portland, OR  97224 | One year warranty for home purchase starting 10/9/07 |
| Stubenberg, David & Mary Ann<br>13472 SW Fischer Rd<br>Portland, OR  97224 | One year warranty for home purchase starting 5/9/08 |
| Angeles, David<br>13560 SW Fischer Rd<br>Portland, OR  97224 | One year warranty for home purchase starting 5/30/08 |
| Garcia, David<br>13553 SW King Lear Wy<br>Portland, OR  97224 | One year warranty for home purchase starting 3/20/08 |
| Bentos, Fennanda<br>13553 SW King Lear Wy<br>Portland, OR  97224 | One year warranty for home purchase starting 3/20/08 |
| Dietrich, Derald & Judy<br>17311 SW Montague Wy<br>Portland, OR  97224 | One year warranty for home purchase starting 8/24/07 |
| Cairy, Ellie<br>17439 SW Montague Wy<br>Portland, OR  97224 | One year warranty for home purchase starting 1/8/08 |
| Mathia, Eric & Kimberly<br>9072 SW Raritan Ct<br>Tualatin, OR  97062 | Earnest money agreement for home purchase (Edgewater 167) scheduled to close 6/11/08 |

In re <u>Matrix Development Corporation</u>                    Case No. <u>08-32798-tmb11</u>
         **Debtor**                                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Elsenbach, Erin & Sean<br>17243 SW Montague Wy<br>Portland, OR 97224 | One year warranty for home purchase starting 12/12/07 |
| Branderhorst, Everett & Deborah<br>13410 SW King Lear Wy<br>Portland, OR 97224 | One year warranty for home purchase starting 5/12/08 |
| Ashley, James<br>17267 SW Montague Wy<br>Portland, OR 97224 | One year warranty for home purchase starting 8/29/07 |
| Kim, Jarim<br>13516 SW Fischer Rd<br>Portland, OR 97224 | One year warranty for home purchase starting 2/22/08 |
| Rhee, Jehyul<br>13516 SW Fischer Rd<br>Portland, OR 97224 | One year warranty for home purchase starting 2/22/08 |
| Haggerty, Kelly & Jackie<br>13286 SW Shakespeare St<br>Portland, OR 97224 | One year warranty for home purchase starting 6/30/07 |
| Couto, Kimberly<br>17474 SW 135th Pl<br>King City, OR 97224 | One year warranty for home purchase starting 9/7/07 |
| Richards, Ahren<br>17474 SW 135th Pl<br>King City, OR 97224 | One year warranty for home purchase starting 9/7/07 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

In re  Matrix Development Corporation                          Case No.    08-32798-tmb11
_____                          _____
                    **Debtor**                                                          **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Liserani, Marlene<br>17211 SW Montague Wy<br>Portland, OR  97224 | One year warranty for home purchase starting 7/16/07 |
| Hoiland, Melvin & Judy<br>17259 SW Montague Wy<br>Portland, OR  97224 | One year warranty for home purchase starting 1/18/08 |
| Satterlee, Michael & Neeltje<br>17219 SW Montague Wy<br>Portland, OR  97224 | One year warranty for home purchase starting 8/31/07 |
| Myers, Paul & Maria<br>17227 SW Montague Wy<br>Portland, OR  97224 | One year warranty for home purchase starting 7/27/07 |
| Furino, Rick & Erin<br>17479 SW 135th Pl<br>Portland, OR  97224 | One year warranty for home purchase starting 9/27/07 |
| Jaster, Robin<br>17235 SW Montague Wy<br>Portland, OR  97224 | One year warranty for home purchase starting 9/5/07 |
| Nardozza, Ron & Olga<br>17251 SW Montague Wy<br>Portland, OR  97224 | One year warranty for home purchase starting 8/22/07 |
| Bundy, Ryan<br>17279 SW Montague Wy<br>Portland, OR  97224 | One year warranty for home purchase starting 6/19/07 |

In re Matrix Development Corporation
_____
**Debtor**

Case No. 08-32798-tmb11
_____
**(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Nguyen, Sang<br>17287 SW Montague Wy<br>Portland, OR  97224 | One year warranty for home purchase starting 10/30/07 |
| Barney, David<br>13294 SW Timara Ln<br>King City, OR  97224 | One year warranty for home purchase starting 12/19/07 |
| Reif, Lindsey<br>13294 SW Timara Ln<br>King City, OR  97224 | One year warranty for home purchase starting 12/19/07 |
| Loprinzi, David<br>13321 SW Timara Ln<br>King City, OR  97224 | One year warranty for home purchase starting 2/7/08 |
| Meyer, Harry & Linda<br>13175 SW Timara Ln<br>King City, OR  97224 | One year warranty for home purchase starting 12/6/07 |
| Vo, Huy<br>13297 SW Timara Ln<br>King City, OR  97224 | One year warranty for home purchase starting 4/16/08 |
| Do, Kim-Lien<br>13297 SW Timara Ln<br>King City, OR  97224 | One year warranty for home purchase starting 4/16/08 |
| Holland, Jason & Joy<br>13348 SW Timara Ln<br>King City, OR  97224 | One year warranty for home purchase starting 3/24/08 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

In re  Matrix Development Corporation
_____
                    **Debtor**

Case No.  08-32798-tmb11
_____
                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Lam, Jonathan & Lisa<br>13192 SW Timara Ln<br>King City, OR  97224 | One year warranty for home purchase starting 5/2/08 |
| Bogle, Mike & Rosemary<br>13281 SW Timara Ln<br>King City, OR  97224 | One year warranty for home purchase starting 3/14/08 |
| Huynh, Karie<br>13235 SW Timara Ln<br>King City, OR  97224 | One year warranty for home purchase starting 11/19/07 |
| Lee, Nam<br>13235 SW Timara Ln<br>King City, OR  97224 | One year warranty for home purchase starting 11/19/07 |
| Hall, Nancy<br>13276 SW Timara Ln<br>King City, OR  97224 | One year warranty for home purchase starting 2/29/08 |
| Rizer, Robert & Jessica<br>13152 SW Timara Ln<br>King City, OR  97224 | One year warranty for home purchase starting 5/2/08 |
| Hornbrook, Stephen<br>13260 SW Timara Ln<br>King City, OR  97224 | One year warranty for home purchase starting 3/24/08 |
| Coblyn, Erica<br>13260 SW Timara Ln<br>King City, OR  97224 | One year warranty for home purchase starting 3/24/08 |

In re  Matrix Development Corporation
_____
          **Debtor**

Case No.  08-32798-tmb11
_____
              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Watkins, Al & Jean<br>3109 Winkel Wy<br>West Linn, OR  97068 | One year warranty for home purchase starting 4/8/08 |
| Strifel, Gerard & Kathleen<br>3154 Winkel Wy<br>West Linn, OR  97068 | One year warranty for home purchase starting 1/11/08 |
| Moore, Michael & Stephanie<br>3133 Winkel Wy<br>West Linn, OR  97068 | One year warranty for home purchase starting 6/2/08 |
| Cox, Verne & Shirley<br>4512 Maxfield Dr<br>West Linn, OR  97068 | One year warranty for home purchase starting 4/24/08 |
| Kohler, Charles & Margaret<br>980 Troon St NW<br>Albany, OR  97321 | One year warranty for home purchase starting 3/10/08 |
| Arnold, David & Mary<br>994 Troon St NW<br>Albany, OR  97321 | One year warranty for home purchase starting 4/25/08 |
| Bassetti, Donald<br>888 Troon St NW<br>Albany, OR  97321 | One year warranty for home purchase starting 3/24/08 |
| Hausheer, Kurt & Erica<br>363 Benton Dr NW<br>Albany, OR  97321 | One year warranty for home purchase starting 11/13/07 |

In re Matrix Development Corporation

**Debtor**

Case No. 08-32798-tmb11

**(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Hendrix, Stephen & Beverly<br>896 Troon St NW<br>Albany, OR  97321 | One year warranty for home purchase starting 3/26/08 |
| Powell, Tom & Katherine<br>379 Benton Dr NW<br>Albany, OR  97321 | One year warranty for home purchase starting 10/16/07 |
| Tally, William<br>952 Troon St NW<br>Albany, OR  97321 | One year warranty for home purchase starting 2/29/08 |
| Green, Bill & Jan<br>656 NE 73rd Ave<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 8/23/07 |
| Baker, Brian & Victoria<br>7250 NE Stoneybrook St<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 12/28/07 |
| Richards, Brook<br>655 NE 73rd Ave<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 4/25/08 |
| Widerburg, Arne<br>655 NE 73rd Ave<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 4/25/08 |
| Coffman, Caleb<br>669 NE 73rd Ave<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 8/3/07 |

