**Below is an Order of the Court.**

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re: | Case No.: 08-32798-tmb11 |
| **MATRIX DEVELOPMENT CORPORATION, an Oregon corporation, aka Legend Homes,** | Chapter 11 |
| Debtor. | **ORDER APPROVING APPLICATION TO EMPLOY ATTORNEY FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS (Gary Underwood Scharff)** |

The Official Committee of Unsecured Creditors ("Committee"), having retained Gary Scharff as its attorney in this case on August 4, 2008 subject to court approval, and having filed its application for approval of said employment, and the court having considered the materials filed by the Committee and Mr. Scharff, it is hereby ORDERED as follows:

1. The Application is GRANTED.

2. Gary Scharff is approved to serve as counsel for the Committee, effective as of August 4, 2008.

### ###

**ORDER APPROVING APPLICATION TO EMPLOY ATTORNEY FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS (Gary Underwood Scharff)**- 1

Law Office of Gary U. Scharff
621 S.W. Morrison Street  Ste 1300
Portland, OR  97205
(503) 493-4353

1  Presented by:

2

3  /s/ Gary Underwood Scharff
   Gary U. Scharff, OSB #88303
4  Law Office of Gary Underwood Scharff
   621 S.W. Morrison Street  Ste 1300
5  Portland, OR  97205
   Tel.: 503-493-4353
6  Fax: 503-517-8143
   Email: gs@scharfflaw.com
7  [Proposed] Attorney for the Official Committee
   Of Unsecured Creditors

8
   Cc:    David Foraker
9         M. Vivienne Popperl
          Parties Requesting Notice
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER APPROVING APPLICATION TO EMPLOY ATTORNEY FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS (Gary Underwood Scharff)**- 2

Law Office of Gary U. Scharff
621 S.W. Morrison Street  Ste 1300
Portland, OR  97205
(503) 493-4353