Below is an Order of the Court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re ) | |
| ) | Case No. 08-32798-tmb11 |
| Matrix Development Corporation, ) | |
| an Oregon corporation, aka Legend Homes, ) | Chapter 11 |
| ) | |
| Debtor. ) | ORDER APPROVING |
| ) | EMPLOYMENT OF HENDERSON |
| ) | BENNINGTON MOSHOFSKY, P.C. |
| ) | AS DEBTOR'S RESTRUCTURING |
| ) | ACCOUNTANTS |

This matter came before the Court without a hearing on the Application for Authorization to Employ Restructuring Accountants (Henderson Bennington Moshofsky, P.C.) [Dkt #1053] filed by Matrix Development Corporation (the "Debtor"), as debtor in possession. Based on the record of this case,

IT IS ORDERED that:

1. Pursuant to sections 327(a) and 1107 of the Bankruptcy Code, the Debtor's employment of Henderson Bennington Moshofsky, P.C. as its restructuring accountants in this Chapter 11 case, on an hourly basis, is approved.

2. Compensation and reimbursement of expenses shall be awarded in accordance with sections 330 and 331 of the Bankruptcy Code.

Page 1 of 2 -   ORDER APPROVING EMPLOYMENT OF HENDERSON BENNINGTON MOSHOFSKY, P.C. AS DEBTOR'S TAX ACCOUNTANTS

\6522\p Order Approving Henderson Bennington as Restructuring.wpd

**GREENE & MARKLEY, P.C.**
1515 S.W. Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 295-2668
Facsimile: (503) 224-8434

1    3.    This Order shall be effective as of March 27, 2009.

2                                 # # #

6    Presented by:

     /s/ David A. Foraker
8    David A. Foraker, OSB #812280
    Greene & Markley, P.C.
9    1515 SW Fifth Avenue, Suite 600
    Portland, OR 97201
10  Telephone: (503) 295-2668
    Facsimile: (503) 224-8434
11  E-mail: david.foraker@greenemarkley.com
    Attorneys for Debtor

13  cc:    List of Interested Parties

Page 2 of 2 -   ORDER APPROVING EMPLOYMENT OF HENDERSON BENNINGTON MOSHOFSKY, P.C. AS DEBTOR'S TAX ACCOUNTANTS

\6522\p Order Approving Henderson Bennington as Restructuring.wpd

**GREENE & MARKLEY, P.C.**
**1515 S.W. Fifth Avenue, Suite 600**
**Portland, OR 97201**
**Telephone: (503) 295-2668**
**Facsimile: (503) 224-8434**