Below is an Order of the Court.

TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re | ) |
| | ) Case No. 08-32798-tmb11 |
| Matrix Development Corporation, | ) |
| an Oregon corporation, aka Legend Homes, | ) Chapter 11 |
| | ) |
| Debtor. | ) ORDER APPROVING |
| | ) EMPLOYMENT OF GARVEY |
| | ) SCHUBERT BARER AS DEBTOR'S |
| | ) SPECIAL COUNSEL |
| | ) |

This matter came before the Court without a hearing on the Application for Authorization to Employ Garvey Schubert Barer as Special Counsel [Dkt #1475] filed by Matrix Development Corporation (the "Debtor"), as debtor in possession. Based on the record of this case,

IT IS ORDERED that:

1. Pursuant to sections 327(e) and 1107 of the Bankruptcy Code, the Debtor's employment of Garvey Schubert Barer as its special counsel in this Chapter 11 case, on an hourly basis for the purposes of advising and representing it with regard to general corporate, land use and real estate matters, is approved.

2. Compensation and reimbursement of expenses shall be awarded in accordance with sections 330 and 331 of the Bankruptcy Code.

Page 1 of 2 -  ORDER APPROVING EMPLOYMENT OF GARVEY SCHUBERT BARER AS DEBTOR'S SPECIAL COUNSEL

\6522\p Order Approving GSB as Special Counsel.wpd

GREENE & MARKLEY, P.C.
1515 S.W. Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 295-2668
Facsimile: (503) 224-8434

3. This Order shall be effective as of May 1, 2009.

# # #

Presented by:

/s/ David A. Foraker
David A. Foraker, OSB #812280
Greene & Markley, P.C.
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 295-2668
Facsimile: (503) 224-8434
E-mail: david.foraker@greenemarkley.com
Attorneys for Debtor

cc: List of Interested Parties

Page 2 of 2 - ORDER APPROVING EMPLOYMENT OF GARVEY SCHUBERT BARER AS DEBTOR'S SPECIAL COUNSEL

\6522\p Order Approving GSB as Special Counsel.wpd

**GREENE & MARKLEY, P.C.**
**1515 S.W. Fifth Avenue, Suite 600**
**Portland, OR 97201**
**Telephone: (503) 295-2668**
**Facsimile: (503) 224-8434**