**B6 Summary (Official Form 6 - Summary) (12/07)**

AMENDED

# United States Bankruptcy Court
DISTRICT OF OREGON

In re  Matrix Development Corporation

Debtor

Case No. 08-32798-tmb11

Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 5 | $ 140,828,525 | | |
| B – Personal Property | YES | 9 | $ 42,135,837 | | |
| C – Property Claimed as exempt | NO | 0 | | | |
| D – Creditors Holding Secured Claims | YES | 78 | | $ 134,462,376 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 20 | | $ 1,686,545 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 211 | | $ 58,337,924 | |
| G - Executory Contracts and Unexpired Leases | YES | 50 | | | |
| H - Codebtors | YES | 3 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0 |
| TOTAL | | 376 | $ 182,964,362 | $ 194,486,845 | |

**Official Form 6 - Statistical Summary (12/07)**

# United States Bankruptcy Court
## DISTRICT OF OREGON

*Amended*

In re   Matrix Development Corporation                    Case No.   08-32798-tmb11
                    Debtor

                                                          Chapter    11

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ N.A. |
| Average Expenses (from Schedule J, Line 18) | $ N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

# **AMENDED & RESTATED**

# **SCHEDULE A - REAL PROPERTY**

     NOTE: For the attached Amended & Restated Schedule A, unless otherwise noted, real property values stated are the debtor's book value. Secured claim amounts do not include construction lien or real property tax debt, if any.

\cl\wip\O Explanation - Amended & Restated Schedule A.wpd

In re　Matrix Development Corporation　　　　　　　　　　　Case No. 08-32798-tmb11
　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Arlington/Ames<br><br>66 Lots, platting nearly complete, located in Tigard, OR. (Amendment Note: Correction to property location - originally listed as located in King City). | Fee Simple | | 9,647,802 | 10,419,278 |
| Bauer Highlands<br><br>1 home located in the Portland metro area | Fee Simple | | 501,570 | 2,913,992 |
| Copper Creek<br><br>Raw land - 26 townhome units planned for development located in Wilsonville, OR | Fee Simple | | 2,246,170 | 1,414,061 |
| Edgewater 1<br><br>7 completed homes and 17 platted lots located in King City, OR | Fee Simple | | 3,370,508 | 12,680,232 |
| Edgewater 2<br><br>138 platted lots located in King City, OR | Fee Simple | | 9,602,467 | 22,713,044 |
| | | Total | | |

(Report also on Summary of Schedules.)

In re   Matrix Development Corporation   Case No. 08-32798-tmb11
        **Debtor**                                    **(If known)**

# SCHEDULE A - REAL PROPERTY
## (Continuation Page)

AMENDED

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Edgewater 3 and 4<br>Raw land - 54 units planned for development located in King City, OR | Fee Simple | | 2,200,003 | 12,124,267 |
| Fountains<br>Raw land - 200 townhome units planned for development located in Vancouver, WA. Note: Value stated from 2/22/08 appraisal | Fee Simple | | 4,665,000 | 9,959,669 |
| Maxfield<br>1 completed home, 3 homes under construction, and 33 platted lots located in West Linn, OR | Fee Simple | | 7,383,359 | 6,952,148 |
| North Albany Village<br>Raw land - 155 lots planned for development located in Albany, OR. ==(Amendment Note: Correction to property location - originally listed as located in Corvallis).== | Fee Simple | | 5,771,588 | 9,686,224 |
| North Point Meadows<br>8 completed homes and 47 platted lots located in Albany, OR | Fee Simple | | 4,557,669 | 10,471,003 |
| Pawers<br>Raw land located in Corvallis, OR | Fee Simple | | 784,119 | 602,910 |
| Stonewater | Fee Simple | | 660,885 | 2,913,992 |
| | | Total | | |

(Report also on Summary of Schedules.)

**In re**    Matrix Development Corporation                              **Case No.**  08-32798-tmb11
                **Debtor**                                                                                      **(If known)**

# SCHEDULE A - REAL PROPERTY
## (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 3 completed homes located in Hillsboro, OR  Stoneybrook | Fee Simple | | 822,325 | 1,443,565 |
| 3 completed homes located in Corvallis, OR  Taralon 1 | Fee Simple | | 10,703,890 | 8,539,284 |
| 7 completed homes, 3 homes under construction and 72 platted lots located in Happy Valley, OR  Taralon 2 | Fee Simple | | 5,128,726 | 4,232,711 |
| 67 platted lots located in Happy Valley, OR  The Q Phase 2 and 3 | Fee Simple | | 1,217,213 | 1,285,724 |
| Raw land located in Hillsboro, OR  The Q Phase I | Fee Simple | | 4,344,406 | 3,086,702 |
| 18 completed condominiums located in Hillsboro, OR  Trillium Woods | Fee Simple | | 4,741,311 | 3,936,423 |
| Platted lots - 34 condo units planned for development located in Lake Oswego, OR  Victoria Gardens | Fee Simple | | 2,791,661 | 9,181,156 |
| 1 completed home, 5 homes under construction and 28 platted lots located in Tualatin, OR | | | | |
| | | Total | | |

(Report also on Summary of Schedules.)

