John Casey Mills, P.C., Oregon State Bar No. 844179
casey.mills@millernash.com
MILLER NASH LLP
3400 U. S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204-3699
Telephone:  (503) 224-5858
Fax:  (503) 224-0155

Attorneys for First Independent Bank and
MX Development LLC

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Matrix Development Corporation, an<br>Oregon corporation, aka Legend Homes,<br><br>Debtor. | Case No. 08-32798-tmb11<br><br>Chapter 11<br><br>NOTICE OF TRANSFER OF CLAIM AFTER<br>PROOF OF CLAIM FILED (Claim No. 172) |

Pursuant to Fed. R. Bankr. P. 3001(e)(2), First Independent Bank ("First") and

MX Development LLC ("MX") hereby provide notice of the transfer of proof of claim

number 172, filed on October 3, 2008, in the amount of $8,859,369.91 (the "Claim") from First

to MX.  Copies of an allonge and assignments of deed of trust evidencing the assignment are

attached as Exhibits A and B respectively.

All notices and distributions respecting the Claim should be served on MX, in

care of John Casey Mills, Miller Nash LLP, 111 S.W. Fifth Avenue, Suite 3400, Portland, Oregon

97204.

PDXDOCS:1887389.1
4/8/10 10:01 AM

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U. S. BANCORP TOWER
111 S.W. FIFTH AVENUE, PORTLAND, OREGON  97204-3699

First hereby specifically waives any right to notice of transfer of the claim

provided for by Fed. R. Bankr. P. 3001(e)(2).

DATED this 9th day of April, 2010.

MILLER NASH LLP

*/s/ John Casey Mills*

John Casey Mills, P.C.
Oregon State Bar No. 844179
casey.mills@millernash.com
Phone: (503) 224-5858
Fax: (503) 224-0155

Attorneys for Creditors First Independent Bank
and MX Development LLC

**Page 2 of 2**    Notice of Transfer of Claim After Proof of Claim Filed
(Claim No. 172)

PDXDOCS:1887389.1
4/8/10 10:01 AM

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U. S. BANCORP TOWER
111 S.W. FIFTH AVENUE, PORTLAND, OREGON  97204-3699

I hereby certify that I served the foregoing NOTICE OF TRANSFER OF CLAIM

AFTER PROOF OF CLAIM FILED (Claim No. 172) on:

- David A. Foraker on behalf of Debtor Matrix Development Corporation
- david.foraker@greenemarkley.com, sanford.landress@greenemarkley.com,
- nancy.read@greenemarkley.com joyce.chartrand@greenemarkley.com

- Richard T. Anderson on behalf of Creditor G.W. Paulson Co.
- rick@andersonmonson.com, jaime@andersonmonson.com

- Christopher W. Angius on behalf of Creditor Whirlpool Corporation
- chris.angius@hklaw.com, jennifer.kilbourn@hklaw.com, didi.young@hklaw.com

- Matthew A. Arbaugh on behalf of Cred. Comm. Chair Salem Painting Company
- matt@fieldjerger.com, koren@fieldjerger.com

- Jason M. Ayres on behalf of Creditor JP Morgan Chase Bank NA
- jayres@fwwlaw.com, comontee@fwwlaw.com

- Kelley A. Blaine on behalf of Creditor United States of America/IRS
- porirs.bk.email@irscounsel.treas.gov, kelley.a.blaine@irscounsel.treas.gov

- Dennis A. Boardman on behalf of Creditor Martin Sanders
- boardmanbankruptcy@verizon.net, aahmassage@aol.com

- Paul R. Bocci on behalf of Creditor Auburn Hill Home Owners Association
- paul.bocci@gmail.com, prblaw@yahoo.com

- J. Michael Booe on behalf of Creditor Wachovia Financial Services Inc.
- mike.booe@klgates.com, jane.butler@klgates.com

- Stephen T. Boyke on behalf of Debtor Matrix Development Corporation
- steve@boykelaw.com

- David J. Buono on behalf of Creditor Medallion Industries Inc.
- djb@dunn-carney.com, kdb@dunn-carney.com

- David M. Byers on behalf of Creditor Bank of America NA
- dbyers@grahamdunn.com, lbickle@grahamdunn.com, mnorthrup@grahamdunn.com,
  dhancock@grahamdunn.com, dpurdy@grahamdunn.com, kfielder@grahamdunn.com

- John H. Chambers on behalf of Creditor Parr Lumber Company
- jhc@dunn-carney.com, dtg@dunn-carney.com

- Janelle E. Chorzempa on behalf of Creditor GeoDesign, Inc.
- chorzempa@mca-law.com