In re  Matrix Development Corporation
_____
            **Debtor**

Case No.  08-32798-tmb11
_____
              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Klingbeill, Chad & Skye<br>7266 NE Stoneybrook St<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 7/13/07 |
| White, Christopher & Lesley<br>648 NE 73rd Ave<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 11/29/07 |
| Friar, Denise<br>7308 NE Cherry Dr<br>Hillsboro, OR 97124-7331 | One year warranty for home purchase starting 8/1/07 |
| Sandri, Dominic<br>7270 NE Stoneybrook St<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 7/11/07 |
| Beaudry, Dwight<br>7218 NE Stoneybrook St<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 11/15/07 |
| Moats, Heather<br>7290 NE Stoneybrook St<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 7/24/07 |
| Martin, Helen<br>7282 NE Stoneybrook St<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 7/20/07 |
| Newton, James<br>7248 NE Stoneybrook St<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 7/6/07 |

In re Matrix Development Corporation

Debtor

Case No.  08-32798-tmb11

(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Gaines, Jennifer<br>661 NE 73rd Ave<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 8/7/07 |
| Zoubek, John<br>681 NE 73rd Ave<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 7/31/07 |
| Braverman, Kenneth & Tiffany<br>672 NE 73rd Ave<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 3/6/08 |
| Ward, Leonard & Carol<br>616 NE 73rd Ave<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 2/29/08 |
| Roth, Lori<br>7274 NE Stoneybrook St<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 5/12/08 |
| Baradar, Mariam<br>624 NE 73rd Ave<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 2/19/08 |
| Ulinger, Mark<br>7320 NE Cherry Dr<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 6/20/07 |
| Thomasson, Patrice<br>7286 NE Stoneybrook St<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 1/18/08 |

In re  Matrix Development Corporation                              Case No.   08-32798-tmb11
_____                                  _____
              **Debtor**                                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Krell, Phil & Renee<br>687 NE 73rd Ave<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 9/14/07 |
| Salzman, Ronald & Carol<br>7302 NE Cherry Dr<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 11/19/07 |
| Levy, Scott & Jane<br>7254 NE Stoneybrook St<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 6/27/07 |
| Adams, Scott & Kimberly<br>7258 NE Stoneybrook St<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 4/1/08 |
| Walters, Scott<br>724 NE 73rd Ave<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 8/16/07 |
| Tucker, Shirley<br>684 NE 73rd Ave<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 5/16/08 |
| McLaughlin, Stuart<br>7314 NE Cherry Dr<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 7/12/07 |
| Redrovan, Susana<br>633 NE 73rd Ave<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 9/18/07 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

In re  Matrix Development Corporation
_____
                Debtor

Case No.   08-32798-tmb11
_____
                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Olson, Travis<br>611 NE 73rd Ave<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 9/19/07 |
| Libby, Sharon<br>611 NE 73rd Ave<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 9/19/07 |
| Auble, Wayne & Lynda<br>7262 NE Stoneybrook St<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 2/29/08 |
| Olsen, Anthony & Sandra<br>4632 SW Birdsong Dr<br>Corvallis, OR  97333 | One year warranty for home purchase starting 10/24/07 |
| Cook, Barbara<br>5027 SW Hollyhock Cir<br>Corvallis, OR  97333 | One year warranty for home purchase starting 2/1/08 |
| Heathcote, Barrie & Laine<br>4563 SW Hollyhock Cir<br>Corvallis, OR  97333 | One year warranty for home purchase starting 8/17/07 |
| Van De Wetering, Charles & Barbara<br>4629 SW Orchid Cir<br>Corvallis, OR  97333 | One year warranty for home purchase starting 10/3/07 |
| Folts, Heather<br>4631 SW Orchid Cir<br>Corvallis, OR  97333 | One year warranty for home purchase starting 9/6/07 |

In re  Matrix Development Corporation

Case No.  08-32798-tmb11

**Debtor**

**(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Adams, Holyoke & Jean<br>4505 SW Hollycock Cir<br>Corvallis, OR  97333 | One year warranty for home purchase starting 12/18/07 |
| Oulton, John & Darlene<br>4521 SW Hollyhock Cir<br>Corvallis, OR  97333 | One year warranty for home purchase starting 8/29/07 |
| Weber, Leonard & Barbara<br>4555 SW Hollycock Cir<br>Corvallis, OR  97333 | One year warranty for home purchase starting 9/26/07 |
| Hardy, Marion<br>4591 SW Hollyhock Cir<br>Corvallis, OR  97333 | One year warranty for home purchase starting 3/7/08 |
| Duringer, Mary<br>4637 SW Orchid Cir<br>Corvallis, OR  97333 | One year warranty for home purchase starting 9/18/07 |
| Propst, Michael<br>4999 SW Hollyhock Cir<br>Corvallis, OR  97333 | One year warranty for home purchase starting 6/20/07 |
| Brower, Michael<br>5033 SW Hollyhock Cir<br>Corvallis, OR  97333 | One year warranty for home purchase starting 8/1/07 |
| Cook, Stewart & Ruth<br>1358 NW Souza Pl<br>Corvallis, OR  97330-2820 | Earnest money agreement for home purchase (Stoneybrook #52), scheduled to close 6/13/08 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

In re  Matrix Development Corporation _____    Case No. __08-32798-tmb11_____
                    **Debtor**                                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Bowlby, Vernon & Ruth<br>4615 SW Orchid Cir<br>Corvallis, OR  97333 | One year warranty for home purchase starting 11/8/07 |
| Bowlby, Vernon & Ruth<br>4618 SW Birdsong Dr<br>Corvallis, OR  97333 | One year warranty for home purchase starting 11/21/07 |
| Burgess, Doug & Tina<br>15643 SE Kestral Dr<br>Happy Valley, OR  97086 | One year warranty for home purchase starting 3/31/08 |
| Eng, Earnest<br>13667 SE Taralon Dr<br>Happy Valley, OR  97086 | One year warranty for home purchase starting 5/14/08 |
| McCallum, Patrick<br>15610 SE Kingbird Dr<br>Happy Valley, OR  97086 | One year warranty for home purchase starting 4/3/08 |
| Saopraseauth, Phonesavanh<br>13560 SE Taralon Dr<br>Happy Valley, OR  97086 | One year warranty for home purchase starting 2/6/08 |
| Lam, Hein<br>13560 SE Taralon Dr<br>Happy Valley, OR  97086 | One year warranty for home purchase starting 2/6/08 |
| Rutherford, James R<br>13713 SE Taralon Dr<br>Happy Valley, OR  97086 | One year warranty for home purchase starting 8/9/07 |

In re  Matrix Development Corporation _____  Case No.  08-32798-tmb11 _____

        **Debtor**                                                                     **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Wills, Scott & Kara<br>13659 SE Taralon Dr<br>Happy Valley, OR  97086 | One year warranty for home purchase starting 5/28/08 |
| Smith, Tanya<br>15614 SE Kingbird Dr<br>Happy Valley, OR  97086 | One year warranty for home purchase starting 4/11/08 |
| O'Neil, Aaron & Linda<br>6273 NE Carillion Dr #101 Bldg 7<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 3/18/08 |
| Odell, Arnold & Janet<br>6211 NE Carillion Dr #202 Bldg 4<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 4/4/08 |
| Ege, Canay<br>6219 NE Carillion Dr #101 Bldg 3<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 7/12/07 |
| Campbell, Christopher<br>6267 NE Carillion Dr #103 Bldg 8<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 11/30/07 |
| Chang, Chun-Hwei<br>6211 NE Carillion Dr #207 Bldg 4<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 7/12/07 |
| Haines, Derek<br>6279 NE Carillion Dr #101 Bldg 6<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 2/22/08 |

In re **Matrix Development Corporation**
_____
**Debtor**

Case No. 08-32798-tmb11
_____
**(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Peterson, Gary<br>6211 NE Carillion Dr #204 Bldg 4<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 3/26/08 |
| Oddson, Gregg & Tracy<br>6285 NE Carillion Dr #102 Bldg 5<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 1/29/08 |
| Gartland, Jacob<br>6219 NE Carillion Dr #202 Bldg 3<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 12/6/07 |
| Griffin, Ashley<br>6219 NE Carillion Dr #202 Bldg 3<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 12/6/07 |
| Miller, James & Vashti<br>6261 NE Carillion Dr #101 Bldg 13<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 7/5/07 |
| Hough, Jim<br>6231 NE Carillion Dr #202 Bldg 1<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 9/12/07 |
| Six, Johanna<br>6255 NE Carillion St #101 Bldg 12<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 7/3/07 |
| Orr, Laura<br>6255 NE Carillion St #101 Bldg 12<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 7/3/07 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