**In re**  Matrix Development Corporation    **Case No.** 08-32798-tmb11
        **Debtor**    **(If known)**

# SCHEDULE A - REAL PROPERTY
## (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Village at Orenco<br><br>6 completed homes, 1 home under construction and 65 platted lots located in Hillsboro, OR | Fee Simple | | 10,475,002 | 10,471,003 |
| Walnut Creek<br><br>3 completed homes, 1 home under construction and 47 platted lots located in Tigard, OR | Fee Simple | | 3,614,420 | 5,437,765 |
| Willamette Landing<br><br>15 completed homes, 3 homes under construction and 43 lots located in Corvallis, OR | Fee Simple | | 5,553,646 | 8,137,669 |
| Willamette Landing 8<br><br>46 unplatted lots located in Corvallis, OR. (Amendment Note: Correction regarding description of property - originally stated as "cottage" lots). | Fee Simple | | 2,642,479 | 384,372 |
| Witham Oaks<br><br>94 acres of raw land (54 usable) located in Corvallis, OR | Fee Simple | | 6,772,418 | 6,198,064 |
| Edgewater East<br><br>2 completed homes and 9 platted lots located in King City, OR | Fee Simple | | 2,081,197 | 12,680,232 |
| Villebois 1 | Fee Simple | | 19,466,938 | 16,865,490 |
| | | Total | | |

(Report also on Summary of Schedules.)

**In re**   Matrix Development Corporation                                  **Case No.**  08-32798-tmb11
                   **Debtor**                                                                          **(If known)**

# SCHEDULE A - REAL PROPERTY
**(Continuation Page)**

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 9 completed homes, 2 homes under construction and 168 platted lots located in Wilsonvile, OR<br><br>Villebois 2<br>22 acres of raw land located in Wilsonville, OR and option to purchase additional land | Fee Simple | | 8,081,753 | 7,434,970 |
| Willamette Landing 9<br>Raw land | Fee Simple | | 1,000,000 | 384,372 |
| Amendment Note: Debtor owns various tracts of land in Benton, Clackamas and Washington Counties that are not planned as buildable lots. They include existing and future open spaces, parks and alleys. | | | 0 | None |
| | Total ▶ | | 140,828,525 | |

(Report also on Summary of Schedules.)

In re  Matrix Development Corporation  Case No. 08-32798-tmb11
          **Debtor**                                                     **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Petty Cash | | 70 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | U.S. Bank Checking Account - Matrix Development Corporation | | 33,240 |
| | | U.S. Bank Checking Account - Legend PDX | | 1,302,183 |
| | | U.S. Bank Checking Account - Legend Corvallis | | 3,999 |
| | | Columbia River Bank Checking Account - Matrix Development Corporation | | 284 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Deposit - Corvallis Office Lease | | 3,242 |
| | | Greene & Markley, P.C. IOLTA Trust Account<br>Retainer for legal services | | 75,573 |
| | | Moss Adams LLP Trust Account<br>Retainer for accounting services | | 18,065 |
| | | Clyde A. Hamstreet & Associates, LLC Trust Account<br>Retainer for restructuring consultation and financial advisor services | | 55,187 |
| | | Bullivant Houser Bailey, P.C. IOLTA Trust Account<br>Retainer for legal services | | 20,000 |
| | | Zell & Associates Trust Account<br>Retainer for appraisal services | | 45,000 |

**In re**  Matrix Development Corporation  
         **Debtor**

**Case No.** 08-32798-tmb11  
         **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Three General Liability Insurance Policies<br><br>Canal Insurance, Steadfast Insurance & Illinois Insurance policies providing coverage for damages claimed against debtor in 2 lawsuits (Madison Heights Condo. Assoc. & Fountaincourt HOA). Value stated is collective limits of 3 policies less deductibles | | 4,875,000 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Interest in Fountaincourt Development, LLC<br>Debtor 100% owner; project completed and sold; winding up business affairs | | 0 |
| | | Interest in The Legend at Villebois, LLC<br>Debtor 100% owner/manager; empty LLC | | 0 |
| | | Interest in Forest Springs Two, LLC<br>Debtor owns 50%; remaining 50% owned by Forest Springs I, LLC; project complete (final tax return 12/31/05) | | 0 |
| | | Interest in Hidden Hills East, LLC | | 0 |