- Douglas P. Cushing on behalf of Creditor Fettig Construction, Inc.
- doug.cushing@jordanschrader.com, deborah.soloway@jordanschrader.com,
  litparalegal@jordanschrader.com

**Page 1 of 6**   Certificate of Service

PDXDOCS:1887389.1
4/8/10 10:01 AM

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U. S. BANCORP TOWER
111 S.W. FIFTH AVENUE, PORTLAND, OREGON  97204-3699

- Ron D. Ferguson on behalf of Creditor Solid Wood Floors, Inc.
- Ferg8555@gmail.com, fergusonassistant@gmail.com

- Joseph A. Field on behalf of Creditor Illinois Union Insurance Company
- joe@fieldjerger.com, koren@fieldjerger.com

- Cary A. Gluesenkamp on behalf of Creditor Liberty Sheet Metal, Inc.
- glue@bankruptcyhillsboro.com

- Brad A. Goergen on behalf of Creditor Bank of America NA
- bgoergen@grahamdunn.com, dpurdy@grahamdunn.com

- Matthew A. Goldberg on behalf of Creditor Autumn Park Townhomes
- Owners Association
- mgoldberg@kelrun.com

- David G. Hancock on behalf of Creditor Bank of America NA
- dhancock@grahamdunn.com, kfielder@grahamdunn.com

- Mary Jo Heston on behalf of Creditor KeyBank National Association
- hestonm@lanepowell.com, campbelld@lanepowell.com, docketing-sea@lanepowell.com

- Thomas K. Hooper on behalf of Creditor DCFS Trust
- bmail@hooplaw.com, csayles@hooplaw.com

- C. Scott Howard on behalf of Blank Casserly Landscape, Inc.
- showard@k-hlaw.com, jshelton@k-hlaw.com

- David W. Jacobson on behalf of Creditor Clearwater Siding
- dj@mjhlawpc.com, lc@mjhlawpc.com

- Scott L. Jensen on behalf of Creditor Jarvis
- slj@brownrask.com, lac@brownrask.com

- Albert N. Kennedy on behalf of Creditor Kara Hale
- al.kennedy@tonkon.com, leslie.hurd@tonkon.com

- Bruce W. Leaverton on behalf of Creditor KeyBank National Association
- leavertonb@lanepowell.com, barkerd@lanepowell.com, soderbergp@lanepowell.com,
- docketing-pdx@lanepowell.com

- Robert J. Leo on behalf of Creditor Raza Drywall, LLC
- roger@rogerleo.com

- Justin D. Leonard on behalf of Creditor Autumn Park Townhomes Owners Association
- jleonard@bjllp.com, jweisenbach@balljanik.com

- Shannon R. Martinez on behalf of Creditor Columbia River Bank
- smartinez@sglaw.com, epaetsch@sglaw.com

**Page 2 of 6**   Certificate of Service

PDXDOCS:1887389.1
4/8/10 10:01 AM

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U. S. BANCORP TOWER
111 S.W. FIFTH AVENUE, PORTLAND, OREGON  97204-3699

- R. Gibson Masters on behalf of Creditor Wachovia Financial Services Inc.
- gib.masters@klgates.com, susan.foxtucker@klgates.com, patrick.poletti@klgates.com

- P. Scott McCleery on behalf of Creditor Medallion Industries Inc.
- psmccleery@dgnmw.com, kavilla@dgnmw.com

- Jean M. McCoy on behalf of Creditor Hayes Cabinets, Inc.
- jean.mccoy@landerholm.com

- Frank F. McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
- ffm@bostonbusinesslaw.com

- Mark D. Northrup on behalf of Creditor Bank of America NA
- mnorthrup@grahamdunn.com, dpurdy@grahamdunn.com, dhancock@grahamdunn.com,
- kfielder@grahamdunn.com

- Lee C. Nusich on behalf of Creditor KeyBank National Association
- nusichl@lanepowell.com, barkerd@lanepowell.com, docketing-pdx@lanepowell.com

- Bruce H. Orr on behalf of Creditor 3 R's Concrete, Inc.
- bho@meyerwyse.com, tn@meyerwyse.com

- Richard J. Parker on behalf of Creditor Hambach Crossing Owners Association
- rjp@pbl.net, amc@pbl.net

- Dennis M. Paterson on behalf of Creditor M&T Bank
- dennispaterson@dwt.com, bethsanchez@dwt.com

- Teresa H. Pearson on behalf of Creditor First American Title Insurance Company
- of Oregon
- teresa.pearson@millernash.com, teri.cochran@millernash.com,
- lisa.conrad@millernash.com

- Dean M. Phillips on behalf of Creditor Robert Martin Sprayers and Drywall, Inc.
- deanphillips@dwt.com, bethsanchez@dwt.com