In re    Matrix Development Corporation

Case No.    08-32798-tmb11

_____
Debtor

_____
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Belding, Karen<br>6225 NE Carillion Dr #101 Bldg 2<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 8/10/07 |
| Johns, Margaret<br>6211 NE Carillion Dr #203 Bldg 4<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 11/5/07 |
| Krasner, Arlene<br>6279 NE Carillion Dr #104 Bldg 6<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 12/13/07 |
| Saunders, Mark<br>6279 NE Carillion Dr #104 Bldg 6<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 12/13/07 |
| Vanderpool, Mary Jane<br>6273 NE Carillion Dr #103 Bldg 7<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 1/23/08 |
| Ligocki, Matthew<br>6211 NE Carillion Dr #206 Bldg 4<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 5/21/08 |
| Chobu, Pavel<br>6211 NE Carillion Dr #205 Bldg 4<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 11/21/07 |
| Wick, Ryan & Evelyn<br>6279 NE Carillion Dr #102 Bldg 6<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 12/3/07 |

In re   **Matrix Development Corporation**      Case No.   **08-32798-tmb11**
          **Debtor**                                                **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Chan, Samuel<br>6255 NE Carillion Dr #201 Bldg 12<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 9/7/07 |
| D'Rovencourt, Serge<br>6285 NE Carillion St #101 Bldg 5<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 8/1/07 |
| Clarke, Andy & Stephanie<br>22961 SW Lodgepole Ave<br>Tualatin, OR 97062 | One year warranty for home purchase starting 9/14/07 |
| Khanna, Anil<br>10324 SW Helenius St<br>Tualatin, OR 97062 | One year warranty for home purchase starting 2/28/08 |
| Cain, Austin<br>22940 SW 104th Terr<br>Tualatin, OR 97062 | One year warranty for home purchase starting 5/30/08 |
| Towne, Bill & Kathy<br>22828 SW 104th Terr<br>Tualatin, OR 97062 | One year warranty for home purchase starting 4/18/08 |
| Brucker, Brad & Ann<br>10335 SW Helenius St<br>Tualatin, OR 97062 | One year warranty for home purchase starting 3/18/08 |
| Powell, Bradley & Kelli<br>10338 SW Whitebark Ln<br>Tualatin, OR 97062 | One year warranty for home purchase starting 3/12/08 |

In re  Matrix Development Corporation                          Case No.    08-32798-tmb11
_____                                        _____
           **Debtor**                                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Shipley, Calvert & Jennifer<br>22824 SW Lodgepole Ave<br>Tualatin, OR  97062 | One year warranty for home purchase starting 9/14/07 |
| Robertson, Carol & Barry<br>10356 SW Helenius St<br>Tualatin, OR  97062 | One year warranty for home purchase starting 4/30/08 |
| Welder, Chris<br>10200 SW Whitebark Ln<br>Tualatin, OR  97062 | One year warranty for home purchase starting 6/19/07 |
| Rahier, Darren<br>22996 SW Lodgepole Ave<br>Tualatin, OR  97062 | One year warranty for home purchase starting 8/28/07 |
| Jepsen, David & Ardie<br>22846 SW Lodgepole Ave<br>Tualatin, OR  97062 | One year warranty for home purchase starting 8/7/07 |
| Demert, David<br>22950 SW Lodgepole Ave<br>Tualatin, OR  97062 | One year warranty for home purchase starting 8/31/07 |
| Mannino, Gary &  Ashley<br>10296 SW Helenius St<br>Tualatin, OR  97062 | One year warranty for home purchase starting 8/7/07 |
| Hillis, Gary & Deborah<br>10316 SW Whitebark Ln<br>Tualatin, OR  97062 | One year warranty for home purchase starting 3/12/08 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717  -  30755 - Adobe PDF

In re  Matrix Development Corporation
_____
                    **Debtor**

Case No.    08-32798-tmb11
_____
                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Haynie, Greg & Cheryl<br>10278 SW Helenius St<br>Tualatin, OR  97062 | One year warranty for home purchase starting 5/22/08 |
| DeVan, Isaiah & Kara<br>22939 SW Lodgepole Ave<br>Tualatin, OR  97062 | One year warranty for home purchase starting 3/1/08 |
| Breum, Jason & Dawnelle<br>22982 SW Lodgepole Ave<br>Tualatin, OR  97062 | One year warranty for home purchase starting 12/13/07 |
| Greenspan, Jeffery & Kelie<br>10340 SW Helenius St<br>Tualatin, OR  97062 | One year warranty for home purchase starting 9/10/07 |
| Mathews, Jonathan & Rasheal<br>10309 SW Whitebark Ln<br>Tualatin, OR  97062 | One year warranty for home purchase starting 3/28/08 |
| Clarkson, Karen<br>23065 SW 104th Terr<br>Tualatin, OR  97062 | One year warranty for home purchase starting 7/27/07 |
| Mason, Karen<br>10271 SW Whitebark Ln<br>Tualatin, OR  97062 | One year warranty for home purchase starting 6/29/07 |
| Seibert, Robert & Minda<br>23007 SW 104th Terr<br>Tualatin, OR  97062 | One year warranty for home purchase starting 3/21/08 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

In re <u>Matrix Development Corporation</u>          Case No. <u>08-32798-tmb11</u>
          **Debtor**                      **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Woody, Ron & Shirley<br>10293 SW Whitebark Ln<br>Tualatin, OR 97062 | One year warranty for home purchase starting 11/1/07 |
| Garrett, Ryan & Kelly<br>23033 SW 104th Terr<br>Tualatin, OR 97062 | One year warranty for home purchase starting 3/28/08 |
| Evensen, Stuart<br>10325 SW Whitebark Ln<br>Tualatin, OR 97062 | One year warranty for home purchase starting 3/24/08 |
| Buchanan, Tom & Karen<br>10361 SW Whitebark Ln<br>Tualatin, OR 97062 | One year warranty for home purchase starting 11/28/07 |
| Sype, William & Catherine<br>22968 SW Lodgepole Ave<br>Tualatin, OR 97062 | One year warranty for home purchase starting 9/14/07 |
| Accad, Yigal & Margalit<br>22821 SW Lodgepole Ave<br>Tualatin, OR 97062 | One year warranty for home purchase starting 4/17/08 |
| Rennie, Amaia & Glen<br>6110 NE Ridgestone Ct<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 7/12/07 |
| Allen, Andrea<br>238 NE Ironcreek Pl<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 9/5/07 |

In re __Matrix Development Corporation__     Case No. __08-32798-tmb11__

        Debtor                            (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Chandrasekaran, Avinash<br>168 NE Ironcreek Terr<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 6/3/08 |
| McGlynn, Charles<br>6170 NE Woodview Dr<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 8/20/07 |
| Daroza, Edward<br>6412 NE Southbrook Ct<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 10/19/07 |
| Grimmer, Eric<br>6058 NE Whitewood Dr<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 4/18/08 |
| Aloisia, Apryle<br>6058 NE Whitewood Dr<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 4/18/08 |
| Aburiyash, Feras<br>213 NE Ironcreek Terr<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 10/24/07 |
| Stoll, Gordon & Diana<br>6042 NE Whitewood Dr<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 3/13/08 |
| An, Ho Jeong<br>6348 NE Whitewood Dr<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 10/1/07 |

In re   Matrix Development Corporation
_____
                    **Debtor**

Case No.   08-32798-tmb11
_____
                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Park, Mi Young<br>6348 NE Whitewood Dr<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 10/1/07 |
| Pavel, Iona<br>6172 NE Ridgestone Ct<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 6/26/07 |
| Anderson, Jayne<br>197 NE 61st Terr<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 9/7/07 |
| Ramasetty, Jithendra<br>177 NE Ironcreek Terr<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 11/28/07 |
| Rozell, John<br>6147 NE Ridgestone Ct<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 7/5/07 |
| Fraser, Sandra<br>6147 NE Ridgestone Ct<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 7/5/07 |
| Faircloth, Kirby & Takako<br>215 NE 61st Terr<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 7/13/07 |
| Beltz, Brent & Lisa<br>6190 NE Ridgestone Ct<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 6/12/07 |