**In re** Matrix Development Corporation  **Case No.** 08-32798-tmb11
            **Debtor**                                                **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Debtor 100% owner; LLC owns raw land (170 potential lots) in Bend, OR | | |
| | | Interest in Sierra Land Co., LLC | | 0 |
| | | Debtor owns 50%; remaining 50% owned by Terra-Weber, Inc.; winding up affairs | | |
| | | Interest in Bethany Properties, LLC | | 0 |
| | | Debtor owns 100%; LLC has an option to purchase 16 parcels of real property | | |
| | | Interest in Madison Heights, LLC | | 0 |
| | | Debtor owns 50%; remaining 50% owned by DLB & Associates, LLC; winding up affairs | | |
| | | Interest in Springs Ranch Partners, LLC | | 476,482 |
| | | Debtor owns 50%; remaining interests owned by Chimento Group, Inc. (25%) and Odyssey Properties, LLC (25%); LLC owns completed townhome project in Colorado Springs, CO | | |
| | | Interest in Autumn Park Townhomes, LLC | | 0 |
| | | Debtor owns 50%; remaining 50% owned by DLB & Associates, LLC; winding up affairs | | |
| | | Interest in Creekview Partners, LLC | | 0 |
| | | Debtor owns 50%; remaining interests held by Chimento Group, Inc. (25%) and Odyssey Properties, LLC (25%); LLC owns completed townhome project in Colorado Springs, CO | | |
| | | Interest in La Ventana Partners 77, LLC | | 0 |
| | | Debtor 100% owner; LLC owns 77 acres of raw land in Riverside County, CA | | |
| | | Interest in Pradera Heights, LLC | | 0 |

In re   Matrix Development Corporation                     Case No. 08-32798-tmb11
         **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Debtor 100% owner; owned property in CA; winding up affairs | | |
| | | Interest in Northgate Stonewater Partners, LLC | | 0 |
| | | Debtor owns 65%; remaining 35% owned by Chimento Group, Inc.; LLC owns raw land in Colorado Springs, CO | | |
| | | Interest in Red Baron Air LLC | | 0 |
| | | Debtor owns 50%; remaining 50% owned by Rennaisance Development Corp.; LLC owns airplane | | |
| | | 200,000 Shares of Stock in Q Tires, Inc., a Nevada corporation | | 200,000 |
| | | Value stated based on cost | | |
| | | Interest in San Marcos Townhomes, LLC | | 750,000 |
| | | Debtor owns 50%; remaining interests owned by DLB & Associates, LLC (25%) and Chimento Development Group, LLC (25%); LLC owns 10 acres of raw land in Sun City, CA | | |
| | | Interest in Legend Real Estate Services, Inc., adba Legend Mortgage | | 0 |
| | | Debtor 100% owner; corporation provides real estate brokerage and mortgage brokerage services | | |
| | | ==Interest in Sticks and Bricks Ad Shop, Inc.== | | ==0== |
| | | ==Amendment Note: Amended to include additional asset. Debtor 100% owner; business used for advertising; debtor believes this business has no value== | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | Bauer Highlands | | 0 |
| | | Joint venture with Rennaissance Homes; Debtor is manager (see Schedule A) | | |

Case 08-32798-tmb11    Doc 1861    Filed 12/18/09

**AMENDED**

In re    Matrix Development Corporation _____    Case No. 08-32798-tmb11 _____
                            **Debtor**                                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable<br>==Amendment Note: Amended to reflect correct balance on Petition Date, which amount was less than originally stated== | | 9,393 |
| | | Notes Receivable<br>==Amendment Note: Amended to reflect correct balance on Petition Date, which amount was less than originally stated== | | 1,183,282 |
| | | Related Party Receivables<br>==Amendment Note: Amended to reflect correct balance on Petition Date, which amount was more than originally stated (some receivables disputed)== | | 5,981,565 |
| | | Intercompany Receivables<br>Face value $11,543,446; value stated reflects amount debtor believes is collectible | | 647,035 |
| | | Credit Balances from Vendors | | 7,780 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | Federal & State Tax Refunds for 2004 - 2007 | | Unknown |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | | Claims Against Derek L. Brown, Derek L. Brown & Associates, Inc., DLB & Associates, LLC and/or Odyssey Properties, LLC | | Unknown |