- Daniel K. Reising on behalf of Creditor Ken Leahy Construction, Inc.
- dan@frllp.com, signe@frllp.com

- Timothy J. Resch on behalf of Creditor Vance International, Inc.
- tresch@samuelslaw.com

- Sia B. Rezvani on behalf of Creditor Bennett Homes, Inc.
- sia@rezvanilaw.com

- Shawn P. Ryan on behalf of Creditor Stonewater Homeowners' Association
- shawn@sryanlaw.com, samantha@sryanlaw.com

- Gary U. Scharff on behalf of Creditor Committee Official Committee of
- Unsecured Creditors
- gs@scharfflaw.com

**Page 3 of 6**   Certificate of Service

PDXDOCS:1887389.1
4/8/10 10:01 AM

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U. S. BANCORP TOWER
111 S.W. FIFTH AVENUE, PORTLAND, OREGON  97204-3699

- James Ray Streinz on behalf of Creditor FountainCourt Owners
- rays@mcewengisvold.com, sondrah@mcewengisvold.com,
- barbaram@mcewengisvold.com

- Brent G. Summers on behalf of Creditor DLB & Associates, LLC
- brent.summers@tnslaw.net, teresa.chrisinger@tnslaw.net

- Don Thacker on behalf of Creditor JD Properties Vancouver LLC
- dthacker@carlson-thacker.com

- Jeanette L. Thomas on behalf of Creditor Wells Fargo Bank, N.A.
- jthomas@perkinscoie.com, etherrien@perkinscoie.com, docketpor@perkinscoie.com

- Doug Tuffley on behalf of Creditor Illinois Union Insurance Company
- dtuffley@cozen.com, lheusler@cozen.com

- US Trustee, Portland
- USTPRegion18.PL.ECF@usdoj.gov

- Laura J. Walker on behalf of Creditor Developer's Surety & Indemnity Co.
- lwalker@chbh.com, kharris@cablehuston.com

- Ira R. Weatherhead on behalf of Creditor CWK2 Land Development Consultants, LLC
- randy@draneaslaw.com

- Melissa O. White on behalf of Creditor Illinois Union Insurance Company
- mwhite@cozen.com, dbowzer@cozen.com

- Thomas K. Wolf on behalf of Creditor Dolan Northwest LLC
- tom@tkwllc.com, tammy@tkwllc.com

- Pamela E. Yee on behalf of Creditor Peter Walker Contracting Inc.
- syaloha@gte.net

- Jeffrey S. Young on behalf of Creditor Suburban Door Co.
- jsy@scott-hookland.com, skm@scott-hookland.com

by transmitting full, true, and correct copies thereof to the attorneys through the court's Cm/ECF

system on the date set forth below.

**Page 4 of 6**   Certificate of Service

PDXDOCS:1887389.1
4/8/10 10:01 AM

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U. S. BANCORP TOWER
111 S.W. FIFTH AVENUE, PORTLAND, OREGON  97204-3699

And on

SR Design LLC
c/o Cathy Roper
8196 SW Hall Boulevard, Suite 232
Beaverton, OR  97008

Salem Painting Company
c/o Phil Kartel
3881 2nd Street
Hubbard, OR  97032

Tri County Temp Control
c/o Alan Sanchez
13150 Clackamas River Drive
Oregon City, Oregon  97045

Bruce M. Weinsoft
400 Yamhill Plaza Building
815 SW Second Avenue
Portland, OR  97204
        Attorney for Beaverton Wood Floors, Inc.

Charles Scott
111 SW Fifth Avenue, Suite 1775
Portland, OR  97204
        Attorney for Development Northwest, Inc.

Mark Knapp
131 NW 4th Street, Suite 407
Corvallis, OR  97330

Kevin W. Luby
7540 SW Hermoso Way
Tigard, OR  97223-8664

Seismic Components, LLC
Post Office Box 2774
Clackamas, OR  97015

Voss Framing Inc.
14550 Ames Street
Oregon City, Oregon  97045-1313

**Page 5 of 6**    Certificate of Service

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U. S. BANCORP TOWER
111 S.W. FIFTH AVENUE, PORTLAND, OREGON  97204-3699

By first class mail, postage prepaid, on the date set forth below.

Dated:  April 9, 2010.

/s/ John Casey Mills
John Casey Mills, P.C.
Oregon State Bar No. 844179

Of Attorneys for Creditors
First Independent Bank and MX
Development LLC

**Page 6 of 6**    Certificate of Service

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U. S. BANCORP TOWER
111 S.W. FIFTH AVENUE, PORTLAND, OREGON  97204-3699