In re  Matrix Development Corporation                              Case No.    08-32798-tmb11
_____                      _____
                        **Debtor**                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Rithaler, Luci<br>233 NE Ironcreek Pl<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 2/29/08 |
| Bacon, Maurice & Joy<br>6173 NE Ridgestone Ct<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 7/3/07 |
| McCarthy, Michael & Leah<br>205 NE Ironcreek Terr<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 10/12/07 |
| Ortega, Orlando<br>175 NW 61st Terr<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 8/10/07 |
| Garcia, Oscar & Mellisa<br>235 NE 61st Pl<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 8/17/07 |
| Forker, Paul<br>167 NE 61st Terr<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 8/10/07 |
| Pak, Paul<br>221 NE Ironcreek Terr<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 9/21/07 |
| Struthers, Megan<br>221 NE Ironcreek Terr<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 9/21/07 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

In re    Matrix Development Corporation
_____
                Debtor

Case No.    08-32798-tmb11
_____
                (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Ward, Peter & Nicki<br>6010 NE Whitewod Dr<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 12/21/07 |
| Jain, Puneet & Tanu<br>203 NE 61st Terr<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 5/30/08 |
| Ocheltree, Rachel<br>191 NE Ironcreek Terr<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 10/25/07 |
| Murdock, Rodney<br>198 NE Ironcreek Terr<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 3/3/08 |
| Schmidlin, Erin<br>198 NE Ironcreek Terr<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 3/3/08 |
| Saini, Sherry<br>6256 NE Woodview Dr<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 7/25/07 |
| Kalra, Ranbir<br>6256 NE Woodview Dr<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 7/25/07 |
| Akula, Sireeshs<br>6146 NE Ridgestone Ct<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 7/6/07 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

In re **Matrix Development Corporation** _____
**Debtor**

Case No. **08-32798-tmb11** _____
**(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Cheun, Somla<br>199 NE Ironcreek Terr<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 10/12/07 |
| Wallace, Sarah<br>199 NE Ironcreek Terr<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 10/12/07 |
| Banta, Stephen & Ellen<br>183 NE Ironcreek Terr<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 10/31/07 |
| Gude, Surya<br>6191 NE Ridgestone Ct<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 7/27/07 |
| Savage, Terri<br>246 NE Ironcreek Pl<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 8/28/07 |
| Ingram, Tony<br>189 NE 61st Terr<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 7/19/07 |
| Ralph, Tony<br>239 NE Ironcreek Pl<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 9/13/07 |
| Tran, Victor<br>182 NE Ironcreek Terr<br>Hillsboro, OR 97124 | One year warranty for home purchase starting 4/30/08 |

In re  Matrix Development Corporation
_____
                    Debtor

Case No.  08-32798-tmb11
_____
                  (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Sanjeepan, Vivekananthan & Sivagini<br>190 NE Ironcreek Terr<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 3/17/08 |
| Shemley, William & Evelyn<br>6026 NE Whitewood Dr<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 12/28/07 |
| Potter, William & Jane<br>247 NE Ironcreek Pl<br>Hillsboro, OR  97124 | One year warranty for home purchase starting 8/20/07 |
| Milliken, Bruce<br>10825 SW London Ln<br>Wilsonville, OR  97070 | One year warranty for home purchase starting 5/9/08 |
| Boardman, Cody & Andrea<br>10749 SW London Ln<br>Wilsonville, OR  97070 | One year warranty for home purchase starting 4/11/08 |
| Roth, Floyd & Esther<br>10722 SW Barber St<br>Wilsonville, OR  97070 | One year warranty for home purchase starting 4/25/08 |
| Shin, Hyoen Woo<br>10744 SW Barber St<br>Wilsonville, OR  97070 | One year warranty for home purchase starting 3/31/08 |
| Nunn, Jack & Laura<br>107569 SW London Ln<br>Wilsonville, OR  97070 | One year warranty for home purchase starting 5/15/08 |

In re __Matrix Development Corporation_____    Case No. __08-32798-tmb11___
       **Debtor**                                **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Pilmauna, Elaina<br>10766 SW Barber St<br>Wilsonville, OR 97070 | One year warranty for home purchase starting 3/21/08 |
| Cooper, Paul<br>10766 SW Barber St<br>Wilsonville, OR 97070 | One year warranty for home purchase starting 3/21/08 |
| Garg, Sandeep & Swati<br>10765 SW London Ln<br>Wilsonville, OR 97070 | One year warranty for home purchase starting 3/31/08 |
| Wenner, Sherma<br>10822 SW Barber St<br>Wilsonville, OR 97070 | One year warranty for home purchase starting 4/10/08 |
| Connell, Trevor & Ashleigh<br>10788 SW Barber St<br>Wilsonville, OR 97070 | One year warranty for home purchase starting 5/23/08 |
| Rock, Aaron & Jennifer<br>3571 SE Outrigger Pl<br>Corvallis, OR 97333 | One year warranty for home purchase starting 11/21/07 |
| Adhikari, Prasad & Charu<br>3288 SE Maritime St<br>Corvallis, OR 97333 | One year warranty for home purchase starting 8/13/07 |
| Ray, Allen & Kimberly<br>3249 SE Shoreline Dr<br>Corvallis, OR 97333 | One year warranty for home purchase starting 6/15/07 |

In re    Matrix Development Corporation
_____
              **Debtor**

Case No.    08-32798-tmb11
          _____
                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Mc Minds, Barbra<br>3273 SE Shoreline Dr<br>Corvallis, OR  97333 | One year warranty for home purchase starting 7/23/07 |
| McCoy, Bonny<br>3577 SE Outrigger Pl<br>Corvallis, OR  97333 | One year warranty for home purchase starting 11/27/07 |
| Jones, Sean<br>3577 SE Outrigger Pl<br>Corvallis, OR  97333 | One year warranty for home purchase starting 11/27/07 |
| Tomlinson, Charles & Maria<br>3500 SE Shoreline Dr<br>Corvallis, OR  97333 | One year warranty for home purchase starting 4/18/08 |
| Meyers, Charles<br>3133 SE Everglade St<br>Corvallis, OR  97333 | One year warranty for home purchase starting 11/30/07 |
| Webb, Chris & Carla<br>3189 SE Everglade St<br>Corvallis, OR  97333 | One year warranty for home purchase starting 8/21/07 |
| Davis, Christi<br>3276 SE Maritime St<br>Corvallis, OR  97333 | One year warranty for home purchase starting 6/22/07 |
| Weintraub, Claudia<br>744 SE Bayshore Cir<br>Corvallis, OR  97333 | One year warranty for home purchase starting 2/15/08 |

In re  Matrix Development Corporation
**Debtor**

Case No.  08-32798-tmb11
**(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Davis, Danny & Carol<br>3266 SE Shoreline Dr<br>Corvallis, OR 97333 | One year warranty for home purchase starting 4/17/08 |
| Urey, Doug & Laureen<br>760 SE Bayshore Cir<br>Corvallis, OR 97333 | One year warranty for home purchase starting 11/16/07 |
| Kikuta, Elton<br>1214 SE Schooner Ave<br>Corvallis, OR 97333 | One year warranty for home purchase starting 9/14/07 |
| Le Clair, Teresa<br>1214 SE Schooner Ave<br>Corvallis, OR 97333 | One year warranty for home purchase starting 9/14/07 |
| Jantzer, Gary<br>1206 SE Schooner Ave<br>Corvallis, OR 97333 | One year warranty for home purchase starting 9/17/07 |
| Hall, Cliff & Gay Hall<br>3289 SE Shoreline Dr<br>Corvallis, OR 97333 | One year warranty for home purchase starting 4/2/08 |
| Hoogendam, Ian<br>3157 SE Everglade St<br>Corvallis, OR 97333 | One year warranty for home purchase starting 11/2/07 |
| Larson, Jeff & Andrea<br>698 SE Bayshore Cir<br>Corvallis, OR 97333 | One year warranty for home purchase starting 3/10/08 |