**In re** Matrix Development Corporation            **Case No.** 08-32798-tmb11
      **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Claim against La Ventana Partners 77, LLC<br>Claim for indemnity, reimbursement and exoneration for debts guaranteed by debtor. Note: Value based on estimated value of LLC's assets | | 3,000,000 |
| | | Claim against Hidden Hills East, LLC<br>Claim for indemnity, reimbursement and exoneration for debts guaranteed by debtor. Note: Value based on estimated value of LLC's assets | | 10,300,000 |
| | | Claim against Amberglen Village Townhomes, LLC<br>Claim for indemnity, reimbursement and exoneration for debts guaranteed by debtor. Note: Value based on estimated value of LLC's assets | | 4,600,000 |
| | | Claim against Northgate Stonewater Partners, LLC<br>Claim for indemnity, reimbursement and exoneration for debts guaranteed by debtor. Note: Value based on amount of guaranteed debt | | 1,910,219 |
| | | Claim against Creekview Partners, LLC<br>Claim for indemnity, reimbursement and exoneration for debts guaranteed by debtor. Note: Value based on estimated value of LLC's assets | | 3,000,000 |
| | | Claim against Red Baron Air LLC<br>Claim for indemnity, reimbursement and exoneration for debt guaranteed by debtor. Note: Value based on amount of guaranteed debt | | 1,177,744 |
| | | Claim against Double "O" Real Estate Holdings, LLC | | 821,479 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 30755 - Adobe PDF

B6B (Official Form 6B) (12/07) -- Cont. Case 08-32798-tmb11    Doc 1861    Filed 12/18/09

AMENDED

In re    Matrix Development Corporation             Case No.   08-32798-tmb11  
           **Debtor**                                                             **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Claim for indemnity, reimbursement and exoneration for debt guaranteed by debtor. Note: Value based on amount of guaranteed debt | | |
| | | Claims Against Subcontractors, Engineers, Etc. re Fountaincourt Development Project<br>Amendment Note: Amended to include potential claims against the subcontractors and engineers involved with the Fountaincourt Development project | | Unknown |
| | | Claims Against Subcontractors, Engineers, Etc. re Madison Heights Condominium Development Project<br>Amendment Note: Amended to include potential claims against the subcontractors and engineers involved with the Madison Heights Condominium development project | | Unknown |
| | | Claims Against Subcontractors, Engineers, Etc. re Stonewater Development Project<br>Amendment Note: Amended to include potential claims against the subcontractors and engineers involved with the Stonewater Development project | | Unknown |
| | | Claims Against Subcontractors, Engineers, Etc. re Hambach Crossing Development Project<br>Amendment Note: Amended to include potential claims against the subcontractors and engineers involved with the Hambach Crossing development project | | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Business License - City of Lake Oswego<br>Business License - City of Happy Valley<br>Business License - City of Portland | | 0<br>0<br>0 |

B6B (Official Form 6B) (12/07) -- Cont. Case 08-32798-tmb11    Doc 1861    Filed 12/18/09

AMENDED

In re  Matrix Development Corporation  Case No. 08-32798-tmb11
　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | Business License - City of Hillsboro<br>Oregon CCB Contractor's Bond #840037C issued 5/19/08 - Matrix Development Corporation<br>Oregon CCB Contractor's Bond #844285C issued 6/26/07 - Legend Homes | | 0<br>15,000<br>15,000 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Lexus SC430 Convertible 2D<br>Value stated based on Kelley Blue Book "trade-in" value for vehicle in good condition<br><br>11 Leased Vehicles<br>Amendment Note: Amended to include additional leased vehicle (1998 Isuzu Dump Truck); See Schedule D | | 26,410<br><br><br>0 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office Equipment, Furnishings & Supplies<br>Note: Value stated is depreciated cost | | 114,680 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Furniture, Fixtures, Etc.<br>Misc. furniture and fixtures located in model homes, sales offices, construction trailers and storage unit.<br>Note: Value stated is depreciated cost | | 618,475 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

_____ continuation sheets attached    Total  $ _____

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6B (Official Form 6B) (12/07) -- Cont. Case 08-32798-tmb11    Doc 1861    Filed 12/18/09

*Amended*

In re    Matrix Development Corporation    Case No. 08-32798-tmb11
         Debtor                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | Funds held by First American Title Company<br>Amendment Note: Amended to correct the value on Petition Date, which amount was more than originally stated | | 762,938 |
| | | Leasehold Improvements | | 86,512 |
| | | 0 | | 42,135,837 |

In re  Matrix Development Corporation
           _____
                    **Debtor**

Case No. 08-32798-tmb11
                **(If known)**

**AMENDED**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets*,* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature: _____
                                              Debtor:

Date _____     Signature: _____
                                         (Joint Debtor, if any)

                        [If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,         Social Security No.
of Bankruptcy Petition Preparer                  *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X _____           _____
  Signature of Bankruptcy Petition Preparer              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the __Chief Financial Officer__ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the __Matrix Development Corporation__ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __17__ ~~376~~ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date __December 16, 2009__        Signature: __/s/ Diane F. Jarvis__
                                              __DIANE F. JARVIS__
                                   [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.