In re  Matrix Development Corporation

**Debtor**

Case No.  08-32798-tmb11

**(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Albrecht, Jennifer<br>3576 SE Midvale Dr<br>Corvallis, OR  97333 | One year warranty for home purchase starting 1/4/08 |
| Somppi, Jim<br>3233 SE Shoreline Dr<br>Corvallis, OR  97333 | One year warranty for home purchase starting 6/12/07 |
| Navarro, John & Karen<br>1180 Se Rivergreen Ave<br>Corvallis, OR  97333 | One year warranty for home purchase starting 3/24/08 |
| Lawrence, Ken & Adriane<br>3125 SE Everglade St<br>Corvallis, OR  97333 | One year warranty for home purchase starting 3/7/08 |
| Mullins, Larry & Barbara<br>1110 SE Rivergreen Ave<br>Corvallis, OR  97333 | One year warranty for home purchase starting 8/23/07 |
| Vance, Lauren<br>3234 SE Shoreline Dr<br>Corvallis, OR  97333 | One year warranty for home purchase starting 8/2/07 |
| Riddell, Linda<br>3281 SE Shoreline Dr<br>Corvallis, OR  97333 | One year warranty for home purchase starting 9/27/07 |
| Lin, Maggie May-Chin<br>752 SE Bayshore Cir<br>Corvallis, OR  97333 | One year warranty for home purchase starting 1/20/08 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

In re    Matrix Development Corporation                    Case No.    08-32798-tmb11
_____                          _____
              **Debtor**                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Wironen, Marc<br>1249 SE Rivergreen<br>Corvallis, OR  97333 | One year warranty for home purchase starting 10/25/07 |
| Needham, Mark & Holly<br>3284 SE Maritime St<br>Corvallis, OR  97333 | One year warranty for home purchase starting 6/13/07 |
| Power, Max & Marjorie<br>784 SE Bayshore Cir<br>Corvallis, OR  97333 | One year warranty for home purchase starting 11/6/07 |
| Bridwell, Nelson<br>3574 SE Outrigger Pl<br>Corvallis, OR  97333 | One year warranty for home purchase starting 4/25/08 |
| Newby, Nick<br>837 SE Bayshore Cir<br>Corvallis, OR  97333 | One year warranty for home purchase starting 6/29/07 |
| Sukkau, Nick<br>3450 SE Shoreline Dr<br>Corvallis, OR  97333 | One year warranty for home purchase starting 6/29/07 |
| Ortiz, Nico & Aileen<br>3292 SE Maritime St<br>Corvallis, OR  97333 | One year warranty for home purchase starting 8/8/07 |
| Eschbach, Peter<br>3280 SE Maritime St<br>Corvallis, OR  97333 | One year warranty for home purchase starting 6/29/07 |

In re **Matrix Development Corporation**

Case No. **08-32798-tmb11**

**Debtor**

(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Vanlom, Richard & Dorma<br>3588 SE Midvale Dr<br>Corvallis, OR 97333 | One year warranty for home purchase starting 3/28/08 |
| Davis, Ron<br>3508 SE Shoreline Dr<br>Corvallis, OR 97333 | One year warranty for home purchase starting 7/3/07 |
| Jensen, Sarah<br>3579 SE Outrigger Pl<br>Corvallis, OR 97333 | One year warranty for home purchase starting 12/20/07 |
| Sum, Tak<br>778 SE Bayshore Cir<br>Corvallis, OR 97333 | One year warranty for home purchase starting 10/19/07 |
| Ho, Shi Qiong<br>778 SE Bayshore Cir<br>Corvallis, OR 97333 | One year warranty for home purchase starting 10/19/07 |
| Hawkins, Tom & Carol Davis<br>3297 SE Shoreline Dr<br>Corvallis, OR 97333 | One year warranty for home purchase starting 4/29/08 |
| Marshall, Wayne<br>3272 SE Maritime St<br>Corvallis, OR 97333 | One year warranty for home purchase starting 7/20/07 |
| Orlando, John R Trustee<br>Gurine Ellen Norby Irrevo Trust II<br>12735 NW Skyline Blvd<br>Portland, OR 97231 | Purchase and Sale Agreement re purchase of 6.10 acres & .27 acres of real property in Portland, OR; purchase price of $400,000 per net buildable acre of land; closing to occur no later than 10/1/08 |

In re Matrix Development Corporation
_____
Debtor

Case No. 08-32798-tmb11
_____
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Equity Trust Co, Custodian FBO Constance R Orlando IRA c/o 12735 NW Skyline Blvd Portland, OR 97231 | Purchase and Sale Agreement re purchase of 3.01 acres of real property in Portland, OR; purchase price of $400,000 per net buildable acre of land; closing to occur no later than 10/1/08 |
| Fasano, Louis J & Margaret P & the DeArmond Family LLC 2455 SW Gregory Dr West Linn, OR 97068-9608 | Purchase Agreement and Escrow Instructions dated 9/23/02 re purchase of 43.57 acres of land located in Wilsonville, OR; purchase price of $210,000 per acre of Developable land & $105,000 per acre of Usable Unbuildable land |
| Bischof, Donald E 16300 SW 192nd Ave Sherwood, OR 97140 | Real Estate Option and Purchase and Sale Agreement dated 5/21/04 re purchase of 52 acres of real property located in Clackamas County, Oregon; purchase price of $210,000 per acre of Developable land & $105,000 per acre of Unbuildable land |
| Lund, Sharon L 11650 SW Tooze Rd Wilsonville, OR 97070 | Real Estate Option and Purchase and Sale Agreement dated 5/21/04 re purchase of 52 acres of real property located in Clackamas County, Oregon; purchase price of $210,000 per acre of Developable land & $105,000 per acre of Unbuildable land |
| McElroy, Richard P & Susan S 18125 NW Springville Rd Portland, OR 97229 | Purchase and Sale Agreement and Receipt of Earnest Money dated 8/26/03 re purchase of 1.17 acres real property located in Washington County, OR (known as 18125 SW Springville Rd); purchase price of $300,000 per net buildable acre of land |
| McPherson, Michael & Carol 18225 NW Springville Rd Portland, OR 97229 | Purchase and Sale Agreement and Receipt of Earnest Money dated 9/28/03 re purchase of 4.25 acres located in Washington County, OR; purchase price of $300,000 per net buildable acre of land |
| Austin, Helen Marion Dawn Quirarte 18185 NW Springville Rd Portland, OR 97229 | Purchase and Sale Agreement and Receipt of Earnest Money dated 8/26/03 re purchase of 1.05 acres located in Washington County for purchase price of $300,000 per net buildable acre of land |
| Dickson Family Properties LLC Attn Kenneth Dickson 11195 NE Hwy 240 Yamhill, OR 97148-8513 | Option Agreement dated 11/4/06 re purchase of 29.77 acres of real property in Washington County, OR for purchase price of $12,500,000; option terms: 5 yrs. |

In re Matrix Development Corporation                              Case No.  08-32798-tmb11
_____                                   _____
                  **Debtor**                                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Bishop, Boyd M & Mary C<br>2532 Ranchero Rd<br>Glendale, OR  97442 | Option Agreement dated 11/4/06 re purchase of 29.77 acres of real property in Washington County, OR for purchase price of $12,500,000; option terms: 5 yrs. |
| Pitman, WG & Dolores C, Trustees<br>Pitman Living Trust<br>1430 NW 228th Ave<br>Hillsboro, OR  97124 | Restated Purchase and Sale Agreement dated 9/4/07 for purchase of 5.13 acres of real property in Washington County, Oregon for purchase price of $4,472,000; closing date to occur no later than 8/1/08 |
| Nelson, Michael & Dawn<br>12401 NW Thompson Rd<br>Portland, OR  97229 | Purchase and Sale Agreement and Receipt of Earnest Money re purchase of 7.84 acres of real property in Portland, OR for purchase price of $400,000 per net buildable acre of land |
| Verizon Wireless<br>POB 9622<br>Mission Hills, CA  91346-9622 | Cellular telephone service - General Office<br>Acct. No. ending 3230-00001 |
| Verizon Wireless<br>POB 9622<br>Mission Hills, CA  91346-9622 | Cellular telephone service<br>Acct. No. ending 1206-00001 |
| Verizon Wireless<br>POB 9622<br>Mission Hills, CA  91346-9622 | Cellular telephone service<br>Acct. No. ending 1809-00001 |
| Verizon Northwest<br>POB 9688<br>Mission Hills, CA  91346-9688 | Alarm Service - Edgewater Model - Lot 146<br>Acct. No. ending 1707 |
| Verizon Northwest<br>POB 9688<br>Mission Hills, CA  91346-9688 | Alarm Service - Edgewater Model - Lot 147<br>Acct. No. ending 1010 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

In re  Matrix Development Corporation
_____
                   Debtor

Case No.  08-32798-tmb11
                    _____
                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Verizon Northwest<br>POB 9688<br>Mission Hills, CA  91346-9688 | Long distance telephone service<br>Edgewater construction trailer<br>Acct. No. ending 0309 |
| Verizon Northwest<br>POB 9688<br>Mission Hills, CA  91346-9688 | Long distance telephone service<br>Edgewater sales office<br>Acct. No. ending 6106 |
| Verizon Northwest<br>POB 9688<br>Mission Hills, CA  91346-9688 | Long distance telephone service<br>Victoria Gardens job trailer<br>Acct. No. ending 0210 |
| Integra Telcom<br>POB 3034<br>Portland, OR  97208-3034 | Telephone service (16 lines) Portland Office<br>Acct. #1976 |
| Integra Telcom<br>POB 34802<br>Seattle, WA  98124-1802 | Internet services (Corvallis office)<br>Acct. No. ending 8227 |
| Comcast - Internet<br>POB 34744<br>Seattle, WA  98124-1744 | Internet and Telephone Service<br>Sales & job trailers at various project sites<br>Acct. No. ending 0089 |
| Nextel<br>POB 4181<br>Carol Stream, IL  60197-4181 | Radio & Blackberry telephone services<br>(for Field Managers)<br>Acct. No. ending 1313 |
| Accuracy Plus Inc<br>921 SW Washington #750<br>Portland, OR  97205 | Telephone answering services (Portland field)<br>Acct. #0543 |

In re Matrix Development Corporation

_____
Debtor

Case No.    08-32798-tmb11
_____
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Qwest<br>POB 91155<br>Seattle, WA  98111-9255 | Telephone services (Sales office)<br>Willamette Landing<br>Acct. No. ending 0558 027B |
| Qwest<br>POB 91155<br>Seattle, WA  98111-9255 | Telephone services (sales office)<br>Stoneybrook<br>Account No. ending 9692 546B |
| T-Mobile<br>POB 790047<br>St Louis, MO  63179-0047 | Cellular telephone service<br>Acct. No. ending 8605 |
| O'Shea, Gregory<br>7930 SW 69th Ave<br>Portland, OR  97223 | Earnest money agreement for home purchase (Edgewater 171), scheduled to close 6/19/08 |
| Holten, Nadine<br>15486 SW Fountainwood Pl<br>Tigard, OR  97224 | Earnest money agreement for home purchase (Edgewater East 1), scheduled to close 9/15/08 |
| Parker, Ethan & Jaime<br>10548 SW Kent St<br>Tigard, OR  97224-4327 | Earnest money agreement for home purchase (Edgewater East 6), scheduled to close 10/15/08 |
| Price, Marcus & Angel Foss<br>12555 SW Night Heron Ln #102<br>Beaverton, OR  97007 | Earnest money agreement for home purchase (Edgewater East 23), scheduled to close 6/13/08 |
| Meisel, Shane & Amy Stanton<br>1125 NW 9th Ave #430<br>Portland, OR  97209 | Earnest money agreement for home purchase (Maxfield 9), scheduled to close 12/21/08 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

In re <u>Matrix Development Corporation</u>                                    Case No. <u>08-32798-tmb11</u>
<div style="text-align:center"><b>Debtor</b></div>                                                                    <b>(if known)</b>

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Henningsgard, Amy Burnell<br>1913 Cheryl Ct<br>Lake Oswego, OR  97034-7595 | Earnest money agreement for home purchase (Maxfield 4), scheduled to close 2/6/09 |
| Paven, William & Jacqueline<br>107 Lockharts Ln<br>Coatesville, PA  19320 | Earnest money agreement for home purchase (Maxfield 20), scheduled to close 10/31/08 |
| Varadhan, Aish<br>925 NW Hoyt #221<br>Portland, OR  97209 | Earnest money agreement for home purchase (The Q 10), scheduled to close 6/20/08 |
| Ridd, Ryan K<br>10873 SW Nutcracker Ct<br>Beaverton, OR  97007-8450 | Earnest money agreement for home purchase (The Q 11), scheduled to close 6/11/08 |
| Halverson, Lee & Debby Farmer<br>815 NW Naito Pkwy #502<br>Portland, OR  97209 | Earnest money agreement for home purchase (The Q 13), scheduled to close 6/11/08 |
| GLC Investments<br>3901 N Schreiber Wy<br>Coeur d'Alene, ID  83814 | Earnest money agreement for home purchase (The Q 30), scheduled to close 8/4/08 |
| McGee, Charles B Jr<br>3637 SW 24th Terr<br>Gresham, OR  97080 | Earnest money agreement for home purchase (Taralon 61), scheduled to close 8/16/08 |
| Hunter, William & Linda<br>8557 SE Bristol Park Dr<br>Happy Valley, OR  97086 | Earnest money agreement for home purchase (Taralon 64), scheduled to close 9/4/08 |

In re __Matrix Development Corporation__      Case No. __08-32798-tmb11__
           **Debtor**                                               **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Allen, Charles & Jennifer<br>13295 SW Whistling Wy<br>Beaverton, OR 97008 | Earnest money agreement for home purchase (Victoria Gardens 16), scheduled to close 7/6/08 |
| Gordon, Robert & Denise<br>13037 SW Ascension Dr<br>Tigard, OR 97223 | Earnest money agreement for home purchase (Victoria Gardens 26), scheduled to close 11/30/08 |
| Bayley, Matt & Courtney<br>15130 SW Millikan Wy #913<br>Beaverton, OR 97006 | Earnest money agreement for home purchase (Villebois 24), scheduled to close 7/15/08 |
| Givens, Nathan & Lori<br>27118 SW Wood Ave<br>Wilsonville, OR 97070 | Earnest money agreement for home purchase (Villebois 46), scheduled to close 6/25/08 |
| Appel, Eric & Aja<br>2944 NW Moda Wy #713<br>Hillsboro, OR 97124 | Earnest money agreement for home purchase (Village @ Orenco 121), scheduled to close 6/12/08 |
| Bell, Jerry & Tracy<br>1184 NW Weybridge Wy<br>Beaverton, OR 97006 | Earnest money agreement for home purchase (Village @ Orenco 160), scheduled to close 7/08 |
| Hoan, Tan & Thanh Thi Thu Ngo<br>1184 SW 213th Ave<br>Aloha, OR 97006 | Earnest money agreement for home purchase (Village @ Orenco 142), scheduled to close 6/27/08 |
| Maffie, Zack & Carey Baudino<br>44 Eagle Crest Dr #31<br>Lake Oswego, OR 97035 | Earnest money agreement for home purchase (Walnut Creek 12), scheduled to close 11/1/08 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

In re <u>Matrix Development Corporation</u>                Case No. <u>08-32798-tmb11</u>
         **Debtor**                                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Weiss, Daniel<br>14445 SW Sexton Mtn #B<br>Beaverton, OR 97008 | Earnest money agreement for home purchase (Walnut Creek 16), scheduled to close 11/15/08 |
| Perry, Brad<br>13141 SW Brianne Wy<br>Tigard, OR 97223 | Earnest money agreement for home purchase (Walnut Creek 18), scheduled to close 10/1/08 |
| Waldo, Lindsay & Jared Perkins<br>18290 SW Florendo Ln<br>Beaverton, OR 97007 | Earnest money agreement for home purchase (Walnut Creek 19), scheduled to close 10/15/08 |
| Majors, Michael & Jerusha<br>1120 SE 11th Ave<br>Hillsboro, OR 97123 | Earnest money agreement for home purchase (Walnut Creek 45), scheduled to close 10/15/08 (transaction terminated) |
| Zhao, Junyi<br>11461 SW Davies Rd #1906<br>Beaverton, OR 97006 | Earnest money agreement for home purchase (Walnut Creek 48), scheduled to close 11/1/08 |
| Valler, Zoltan & Mariann Szasz<br>15202 SW Warbler Wy #101<br>Beaverton, OR 97007 | Earnest money agreement for home purchase (Walnut Creek 49), scheduled to close 11/1/08 |
| Carey, Ethan & Stacie<br>15085 SW Blackstone Dr<br>Beaverton, OR 97007 | Earnest money agreement for home purchase (Walnut Creek 8), scheduled to close 6/23/08 |
| Strand, Tom & Sandy<br>3290 NW Foxtail St<br>Corvallis, OR 97330 | Earnest money agreement for home purchase (Willamette Landing 167), scheduled to close 6/19/08 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

In re Matrix Development Corporation
_____
**Debtor**

Case No. 08-32798-tmb11
_____
**(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Pitney Bowes Global Financial<br>POB 856460<br>Louisville, KY 40285-6460 | Equipment Lease dated 4/11/05 re: DM400 postage meter w/5 lb. scale; term: 51 mos. @ $104 p/mo. |
| The Lamar Companies<br>29345 Airport Rd<br>Eugene, OR 97402 | Space Only Advertising Contract dated 10/29/07 Contract No. E 617-211404; Portland bench advertisement (24"x84"); term: 10/15/07 to 7/30/08 pursuant to 90 day cancellation; $1,060 p/mo. |
| The Lamar Companies<br>29345 Airport Rd<br>Eugene, OR 97402 | Bulletin Contract dated 3/15/06; Contract # 407-350038; billboard advertising 14 x 48 illuminated sign on Hwy 34 (Corvallis); contract term: 24 mos. ending 9/24/08; monthly payments: $1,592 |
| The Lamar Companies<br>29345 Airport Rd<br>Eugene, OR 97402 | Bulletin Contract dated 8/16/07; Contract # 407-303325; billboard advertising 14 x 48 illuminated sign on I-205 (North of 82nd); contract term: 12 mos. ending 12/24/08; monthly payments: $4,000 |
| The Lippman Company<br>50 SE Yamhill St<br>Portland, OR 97214 | Helium Cylinder Monthly Rental Agreement; Terms: Month-to-month; $10 p/tank rental fee; debtor currently renting 7 tanks |
| General Advertising Agency LLC<br>2626 Wyatt Dr<br>Medford, OR 97501 | Billboard Advertising Contract dated 10/17/07; 12' x 28' Billboard on Hwy 26 one mile west of Bethany Rd (Beaverton); term: 12 mos.; $3,318 p/mo. |
| Meadow Outdoor Advertising<br>1201 Bargeway Rd<br>POB 331<br>The Dalles, OR 97058 | Order and Agreement for Bulletin Display dated 7/24/07 for billboard advertising 8' x 16' illuminated sign on Hwy 99W (Monmouth); term: 12 mos. ending 8/1/08; $475 p/mo. |
| Consumer Source Inc<br>9570 SW Barbur Blvd #215<br>Portland, OR 97219 | Advertising Agreement for Greater Portland/Oregon and Southwest Washington New Home Guide dated 1/15/08; Agreement #P403EK; term: 12 mos.; $2,125 p/mo. |

In re <u>Matrix Development Corporation</u>                          Case No. <u>08-32798-tmb11</u>
                 **Debtor**                                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Consumer Source Inc<br>9570 SW Barbur Blvd #215<br>Portland, OR  97219 | Advertising Agreement for Greater Portland/Oregon and Southwest Washington New Home Guide dated 1/15/08; Agreement #P403EJ; term: 12 mos.; $1,450 p/mo. |
| New Home Trends<br>16504 9th Ave SE #206<br>Mill Creek, WA  98012 | Online Subscription Agreement dated 7/21/04; Data research & consulting services (Clark, Washington & Clackamas Counties); term: annual $565 p/mo. |
| Idearc Media Corp<br>9600 SW Nimbus Ave #100<br>Beaverton, OR  97008 | Agreement for Directory Advertising dated 10/11/07 for Verizon yellowbook advertising in Washington County, Gresham, Portland & Vancouver; term: 2/2008-2/2009; $259.60 p/mo. |
| Dex Media<br>Attn Brad Ransom<br>POB 4035<br>Beaverton, OR  97076 | Advertising Order/Agreement dated 12/2007; advertising in the yellow and white pages; term: 1 yr. ending 12/2008; $137.45 p/mo. |
| Overland Agency Inc<br>117 SW Taylor St #300<br>Portland, OR  97204 | Annual Web Hosting Agreement; term: 6/1/08 to 5/31/09; web hosting for websites: legendhomes.com and extrememakeoveroregon.com; $600 p/yr. |
| GuildQuality Inc<br>1440 Dutch Valley Pl #712<br>Atlanta, GA  30324 | Online Survey Agreement dated 3/22/07 month-to-month; $30 p/mo. |
| Boyd, Carl R & Cherylynn A, Trustees<br>1095 Southshore Dr<br>Culver, IN  46511-9725 | Earnest money agreement for home purchase (Stonewater #262), scheduled to close 6/30/08 |
| Walker, Jarrod (Jack) & Alicia Selby<br>1845 Pacific Ave #4<br>San Francisco, CA  94109 | Earnest money agreement for home purchase (Legend at Villebois #023), scheduled to close 6/30/08 |

In re Matrix Development Corporation
_____
**Debtor**

Case No. 08-32798-tmb11
_____
**(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Collette, John P & Anne F<br>c/o Greg Mishler<br>9725 SW Vine Maple Dr<br>McMinnville, OR 97128 | Earnest money agreement for home purchase (The "Q" #038), scheduled to close 6/30/08 |
| The Lamar Companies<br>29345 Airport Rd<br>Eugene, OR 97402 | Advertising Contract dated 9/28/07; Contract # 615-211105; Portland bench advertising; early cancellation of contract term scheduled to end 8/10/08; monthly payments of $1,665 |
| Brown, Craig<br>16074 SW 103rd Ave<br>Tigard, OR 97224 | Amended and Restated Incentive Compensation Agreement dated 12/5/07 |
| Rutherford, James R<br>13713 SE Taralon Dr<br>Happy Valley, OR 97086 | Amended and Restated Incentive Compensation Agreement dated 12/5/07 |
| Chapman, Jim L<br>1001 NW Lovejoy #410<br>Portland, OR 97209 | Amended and Restated Performance Bonus Agreement dated 12/5/07 |
| Public Storage - Barbur<br>8437 SW Barbur Blvd<br>Portland, OR 97219 | Lease (storage) dated 4/17/08; Unit #5016 (10' x 25'); month-to-month; $302 p/mo. |
| Horn, Brent & Michelle<br>7064 NE Cherry Dr<br>Hillsboro, OR 97124 | Earnest money agreement for home purchase (transaction terminated on Petition Date) |
| Pollens, Allen & Ellen<br>11955 SW Turnstone Ave<br>Beaverton, OR 97007 | Earnest money agreement for home purchase (Walnut Creek 52) |

In re Matrix Development Corporation

Debtor

Case No. 08-32798-tmb11

(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Thrasher, Joshua & Jenny<br>17321 Kinglet Dr<br>Sherwood, OR  97140 | Earnest money agreement for home purchase (Taralon 27) |
| Lincoln Financial Group<br>1300 S Clinton St #500<br>POB 2248<br>Fort Wayne, IN  46801-2248 | Matrix Development Corporation 401(k) Plan<br>Effective 1/1/98; PS-MTXD<br>Plan Number: 002<br>Contact Number GSA-34784 |
| United Healthcare<br>POB 59048<br>Minneapolis, MN  55459-0048 | Employee Medical/Dental Insurance<br>Policy #0699934<br>Effective date: 4/1/08 |
| Public Storage - Barbur<br>8437 SW Barbur Blvd<br>Portland, OR  97219 | Lease (storage) dated 7/7/04; Unit #5147 (10 x 25);<br>month-to-month; $372 p/mo. |
| Public Storage - Barbur<br>8437 SW Barbur Blvd<br>Portland, OR  97219 | Lease (storage) dated 11/15/04; Unit #5014 (10 x 25);<br>month-to-month; $374 p/mo. |
| Beaver Sports Properties LLC<br>108 Gill Coliseum<br>Corvallis, OR  97331-8547 | Marketing & Advertising Contract dated 7/1/07<br>Term: 7/1/07 through 5/30/2010 |
| Oregonian Publishing Co<br>1320 SW Broadway<br>Portland, OR 97201 | Retail Display Advertising Rate Contract dated 3/14/08;<br>Term: 3/20/08 - 2/28/09 |
| Mid Valley Newspapers<br>POB 368<br>Corvallis, OR  97339-0368 | Advertising Agreement dated 2/28/08; Account<br>No. 60002351; term: 3/1/08 - 2/28/09 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

In re    Matrix Development Corporation                    Case No.     08-32798-tmb11

              **Debtor**                                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Diversified Electronics Inc<br>875 Wilson St #C<br>Eugene, OR  97402 | Alarm Monitoring Agreement dated 3/24/04;<br>Account No. 7221; alarm monitoring services<br>provided at 3501 SE Shorline Dr., Corvallis, OR |
| Diversified Electronics Inc<br>875 Wilson St #C<br>Eugene, OR  97402 | Alarm Monitoring Agreement dated 12/4/07;<br>Account No. 7615; alarm monitoring services<br>provided at 796 SE Bayshore, Corvallis, OR |
| Diversified Electronics Inc<br>875 Wilson St #C<br>Eugene, OR  97402 | Alarm Monitoring Agreement dated 12/4/07;<br>Account No. 7601; alarm monitoring services<br>provided at 3205 SE Everglade, Corvallis, OR |
| Diversified Electronics Inc<br>875 Wilson St #C<br>Eugene, OR  97402 | Alarm Monitoring Agreement dated 12/4/07;<br>Account No. 7602; alarm monitoring services<br>provided at 3213 SE Everglade, Corvallis, OR |
| Diversified Electronics Inc<br>875 Wilson St #C<br>Eugene, OR  97402 | Alarm Monitoring Agreement dated 2/19/08;<br>Account No. 7571; alarm monitoring services<br>provided at 885 North Pointe Dr., Albany, OR |
| Diversified Electronics Inc<br>875 Wilson St #C<br>Eugene, OR  97402 | Alarm Monitoring Agreement dated 3/10/08;<br>Account No. 7572; alarm monitoring services<br>provided at 891 North Pointe Dr., Albany, OR |
| SAIF Corp<br>POB 14210<br>Salem, OR  97309 | Worker's Compensation & Employers' Liability<br>(Matrix Development) Policy No. ending 6124<br>Policy term: 1/1/08 - 1/1/09 |
| SAIF Corp<br>POB 14210<br>Salem, OR  97309 | Worker's Compensation & Employers' Liability<br>(Legend Homes) Policy No. ending 7997<br>Policy term: 1/1/08 - 1/1/09 |

In re  Matrix Development Corporation
_____
         **Debtor**

Case No.    08-32798-tmb11
_____
              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| JD Properties Vancouver LLC<br>c/o Stephen G Leatham Esq<br>POB 611<br>Vancouver, WA 98666-0611 | Contract to purchase real estate known as Landing at Evergreen (Vancouver, WA) |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

**B6H (Official Form 6H) (12/07)**

In re  Matrix Development Corporation          Case No.  08-32798-tmb11
_____                    _____
        **Debtor**                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Oringdulph, David<br>7 Garibaldi<br>Lake Oswego, OR 97035 | M & T Mortgage Corp<br>5285 SW Meadows Rd #290<br>Lake Oswego, OR 97035 |
| Legend Real Estate Services Corp<br>12755 SW 69th Ave #100<br>Portland, OR 97223 | M & T Mortgage Corp<br>5285 SW Meadows Rd #290<br>Lake Oswego, OR 97035 |
| Creekview Partners LLC<br>4949 SW Meadows Rd #400<br>Lake Oswego, OR 97035 | M & T Mortgage Corp<br>5285 SW Meadows Rd #290<br>Lake Oswego, OR 97035 |
| Hidden Hills East LLC<br>19820 Village Office Ct #201<br>Bend, OR 97702 | M & T Mortgage Corp<br>5285 SW Meadows Rd #290<br>Lake Oswego, OR 97035 |
| Oringdulph, David<br>7 Garibaldi<br>Lake Oswego, OR 97035 | Bank of America NA<br>Home Builder Div<br>121 SW Morrison St 7th Fl<br>Portland, OR 97204 |
| Amberglen Village Townhomes LLC<br>5 Centerpointe Ste 280<br>Lake Oswego, OR 97035 | Bank of America NA<br>Home Builder Div<br>121 SW Morrison St 7th Fl<br>Portland, OR 97204 |
| Northgate Stonewater Partners LLC<br>12755 SW 69th Ave #100<br>Portland, OR 97223 | Bank of America NA<br>Home Builder Div<br>121 SW Morrison St 7th Fl<br>Portland, OR 97204 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

**B6H (Official Form) (12/07) -- Cont.**

In re Matrix Development Corporation _____    Case No. ___08-32798-tmb11___
_____
       **Debtor**    **(if known)**

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Oringdulph, David<br>7 Garibaldi<br>Lake Oswego, OR  97035 | Wachovia Financial Svcs Inc<br>c/o Wachovia Bank NA<br>2415 E Camelback Rd #705<br>Phoenix, AZ  85016 |
| Oringdulph, David<br>7 Garibaldi<br>Lake Oswego, OR  97035 | Keybank NA<br>Mailcode: OR-20-21-0481<br>1211 SW 5th Ave #481<br>Portland, OR  97204 |
| David L Oringdulph Revocable Living Trust<br>c/o David Oringdulph<br>7 Garibaldi<br>Lake Oswego, OR  97035 | Keybank NA<br>Mailcode: OR-20-21-0481<br>1211 SW 5th Ave #481<br>Portland, OR  97204 |
| La Ventana 77 Partners LLC<br>12755 SW 69th Ave #100<br>Portland, OR  97223 | Keybank NA<br>Mailcode: OR-20-21-0481<br>1211 SW 5th Ave #481<br>Portland, OR  97204 |
| Oringdulph, David<br>7 Garibaldi<br>Lake Oswego, OR  97035 | First Independent Bank<br>1220 Main St #1<br>POB 8904<br>Vancouver, WA  98668 |
| Oringdulph, David<br>7 Garibaldi<br>Lake Oswego, OR  97035 | Columbia River Bank<br>Portland Loan Prod Office<br>5665 Meadows Rd #300<br>Lake Oswego, OR  97035 |
| Oringdulph, David<br>7 Garibaldi<br>Lake Oswego, OR  97035 | JP Morgan Chase Bank NA<br>Mail Code OR1-0888<br>888 SW 5th Ave #415<br>Portland, OR  97204 |
| Fountaincourt Development LLC<br>12755 SW 69th Ave #100<br>Portland, OR  97223 | Fountaincourt HOA<br>c/o Anthony L Rafel Esq<br>1100 SW 6th Ave #1600<br>Portland, OR  97204 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

**B6H (Official Form) (12/07) -- Cont.**

In re Matrix Development Corporation _____    Case No. _____08-32798-tmb11_____

               **Debtor**                                                      **(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Fountaincourt Development LLC<br>12755 SW 69th Ave #100<br>Portland, OR  97223 | Fountaincourt COA<br>c/o Anthony L Rafel Esq<br>1100 SW 6th Ave #1600<br>Portland, OR  97204 |
| Oringdulph, David<br>7 Garibaldi<br>Lake Oswego, OR  97035 | U S Bank<br>c/o Peggy Carmichael<br>555 SW Oak St #505<br>Portland, OR  97204 |
| Rutherford, James R<br>13713 SE Taralon Dr<br>Happy Valley, OR  97015 | American Honda Finance Corp<br>POB 5025<br>San Ramon, CA  94583 |
| Double "O" Real Estate Holdings LLC<br>12755 SW 69th Ave #100<br>Portland, OR  97223 | West Coast Bank<br>Attn Mark Paesler<br>5000 Meadows Rd #220<br>Lake Oswego, OR  97035 |
| Oringdulph, David<br>7 Garibaldi<br>Lake Oswego, OR  97035 | Key Equipment Finance Inc<br>66 S Pearl St<br>Albany, NY  12207 |
| Madison Heights LLC<br>4949 SW Meadows Rd #400<br>Lake Oswego, OR  97035 | Madison Heights COA<br>c/o Damon L Henrie Esq<br>7000 SW Varns St<br>Portland, OR  97223 |
| Derek L. Brown<br>c/o Brent G Summers Esq<br>6650 SW Redwood Ln #215<br>Portland, OR  97224 | Madison Heights COA<br>c/o Damon L Henrie Esq<br>7000 SW Varns St<br>Portland, OR  97223 |
| Derek L Brown & Associates Inc<br>4949 SW Meadows Rd #400<br>Lake Oswego, OR  97035 | Madison Heights COA<br>c/o Damon L Henrie Esq<br>7000 SW Varns St<br>Portland, OR  97223 |
| DLB & Associates LLC<br>4949 SW Meadows Rd #400<br>Lake Oswego, OR  97035 | Madison Heights COA<br>c/o Damon L Henrie Esq<br>7000 SW Varns St<br>Portland, OR  97223 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-717 - 30755 - Adobe PDF

Matrix Development Corporation

In re _____    Case No. 08-32798-tmb11
          **Debtor**                          **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____    Signature: _____
                                              Debtor:

Date _____    Signature: _____
                                              (Joint Debtor, if any)

[If joint case, both spouses must sign.]

--------------------------------------------------------------------------------
**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer                   *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____          _____
   Signature of Bankruptcy Petition Preparer              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

--------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Chief Financial Officer** [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the **Matrix Development Corporation** [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __238__ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date __06/25/08__          Signature: __/s/ Diane F. Jarvis__
                                      **DIANE F. JARVIS**
                                      [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
--------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.